08/24/04
SKY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT,             )
                          )
    Plaintiff,            )
                          )
v.                        )
                          ) CIVIL ACTION No.04-11575-JLT
MERCURY AIR GROUP, INC.,  ) Referred to Magistrate Judge RBC
                          )
    Defendant.            )
                          )

## AMENDED ANSWER AND JURY DEMAND

The defendant Mercury Air Group, Inc. ("Mercury") answers the correspondingly numbered paragraphs of the Complaint by denying each and every allegation contained in the Complaint, unless specifically admitted herein, and does so without waiving but expressly reserving all rights that Mercury might have to seek relief by appropriate motions directed to the allegations of the Complaint, and further admits, denies and alleges as follows:

### PARTIES

1.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 1 of the Complaint and, therefore, denies same.

2.  Deny that Mercury is a New York corporation; otherwise admitted.

## JURISDICTION

3.  Mercury states that paragraph 3 of the Complaint states a conclusion of law to which no response is required; otherwise denied.

## FACTS

4.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 4 of the Complaint and, therefore, denies same.

5.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 5 of the Complaint and, therefore, denies same.

6.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 6 of the Complaint and, therefore, denies same.

7.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 7 of the Complaint and, therefore, denies same.

8.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 8 of the Complaint and, therefore, denies same.

9.  Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 9 of the Complaint and, therefore, denies same.

10. Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 10 of the Complaint and, therefore, denies same.

11. Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 11 of the Complaint and, therefore, denies same.

12. Mercury is without knowledge or information sufficient to form a belief as to the truth of any averments contained in paragraph 5 of the Complaint and, therefore, denies same.

13. Mercury states that paragraph 13 is a statement of the demands of the plaintiff to which no answer is required; otherwise denied.

14. Mercury states that paragraph 14 is a statement of the demands of the plaintiff to which no answer is required; otherwise denied.

15. Mercury states that paragraph 15 is a statement of the demands of the plaintiff to which no answer is required; otherwise denied.

FIRST AFFIRMATIVE DEFENSE

The Complaint and each count thereof fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

The plaintiff cannot recover because he has not suffered any damages.

THIRD AFFIRMATIVE DEFENSE

The plaintiff is barred from recovering against Mercury by the equitable doctrines of unclean hands and laches.

FOURTH AFFIRMATIVE DEFENSE

The plaintiff is estopped from recovering against Mercury or has waived his right to recover.

FIFTH AFFIRMATIVE DEFENSE

The actions of the plaintiff, either alone or in conjunction with the actions of a person or persons other than Mercury were the sole, proximate cause of the plaintiff's damages, if any.

SIXTH AFFIRMATIVE DEFENSE

The plaintiff cannot recover for breach of contract because he did not perform his obligations under any such contract and he breached the contract upon which his claims are based.

SEVENTH AFFIRMATIVE DEFENSE

The plaintiff cannot recover because his claims are barred by the statute of frauds.

EIGHTH AFFIRMATIVE DEFENSE

Mercury possesses legal and equitable rights of offset for the claims brought by the plaintiff based upon breaches of the contract by the plaintiff.

NINTH AFFIRMATIVE DEFENSE

Mercury performed all of its obligations to the plaintiff.

## TENTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed for insufficiency of process and/or insufficiency of service of process.

WHEREFORE, Mercury respectfully requests that this action be dismissed, and costs and attorney's fees be assessed against the plaintiff, in part, because all claims against Mercury are frivolous and were knowingly filed in bad faith and that this Court grant such other relief to Mercury as is just and proper.

## JURY DEMAND

Mercury hereby demands a jury trial on all issues so triable.

MERCURY AIR GROUP, INC.,

By its attorneys,

Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg, BBO # 545895
109 State Street
Boston, MA  02109
(617) 371-1050

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 8/24/04