04 11575 JLT

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 09/15/2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Leon Shabott | Plantif (Pro Se) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certifed mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $4.54 | $4.54 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/19/2004
           Date           Signature of Server

Leon Shabett
Address of Server
4137 Center Pond rd
Newark VT 05871

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Sender: Please print your name, address, and ZIP+4 in this box

Leon Shabott
4137 Center Pond RD
Newark, VT 05871

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Alice Hayes

C. Date of Delivery: 7/19

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mercury Air Group Inc
5465 McConnell Ave.
Los Angeles,
Calif. 90066

2. Article Number (Transfer from service label)
7003 2260 0001 8330 2380

PS Form 3811, August 2001   Domestic Return Receipt   102595