Leon Shabott
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929

---

Tuesday, November 30, 2004

To: United States District Court

re:  Civil Action No. 04-11575-JLT
Joint Statement
Local Rule 16.1 - D

I have spoken on the phone with the defendants attorney, David C. Aisenberg.
We are unable to confer about a joint discovery plan.


Respectfully,

Leon Shabott