UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT,                    )
                                 )
     Plaintiff,                  )
                                 )
v.                               )
                                 ) CIVIL ACTION No.04-11575-JLT
MERCURY AIR GROUP, INC.,         ) Referred to Magistrate Judge RBC
                                 )
     Defendant.                  )
                                 )

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), undersigned counsel for the defendant Mercury Air Group, Inc. and Mercury Air Group, Inc., through its Executive Vice President, General Counsel and Secretary, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP

109 State Street
Boston, MA 02109
(617) 371-1050

Dated: December 1, 2004

_____
Wayne J. Lovett,
Executive Vice President
General Counsel and
Secretary
Mercury Air Group, Inc.
5456 McConnell Avenue
Los Angeles, CA 90066
(310) 827-2737