UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11575-JLT |
| v. | * | |
| | * | |
| MERCURY AIR GROUP, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. Plaintiff has thirty (30) days to comply with the Rule 26 Discovery Order; and

2. All further discovery is stayed until the hearing scheduled for February 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge