UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
LEON SHABOTT,                 )
                              )
        Plaintiff,            )
                              )
v.                            )
                              ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC.,      ) Referred to Magistrate Judge RBC
                              )
        Defendant.            )
_____)
```

### AFFIDAVIT OF MICHAEL WASSON

I, Michael Wasson, under oath, depose and state:

1. I was formerly employed by the defendant Mercury Air Group, Inc. ("Mercury") as its service coordinator. I currently reside at 111 Pheasant Road, Billerica, Massachusetts.

2. I have been asked by the attorneys for Mercury to submit this affidavit in connection with a motion for summary judgment to be filed by Mercury. I have personal knowledge of the facts contained herein and if called to testify at trial I would testify to same.

3. I was the service coordinator for Mercury at its facility in Bedford, Massachusetts, from April 1997 until June 2002.

4. During that time, I had occasion to coordinate the service of a Beechcraft twin bonanza airplane ("Airplane") owned by Leon Shabott ("Shabott"). I maintained contemporaneous records of my communications with respect to the Airplane. Copies of my handwritten and typed notes are

1

attached hereto. I have reviewed those notes in connection with preparing this Affidavit.

5. On or about June 24, 1998, Shabott dropped his Airplane off at Mercury for service.

6. Mercury made some repairs to the Airplane, including the installation of hydraulic lifters in both engines. The repairs were made based on consultation with the manufacturer of the engine parts.

7. Mercury returned the Airplane to Shabott on or before July 13, 1998.

8. On July 13, 1998, Shabott again returned the Airplane to Mercury for further service. At this time, Mercury discovered that there was metal in the left engine.

9. On July 14, 1998, I notified Shabott that metal was found in the left engine and that repairs were necessary. Shabott responded that he would look for a used engine to swap-out. Shabott stated that he would get back to me by the end of that week.

10. Subsequently, the engine was shipped at Shabott's request to an outfit in Centreville, Alabama, named Aviation Engines, Inc. ("Aviation Engines"), for further inspection.

11. Over the next few weeks, Aviation Engines examined the engine and determined that the metal in the engine was caused, in part, by the repairs to the hydraulic lifters made by Mercury in June 1998.

2

12. In August 1998, Aviation Engines provided an estimate of $17,156.79 to repair the damaged left engine.

13. As Mercury made the same repairs to the right engine that it made to the left engine in June 1998, there may be a need to replace both engines. Therefore, the total cost to repair the engines would be approximately $35,000 based on the estimate of Aviation Engines.

14. In September 1999, Shabott told me that he had purchased the Airplane for $45,000.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, this 7 day of December 2004.

_____
Michael Wasson
111 Pheasant Road
Billerica, MA 01821

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12/8/04.

**06-24-98**  LEON SHABOTT DROPPED OFF HIS BEECHCRAFT TWIN BONANZA FOR SERVICE. WE COMPLIED WITH A COMPRESSION CHECK ON BOTH ENGINES AND FOUND RIGHT ENGINE CYLINDER #1 AND LEFT ENGINE CYLINDER #2 BAD. REMOVED BAD CYLINDERS AND SENT TO MATTITUCK AIRBASE FOR REPAIR. MATTITUCK REPAIRED ONE CYLINDER AND REPLACED THE OTHER WITH AN EXCHANGE UNIT. WHILE TROUBLESHOOTING LOW COMPRESSION PROBLEM IT WAS FOUND TO HAVE FOUR FLAT LIFTERS P/N 73062. WHEN TRYING TO ORDER THAT PART NUMBER NO LYCOMING DISTRIBUTORS HAD ANY RECORD OF THAT NUMBER ON FILE. CONTACTED LYCOMING CUSTOMER SERVICE AND WAS TOLD TO USE PART NUMBER 78290. NO MENTION WAS MADE OF POTENTIAL PROBLEMS WITH MIXING OLD AND NEW STYLE LIFTERS. NOR WERE WE TOLD THAT WE HAD TO CHANGE ALL LIFTERS TO NEW STYLE. NO SERVICE BULLETINS OR INSTRUCTIONS WERE REFERENCED. FOUR EACH PART NUMBER 78290 WERE PURCHASED FROM AVIALL ON PURCHASE ORDER NUMBER 091435. THESE NEW STYLE LIFTERS WERE INSTALLED WITH SERVICABLE CYLINDERS FROM MATTITUCK AIRBASE.

**07-13-98**  FOUND METAL IN LEFT ENGINE #1 CYLINDER ROCKERBOX COVER WHILE TROUBLESHOOTING E.G.T. REMOVED CYLINDER ASSEMBLY AND FOUND HYDRAULIC TAPPET BODY BROKEN. CALLED MATTITUCK AIRBASE ENGINE OVERHAUL SHOP AND SPOKE TO MAHLON. HE SUSPECTED FLAT TAPPETS WERE CAUSED BY NOT ENOUGH USE. @ 800 HOURS IN 18 YEARS. ENGINE CRANKCASE MUST BE SPLIT TO REPLACE TAPPET BODIES. MATTITUCK QUOTED $6500.00 AND 7 ½ WEEKS DELIVERY. OBTAINED SECOND QUOTE FROM ATLANTIC AIRCRAFT ENGINES. $6250.00 AND 3 ½ WEEKS DELIVERY. BOTH OVERHAUL SHOPS QUOTED LABOR ONLY ALL PARTS, GASKETS, SEALS, ETC. ARE AT ADDITIONAL COST.

**07-14-98**  NOTIFIED OWNER OF PROBLEM. HE TOLD BILL YOUNG THAT HE WAS GOING TO SHOP AROUND FOR ANOTHER OVERHAUL SHOP AND WOULD GET BACK TO US.

**07-14-98**  OWNER IS LOOKING FOR A USED ENGINE TO SWAP-OUT. HE WILL LET US KNOW BY THE END OF THE WEEK.

**07-30-98**  SHIPPED ENGINE TO AVIATION ENGINES FOR REPAIR PER CUSTOMER REQUEST.

**08-05-98**  ENGINE ARRIVED SAFELY PER PAM AT AVIATION ENGINES.

**08-13-98**  RECEIVED FAX FROM AVIATION ENGINES INDICATING THAT PROBLEM COULD HAVE BEEN CAUSED BY MIXING OF OLD AND NEW STYLE PARTS IN VALVE TRAIN. PART NUMBER FOR OLD STYLE LIFTER 73062 WAS NOT AVAILABLE, OR EVEN LISTED IN DISTRIBUTORS DATA BASE NETWORKS. I CALLED LYCOMING CUSTOMER SERVICE ON 06-24-98 BEFORE ORDERING THE PARTS AND WAS ADVISED TO USE PART NUMBER 78290. NO MENTION WAS MADE OF POTENTIAL PROBLEM OF OLD AND NEW STYLE PARTS. ORDERED LIFTER PART NUMBER 78290 FROM AVIALL.

**08-19-98**  SPOKE TO MIKE CALBERA AT LYCOMING. HE VERIFIED THAT A GO-480-F4A6 USES LIFTER PART NUMBER 78290 PER SERVICE INSTRUCTION 1011H. HE FURTHER STATED THAT IT DOESN'T MATTER WHAT LIFTER BODY, HYPERBOLIC OR STRAIGHT, IS INSTALLED IN ENGINE. AND "AVIATION ENGINES SHOULD READ THE SERVICE INSTRUCTION BEFORE THEY MAKE ANY MORE COMMENTS."

**08-19-98**  LEON SHABOTT SAID THE ENGINE SHOP SAID THIS BREAKAGE WAS OUR FAULT. HE WANTS TO KNOW WHO IS GOING TO PAY FOR THE REPAIR BEFORE ENGINE SHOP PROCEEDS.

**08-19-98**  PAM AT AVIATION ENGINES SAID IF WE WERE LOOKING IN THE 480 PARTS BOOK THEN WE USED THE RIGHT LIFTER BUT IF YOU'RE EXPERIENCED WITH 480S YOU'LL KNOW THAT THEY ARE INCOMPATIBLE BECAUSE OF DIFFERENT BLEED DOWN RATES. SHE WILL FAX AN ESTIMATE FOR TEAR-DOWN, DAMAGE REPAIR AND REASSEMBLE ONLY.

**08-20-98**  JIM MATTHEWS AT LYCOMING (12 YEARS) REAFFIRMED THAT LIFTER STYLE DOES NOT MATTER. BUT IF YOU REPLACE ANY LIFTERS WITH NEW STYLE YOU SHOULD REPLACE ALL LIFTERS WITH NEW STYLE OTHERWISE ENGINE MIGHT RUN ERRATICALLY DUE TO DIFFERENT BLEED DOWN RATES. **BUT THIS WILL NOT CAUSE TAPPET BODIES TO BREAK.**

**08-27-98** LEON CALLED TO FIND OUT WHAT WE ARE GOING TO PAY FOR. HE SAID METAL IN ENGINE SCORED CRANKSHAFT. HE HAS A LETTER FROM LYCOMING STATING THAT NEW STYLE LIFTERS WILL CAUSE TAPPET BODIES TO BREAK. HE WOULD NOT FAX ME A COPY OF THAT LETTER. HE SAID RIGHT ENGINE WAS RUNNING "FUNNY" WHEN HE BROUGHT IT IN. HE WANTS TO REMAIN AS AMMIABLE AS POSSIBLE. HE IS VERY ANXIOUS TO GET THE AIRPLANE FIXED.

**08-27-98** I CALLED JIM MATTHEWS AT LYCOMING. I ASKED HIM TO FAX ME A COPY OF LEON'S LETTER STATING NEW STYLE LIFTERS WILL BREAK TAPPET BODIES. JIM WAS UNAWARE OF ANY SUCH LETTER AND SAID THAT HE WOULD BE VERY INTERESTED TO SEE IT. HE ASKED ME TO FIND OUT WHO SIGNED IT SO HE CAN GET CONFIRMATION FROM THAT PERSON.

**08-27-98** I CALLED LEON AND SCHEDULED A MEETING FOR 11:00 AM MONDAY (08-31-98). LEON EXPRESSED CONFIDENCE IN BEING ABLE TO GET THIS WORKED OUT.

**08-31-98** LEON CALLED TO ADVISE THAT HE WILL BE LATE. RESCHEDULED MEETING FOR NOON.

**08-31-98** JOHN WRAGA, BILL YOUNG AND MYSELF MET WITH LEON SHABBOT. LEON PRESENTED LETTER FROM LYCOMING (WRITTEN BY ROBERT OHNMEISS) TO DON FREEMAN AT AVIATION ENGINES BASICALLY AGREEING WITH DON'S OPINION THAT MIXING OF OLD AND NEW STYLE LIFTERS WILL CAUSE HYDRAULIC LIFTER BODIES TO BREAK. I FAXED A COPY OF THIS LETTER TO JIM MATTHEWS AT LYCOMING. I ASKED JIM TO LOOK INTO THE POSSIBILITY OF SENDING HIS SOUTHEAST REGIONAL SERVICE REP TO AVIATION ENGINES TO GET A FIRST HAND LOOK AT THE BROKEN LIFTER BODIES.

**08-31-98** I CALLED JIM BROOKS (LYCOMING REGIONAL MANAGER). HE'LL CALL JIM MATTHEWS AND CONFER WITH HIM BEFORE COMMITTING TO COME OUT AND LOOK AT RIGHT ENGINE.

**08-31-98** I CALLED DON FREEMAN AT AVIATION ENGINES HE SAID THAT THE CRANKSHAFT IS SCORED BUT IT WILL POLISH OUT. MAGNAFLUXING OF OTHER ENGINE COMPONENTS SHOWS NO DAMAGE. DON WILL NOT BE AT ALL APPREHENSIVE TO PUT THIS ENGINE BACK TOGETHER AND RETURN TO SERVICE. HE WILL SEND US TWO EACH OLD STYLE LIFTERS TO USE AS REPLACEMENTS IN RIGHT ENGINE.

**08-31-98** JIM BROOKS CALLED. HE IS NOT GOING TO COME OUT. HE SUGGESTED WE PULL 3 CYLINDERS OFF ONE SIDE OF RIGHT ENGINE TO INSPECT ALL HYDRAULIC LIFTER BODIES FOR DAMAGE BEFORE REPLACING THE TWO NEW STYLE LIFTERS WITH OLD STYLE LIFTERS. THIS CAN BE ACCOMPLISHED WITH A LIGHT AND MIRROR ONCE THE CYLINDERS ARE REMOVED. REMOVING THE TWO NEW STYLE LIFTERS AND REPLACING WITH OLD STYLE IS OK AS LONG AS THE HYDRAULIC LIFTER BODIES ARE NOT DAMAGED. SEE SB1011H AND SI1182A.

**08-31-98**  BILL YOUNG SAID REMOVAL OF THREE CYLINDERS IS NOT NECESSARY. HE CAN INSPECT HYDRAULIC LIFTER BODIES IN QUESTION BY PULLING PUSH ROD TUBES.

**09-01-98**  I CALLED JIM MATTHEWS AT LYCOMING. LEFT A VOICE MAIL MESSAGE FOR HIM TO CALL ME BACK WITH ANY WORD ON THE ROBERT OHNMEISS LETTER THAT I FAXED TO HIM.

**09-01-98**  JIM MATTHEWS CALLED. ROBERT OHNMEISS WAS RECENTLY TRANSFERRED TO ACCIDENT INVESTIGATION AND IS "TIED UP" WITH THE FAA SO HE COULD NOT BE REACHED FOR COMMENT. SEE SB1182A FOR INFO ON CAM AND ROCKERARMS. JIM WILL CALL BACK AFTER CONTACTING ROBERT OHNMEISS.

7-13-98    Found metal in RBC while T.shooting EGT problem. HYDRAULIC TAPPET BODY BROKEN.

MATTITUCK (MAHLON) said original "flat" tappets probably caused by not enough use. 800 hrs in 18 years.

ENGINE CASES MUST BE SPLIT TO REPLACE TAPPET bodies - MATTITUCK 6500⁰⁰. 7½ weeks
ATLANTIC AIRCRAFT ENGINE 6250⁰⁰ 3½ weeks
both OVH shops quoted Labor only - ADDITIONAL FOR PARTS, GASKETS, SEALS, ETC.

7-14-98    NOTIFIED OWNER OF problem. He told Bill he was going to "shop around" for another OVH shop and would get back to us.

7-14-98    Owner is looking for a used engine to SWAP-OUT. He will let us know by the end of this week @ 7-17-98.

7-30-98    SHIPPED ENGINE TO AVIATION ENGINES FOR REPAIR PER CUSTOMER.

8-5-98     ENGINE ARRIVED SAFELY PER PAM AT AVIATIONS ENGINES

8-13-98    FAX FROM ENGINE SHOP - INDICATING MIXING OF NEW STYLE AND OLD STYLE PARTS IN ENGINE. (NO INFO FROM LYCO CUSTOMER SERVICE WHEN THEY SUPERCEDED THE LIFTER PART NUMBERS 73062 WAS NOT AVAILABLE, or even listed in distributor's data bases. I called Lyco customer service 6-24-98 she said to use 78290. Which we bought from Airall.

8-19-98 (09:00) Mike Calbera at Lyco - GO-480-F4A6 ENGINE USES LIFTER P/N 78290 PER S.I. 1011H - IT DOESN'T

GO-480-F4A6

8-19-98  Installed in engine. "Aviation Engines should read the service instruction before they make any more comments."

8-19-98  Leon Shabbot says engine shop told him this was our fault. He wants to know who is going to pay for this repair before engine shop tears down engine.

8-19-98  Aviation Engines  205-926-5186  (Pam) will fax estimate to me. Per Pam if using a 480 parts book we used the correct lifter - but if you're experienced with 480's you'll know that they are incompatible because of different bleed down rates. - Estimate for tear down repair & reassemble will be faxed shortly.

8-20-98  Jim Matthews @ Lyco 12 years - Lifter doesn't matter - but if you replace any lifters with new style you should replace all lifters with new style. (PN 78290) otherwise due to different bleed down rates engine will run erratically - but this will NOT cause TAPPET BODIES TO BREAK.

8-27-98  Leon called wants to know what we are going to pay for. Now he said metal in engine scored the crankshaft.

8-27-98  Per J.W. based on our investigation damaged tappet bodies were not caused by anything we did.

8-27-98 — LEON WANTS A MEETING WITH JOHN VRAGA - TO DETERMINE WHAT WE ARE GOING TO PAY FOR. LEON SAID HE HAS A LETTER FROM LYCOMING STATING LIFTERS WILL CAUSE TAPPET BODIES TO BREAK. HE WOULD NOT FAX ME A COPY OF THAT LETTER. ALSO STATED RT ENGINE IS RUNNING FUNNY. LEON STATED THAT HE WANTS TO REMAIN AS AMMIABLE AS POSSIBLE.

8-27-98 — I called Jim Matthews at Lyco. I asked for a copy of letter to Leon. Jim was unaware of any such letter and would be very interested to see it. Find out who signed it so he can get confirmation from that person.

8-27-98 — Called Leon and scheduled meeting for 11:00 am Monday (8-31-98) morning. Leon seems confident that we can get this worked out.

8-31-98 — LEON MEETING, JOHN WRAGA, MYSELF & BILL YOUNG BEGAN AT NOON. LEON PRESENTED LETTER FROM LYCOMING (Robert OHNMEISS) TO AVIATION ENGINES (DON FREEMAN) AGREEING WITH DON FREEMAN'S OPINION THAT NEW STYLE LIFTERS P/N 78290 DID CAUSE breakage. I FAXED THE LETTER TO Jim MATTHEWS AT LYCO. I ASKED Jim MATTHEWS TO LOOK INTO THE POSSIBILITY OF SENDING HIS S.E. Regional SERVICE REP TO Aviation Engines TO GET A FIRST HAND LOOK AT broken LIFTER BODIES.

K 2026
Jim Matthews

8-31-98 — called Jim Brooks Lyco Regional Manager. He'll call Jim Matthews and confer with him before committing to come and look at right engine.

8-31-98 — Aviation Engines — Don Freeman — crankshaft is scored but it will polish out. Magnafluxing of other engine parts shows no damage — Don would not be at all apprehensive to put this engine back together and return to service.

8-31-98 — Jim Brooks called. He is not going to come out. We must pull 3 cylinders on one side and inspect with a light & mirror — you can see all of the lifter bodies, SB 1011H — SI 1182A OK to replace RT ENG LIFTERS with old style if bodies are OK.

8-31-98 — Bill Y. ✓ above procedure NOT NECESSARY just pull push rod tubes and look at lifter bodies.

9-1-98 — called Jim Matthews left message for him to call me back — any feedback on Robert Ohnmeiss letter that I faxed Jim yesterday.

9-1-98 ✓ Jim Matthews called — Robert Ohnmeiss was recently transferred to accident investigation and is "tied up" with the FAA so he could not be reached for comment. See SB 1182A for info on cam & rockerarms. He will call back after contacting Robert Ohnmeiss.

9-4-98 — Telecon — John Wraga, myself & Andy Fairfax. Andy feels Lycoming should accept some responsibility for this problem.

9-9-98  called Jim Matthews at Lyco. 717-323-6181 x 7096. Left message for him to call back. We need to know if he has contacted Robert Chumiss about Leon's letter.

9-10-98  called Jim Matthews at Lyco. He spoke briefly to Robert CHUMCISS and confirmed Bob Chumiss opinion that the new style lifters will cause erratic engine running and hydraulic lifter body breakage. Jim disagrees with Bob but admits that Bob has 4 times more experience. Jim is very reluctant to say anything more, "He doesn't want to end up in the middle of something." I asked for something in writing clarifying Lyco's opinion and was advised to talk to Sharon the engineering secretary. I left a message on Sharon's voice mail and am awaiting a call back.

9-10-98  Called Leon — he wanted to talk to Jim Matthews at Lycoming — So I left Jim's name & phone number with extension on Leon's voice mail. He was on the road so he could not write it down.

9-10-98  Charlie Anstadt - Lyco engineer called - said he has no experience mixing old & new style components - but feels that it would only cause rough running at idle. Maybe with the wrong combination of camshaft - lifters and rocker arms you would get the right valve train dynamics to cause breakage.

If there was any rust in the bores of the old hydraulic lifter bodies, the bores would wear oblong - then when installing a new lifter (full size perfectly round) it is only supported on two sides - ask engine shop to measure bore diameters for uneven wear.

9-11-98  Jim Matthews at Lyco called. He had a conference call with Leon Shabot, Don Freeman (Aviation Engines), Robert Ottmeiss and Charlie Anstadt. Engine was overhauled in 1981 with wrong tappet bodies (P/N 72877 straight cast iron), wrong camshaft P/N 71305 and wrong rocker arms P/N 67113 intake and P/N 67112 exhaust. Service instruction 1182 revision A from 1978 says to replace camshaft and rocker arms at overhaul. The engine should have steel hyperbolic bodies P/N 73061 or P/N 15B21318 not P/N 72877 which are cast iron straight bodies. Lyco cannot positively say what caused damage but they suspect excessive valve clearance caused by combination of wrong parts.

9-23-98  @ 2:30 Leon called to see if there was any news. I told him everything was in the hands of our insurance people.

10-7-98  Leon called - he talked to Jim Matthews at Lycoming and after talking to Leon Jim "backed-off" about wrong parts in engine since overhaul I.E. camshaft, rocker arms etc causing damage. Leon wants this to move forward. Engine shop needs space wants to get his engine out and he is still driving to Vermont. He is going to call Lyco again and he will keep me informed.

10/28/98  Leon called - wondering about his airplane. I told him that we haven't done anything with it since turning the info over to Mercury's insurance guy. He has a call into Lycoming's Jim Matthews but has not got a response yet. He will call John Wraga and ask him if he can call Andy Fairfax direct to expedite the situation.

3/30/99  John Wraga - Leon Shabbot & myself had meeting - Leon was very stressed. Had business & family problems. Commuting by car to Watertown Ma. from Chelsea Vt. He asked us not to charge service fees - tie down - storage etc. to which J. Wraga agreed. John asked Leon to

write us a letter. Leon agreed that we could put his acft on a tie down spot outside.

6-99     Leon dropped off an engine that he sourced from Broward County, Fla. Sheriff's Dept. (Abandoned drug running aircraft left in field) no log books. We told him that we would not install that engine but we would store it for him.

9-1-99     Leon dropped by and met with Greg Cadgieux - (Twin Bonanza collector/Broker) Leon might sell ACFT at a "FIRE SALE" price. but thinks he will regret it later. ("his ACFT is a loose end in his life that needs to be cleaned up but also his only asset.") He says he bought the ACFT for $45K. He will call John Wraga in AM. 9-2-99