UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LEON SHABOTT,              )
                           )
     Plaintiff,            )
                           )
v.                         )
                           ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC.,   ) Referred to Magistrate Judge RBC
                           )
     Defendant.            )
                           )
```

## DEFENDANT MERCURY AIR GROUP, INC.'S
## MOTION FOR SUMMARY JUDGMENT

The defendant Mercury Air Group, Inc. ("Mercury") hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment. The complaint, which was filed on July 14, 2004, seeks damages for an alleged breach of contract by Mercury. The contract claims are governed by a six year statute of limitations. All of the contract claims arise, however, from work done by Mercury, and knowable by the plaintiff, on or before July 13, 1998. Therefore, none of the claims arose within six years of when the complaint was filed, and all of the claims in the complaint are barred by the statute of limitations.

Mercury also moves to dismiss the Complaint on the ground that the Court lacks subject matter jurisdiction. The plaintiff brought this case in Federal Court, alleging jurisdiction based upon 28 U.S.C. §1332. That statute requires, however, that the amount in controversy exceed $75,000. Nowhere has the plaintiff alleged, nor could he,

1

that the amount in controversy exceeds $75,000. Therefore, jurisdiction does not exist pursuant to 28 U.S.C. §1332, and the complaint should be dismissed.

In further support of this motion, Mercury relies upon the Memorandum of Law filed herewith, the Affidavit of Michael Wasson, and the documents attached thereto, and the Statement of Undisputed Material Facts Submitted in Support of Its Motion for Summary Judgment.

WHEREFORE, the defendant Mercury Air Group, Inc. respectfully requests this Court to enter an order granting summary judgment in its favor on all claims of the plaintiff or, alternatively, that this Court dismiss the complaint for lack of subject matter jurisdiction.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Mercury Air Group, Inc. hereby certifies that on Monday, November 15, 2004, he spoke with the plaintiff Leon Shabott and they discussed that Mercury Air Group, Inc. would be filing this motion. The parties were unable to resolve or narrow the issues during that conference.

REQUEST FOR ORAL ARGUMENT

The defendant Mercury Air Group, Inc. believes that oral argument may assist the Court and wishes to be heard on this motion.

DEFENDANT
MERCURY AIR GROUP, INC.

By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
(617) 371-1050

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail based on 12/9/04