UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY AIR GROUP, INC.,<br><br>    Defendant. | CIVIL ACTION No. 04-11575-JLT<br>Referred to Magistrate Judge RBC |

### DEFENDANT MERCURY AIR GROUP, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Mercury Air Group, Inc. ("Mercury") submits this Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment pursuant Rule 56.1 of the Local Rules for the United Sates District Court, District of Massachusetts.

1. On or before June 1998, the plaintiff Leon Shabott purchased a Beechcraft twin bonanza airplane ("Airplane") for $45,000. See Affidavit of Michael Wasson, ¶14 (Wasson Aff., ¶___).

2. On or about June 24, 1998, Shabott "contracted Mercury" to do routine service to his Airplane. Complaint, ¶5; See Wasson Aff., ¶5.

3. Mercury made some repairs to the Airplane, including the installation of hydraulic lifters in both engines. See Wasson Aff., ¶6.

4. Mercury returned the Airplane to Shabott on or before July 13, 1998. See Wasson Aff., ¶7.

1

5. On or before July 13, 1998, Shabott flew the Airplane; discovered that it still had problems; and returned the Airplane to Mercury. See Complaint, ¶6; Wasson Aff., ¶8.

6. The problems that the Airplane had on the flight just prior to July 13, 1998, arose from the repairs to the hydraulic lifters made by Mercury in June 1998. See Wasson Aff., ¶11.

7. The estimated cost to repair the damage caused by the repairs to the hydraulic lifters made by Mercury in June 1998 is approximately $17,156.79 for each engine (or a total of less than $35,000). See Wasson Aff., ¶¶12, 13.

8. On July 14, 2004, Shabott filed his complaint against Mercury for the damage caused by the repairs made in June 1998.

DEFENDANT
MERCURY AIR GROUP, INC.

By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
(617) 371-1050

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12/9/04