Leon Shabott
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929

FILED
IN CLERK'S OFFICE

2004 DEC 29  A 11: 16

DISTRICT COURT
DISTRICT OF MASS.

Tuesday, December 28, 2004

**By U.S.P.O- Express Mail**

Att: Zita Lovett

To: The Honorable Joseph L. Tauro
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

re: Civil Action No. 04-11575-JLT
Request for an extension

Dear Sir/Madam:

I have asked for an extension of two weeks by the defendants attorney David C. Aisenberg to respond to the motion for summary Judgment filed on December 9th, 2004.

The defendants attorney David Aisenberg has agreed to the extension.

I am asking the court to please grant this extension in order to prepare my response.

Thank you for your attention in this matter.

Very truly yours,

Leon Shabott

Assented to by David Aisenberg

cc: David C. Aisenberg