Leon Shabott
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929

---

Tuesday, December 28, 2004

**By U.S.P.O- Express Mail**

Att: Zita Lovett

To: The Honorable Joseph L. Tauro
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

re: Civil Action No. 04-11575-JLT
Change of Address

Dear Sir/Madam:

I am having my mail forwarded to a different address for the winter months. Please send any time dependent correspondence directly to:

Leon Shabott
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929

---

Thank you for your attention in this matter.

Very truly yours,

Leon Shabott

cc: David C. Aisenberg