UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.

                                              CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

## AFFIDAVID OF LEON SHABOTT

I Leon Shabott, Under oath, depose and state:

1. I am the owner of Beechcraft Twin Bonanza N-3583-B

2. I purchased the aircraft from the previous owner James H. McCartney on April 4th, 1998 for $35,000.00 the seller was giving up flying and sold the plane to me at below market value. I paid $3983.10 to have the aircraft's annual inspection done. It cost me about $5000.00 to transport the plane from the West Coast to Massachusetts. After the annual inspection was done the airplane's fair market value was around $90,000.00

3. In Late June, 1998, I flew the airplane to Mercury's maintenance hanger for a routine inspection. The informed me that both engines had low compression on the two front outside cylinders (not uncommon) and recommended cylinder replacement, They then called me days later and said I would need to replace the hydraulic lifters as well. I agreed to let them do all the recommended work as well as perform numerous other maintenance tasks while the aircraft was down.

4. I am unsure as to the exact date Mercury returned the airplane to me, I believe it was July 16th, 1998. Upon return of the plane, I took it for a test flight. Shortly after take off the right engine felt a little rough and the left engine's Exhaust Gas Temperature (EGT) gage went to zero on one cylinder. I landed the plane without incident and returned it to Mercury.
Mercury kept the aircraft for a number of days. They spent a number of hours running the left engine and trying to diagnose the cause of the zero reading EGT gage. Some time in late July of 1998 Mike Wasson phoned me to tell me that the left engines hydraulic lifters (the ones in the cylinder they had replaced) had shattered and that metal bits were scattered throughout the engine.

5. At some point in the next few days I had several meetings with the Mercury staff: Mike Wasson (service coordinator), John Wrega (general manager) and William Young (Maintenance director) to try and sort out what happened, who was at fault and how it would be resolved. In one of these

1

meetings the Mercury staff and I entered into the agreement to send the damaged motor to an independent expert (Aviation Engines Inc.) To evaluate to problem and determine its cause. We agreed that if Aviation Engines Inc. determined the fault was caused by Mercury, they would pay to fix the motors, return the aircraft to flying condition and make some type of goodwill compensation for the lost use of the aircraft. It was also agreed that if the damage was determined by Aviation Engines Inc. to be unrelated to the work mercury performed that I would pay all costs, including the engine removal labor, crating and shipping costs and the cost of the evaluation. The engine was shipped out on July 30th, 1998

6. On 8/12/98, Aviation Engines presented their evaluation that the fault was caused by the installation of wrong parts specifically the hydraulic lifters. This was agreed to by Robert Ohnmeiss (Sr. field and Technical specialist) of Avco Lycoming, the engine manufacturer. Mercury received the report. However, did not authorize the repairs. Sometime after during one of my many inquiries, they told me it was in the hands of their insurance company and I had to wait.

7. At some time during the waiting proccess they asked me if the aircraft could be stored outside, on the ramp, it was for some time in their maintenance hanger. I agreed under the conditions that: the rudder lock would remain engaged, the fuel tanks be kept "wet" (with fuel) and the one remaining motor be turned over by hand once a week or so. These tasks were not kept up, the rudder has been damaged, and the tanks dried out.

8. On December 2, 2004 I contacted Victor Cushing, Owner of Mather Aviation in Mather California, the maintenance facility that maintained the aircraft from 1992 until 1998, Victor has expert knowledge of twin bonanzas and intimate knowledge of my plane, N-3583-B. He estimated $155,045.00 to repair the aircraft to flyable condition.

9. On December 20th I received a current estimate from Aviation engines. The Base price is now $24,146.00 for the repair of the engine still in their possession; I was told the total could be more. This price does not include $4000.00 to rebuild the nose case, which may have been damaged by the shattered hydraulic lifter pieces. The estimate does not include removal of the other engine, reinstallation of the rebuilt engines and other costs to make the plane fly again.

9. I know of five comparable Beechcraft Twin Bonanzas currently on the market, ranging in price from $134,500.00 to $239,500.00

SIGHNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 7th DAY OF JANUARY, THE YEAR 2005

Leon Shabott
248 Elm St. #2
Montpelier, Vermont, 05602
(802) 223-0929

2