UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.

CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

## PLAINTIFF LEON SHABOTTS RESPONSE TO DEFENDANTS MERCURY AIR INC STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

The plaintiff Leon Shabott (Shabott) submits this response to Mercury Air Inc's (Mercury) statement of undisputed material facts in opposition to the defendants motion for summary judgement.

### FACTS

1. The actual purchase price of the aircraft was 35,000.00. See affidavit of Leon Shabott #2.

2. On or about late June Shabott entered into the first of many contracts with the defendant Mercury. See affidavit of Leon Shabott #3, #5, #6, #7.

3. Agreed, See affidavit of Leon Shabott #3.

4. The exact date the aircraft was returned is in dispute. See affidavit of Leon Shabott #4.

5. The exact date the aircraft was flown is in dispute. See affidavit of Leon Shabott #4.

6. The exact date the aircraft was flown is in dispute. The problem to the hydraulic lifters may have occurred after the aircraft was returned to mercury. See affidavit of Leon Shabott #4.

7. The cost to repair just one of the engines is considerably more that $17,156.79 and does not include repairs to other damage caused by mercury. See affidavit of Leon Shabott #7, #8, #9.

8. On July 14th Shabott filed his complaint against mercury for breach of multiple contracts made after July 14th 1998. See affidavit of Leon Shabott #4, #5, #6, #7.

PLAINTIFF
LEON SHABOTT PRO SE

Leon Shabott
248 Elm St. #2
Montpelier, Vermont, 05602
(802) 223-0929

1