UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.                                              CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

## PLAINTIFF LEON SHABOTTS MEMORANDUM IN SUPPORT OF IT OPPOSITION OF DEFENDANTS MERCURY AIR INC'S MOTION FOR SUMMARY JUDGEMENT

The plaintiff Leon Shabott (Shabott) submits this memorandum of law in support of his opposition to the defendants motion for summary judgement.

### INTRODUCTION

On July 14th 1998 Shabott filed a civil action against Mercury Air Inc. (MERCURY) in which it was stated that Mercury recommended repairs to Shabott's aircraft.

Unquestionably, there was a breach of contract. Shabott contracted to have the engines repaired and the aircraft maintained by competent workman and returned usable. This was not done, the engines were not repaired properly and to this day do not function and the aircraft is damaged from Mercury's lack of care.

The question is when the breach of contract occurred. Shabott states the multiple breaches of contract by Mercury occurred within the six year statute of limitations.

In regards to the argument that jurisdiction does not apply pursuant to 28 U.S.C.-1332. The amount in controversy just to repair the plane far exceeds the $75,000.00 minimum. Shabott may be entitled to more than the cost of repairs, depending on if storage fees are due, if compensation for lost use of the aircraft, and other relief is deemed just.

This case should be allowed to be heard in the court of law.

### ARGUMENT

I.

There is no disputing by Mercury's own admission that material facts exist to prove there is a triable issue.  See affidavit of Michael Wasson #11, #13.

1

II.

The General laws of Massachusetts, wherein, Chapter 260-2 provides for a
6-year statute of limitations. In particular, the law states that a
lawsuit based on contract must be commenced only within six years next
after the cause of action accrues. Shabott argues that a cause of action
accrues when the contract was breached, or when the plaintiff should have
discovered the problem. That "a cause of action accrues on the happening
of an event likely to put the plaintiff on notice." <u>Hendrickson V. Sears
365 Mass.83,89-90(1974) and cases cited.</u>


III.
The date of the return of the aircraft is in dispute, as is the date of
the test flight. Even if the aircraft was returned and flown before July
13th, 1998, or even that if he was notified that the motor was damaged
before July,13[th],1998; The cause of the damage was not know to the
plaintiff and was "inherently unknowable".

Mercury maintained ignorance to the cause of the problem until the
independent evaluation by Aviation Engines was concluded on August
12th,1998. <u>See</u> Attachment A


Shabott argues that the second contract in which Mercury agreed to repair
the engines if the independent evaluation deemed them at fault took effect
when the motor was shipped to Aviation Engines on July 30th 1998, within
the six year statute. <u>See</u> attachment -B

"The inherently unknowable wrong must be incapable of detection by the
wronged party through exercise of reasonable diligence" <u>International
Mobiles Corp. v. Corron & Black/fairfield & Ellis, Inc. 29
Mass.App.Ct.215.222 (1990).</u> The plaintiff performed "reasonable diligence
in trying to determine if mercury did in fact breach the contract. Shabott
and Mercury were unsure of the cause of the problem and negotiated a
mutual agreement to seek outside help to make a determination. In doing so
The plaintiff was "reasonably diligent" in his efforts to determine if the
defendant was at fault and therefore, it was not until Shabott received a
report back from Aviation engines Inc. that he learned of the defendants
breach. <u>See</u> Attachment A

In fact, when Shabott was first notified that the engine was damaged, he
started to look for a used engine to swap out, at his own expense. <u>See</u>
<u>affidavit of Michael Wasson # 9.</u>

The third contract took place when the plaintiff agreed to allow the
aircraft to be stored outside by the defendant, this agreement was made
after the engine was shipped to Aviation Engines Inc. sometime after July
30th, 1998; Also within the six year statute.

IV.

The amount in controversy exceeds $75,000.00 pursuant to 28 U.S.C.-1332 the diversity statute. See attachment C.& D.

The price the plaintiff paid for the airplane has no merit in this case. The seller, Jim McCarthey had owned the plane for the last 21 years, his personal fondness for the aircraft led him to seek a suitable owner, not just a buyer, he had reportedly refused to sell the aircraft to a number of dealers who had previously contacted him. The fair market value of the aircraft today if it was in the same condition as when Shabott entrusted it to Mercury is estimated by the plaintiff to be over $175,000.00. See attachments E., F., & G.

CONCLUSION'

For all the reasons set forth herein, the plaintiff Leon Shabott respectfully requests that the court dismiss the defendant, Mercury Air Inc's motion for summary Judgement and allow this true and valid case to go to trial.


PLAINTIFF
LEON SHABOTT PRO SE

Leon Shabott
248 Elm St. #2
Montpelier, Vermont, 05602
(802) 223-0929

leon    *Attachment A.1*

AVIATION ENGINES, INC.
201 AIRPORT ~~~~~~~~
~~~~~~~~~~~~~~~~
PHONE: 205-~~~-~~~~
FAX: 205-926-6040

ATTN: LEON SHABOTT

DATE: 8/12/98

REF: GO-480-F4A6 , S/N L-619-29

Aviation Engines, Inc. received engine due to failure
of #2 cylinder lifter bodies.

The following parts were found installed:

| Qty | Part No. | Description | Position |
|-----|----------|-------------|----------|
| 12 | SL78277 | Lifter bodies | All locations |
| 5 | 73062 | Plunger assy | Cyl # 1,3,5,4 & 6 |
| | 78290 | Plunger assy | Cyl # 2 |
| | 67113 | Rocker arm | Cyl. intake (all) |
| | 67113 | Rocker arm | Cyl. exh. # 1, 3, 5, 4 & 6. |
| 1 | 71265 | Rocker arm | Cyl exh. # 2 position |
| 1 | 71305 | camshaft | |

Provided that proper valve lash was obtained at
cylinder installation per Lycoming overhaul procedures
and replacement part 78290 was not defective, it is
my opinion that the intermix of plunger assy. 73062 (old
style) & 78290 (new style) and rocker arm 67113 (old
style) & 71265 (new style)  did not maintain proper
rocker arm to valve tip clearance. The clearance
should be "0" with engine running at take off RPM.

From all indications, it does appear that plunger assy.
# 78290 did bottom out from excessive pressure and
seize. Consequently, this caused excessive clearance
in valve train that allowed the push rods to make
contact with the inner edge of the lifter bodies. This
contact would cause breakage of a lifter body, as this
appears to be the case in your engine.

leon

*Attachment A.2*

Both the intake and exhaust rocker arms made contact
with the cylinder head due to excessive clearance.
Push rod damage appears to have been caused when
clearance and centerline alignment were not
maintained between rocker arm, push rod and the lifter
assembly.

It is of vital importance when working on an engine
of this age not to intermix older and new style parts.
Parts should be replaced in sets only. Also proper
valve lash must be obtained at cylinder installation
by the use of oversize or undersize push rods.

To follow is Lycoming S.I 1011H, GO-480 Overhaul
Manual section 8-44, and Service Instruction 1182A
for your review.

Please call should you require further information.

Thank you,

Don Freeman, Owner

Page 2

Attachment A. 3

AVIATION ENGINES, INC.
301 AIRPORT STREET
CENTREVILLE, AL.  35042
FAX: 205-926-6040
PHONE: 205-926-5186
PHONE: 800-344-7918


DATE: 8/6/98

ATTN: LEON SHABOTT

AEI RECEIVED YOUR ENGINE TODAY. WE WILL NEED ALL
ENGINES LOG BOOKS PERTAINING TO THIS ENGINE. PLEASE
MAIL TO THE ADDRESS ABOVE.

WE WILL NOTIFY YOU OF OUR FINDINGS WHEN INSPECTION
IS COMPLETE.

THE REMAINING PARTS HAVE BEEN SENT UPS PER MIKE
AT MERCURY AIR CENTER. WE WILL NOTIFY THEM IF WE
REQUIRE ADDITIONAL PARTS.

THANKS

PAM FREEMAN

*Attachment A.4*

| DATE: | 8/13/89 | PF |
|-------|---------|-----|

ATTN:     DON FREEMAN

FAX:     205-926-6040 (AVIATION ENGINES)

FROM:     **PRODUCT SUPPORT**
**ROBERT OHNMEISS, SR. FIELD/TECHNICAL SPEC.**
**PHONE: (717) 327-7127 FAX: (717) 327-7101**
SUBJECT:   **#2 CYLINDER LIFTER BODIES BROKEN.**

AFTER REVIEWING YOUR FAX, I FEEL THAT YOU ARE CORRECT.
THE MIX MATCH OF THE HYDRAULIC LIFTERS PLUNGERS, MEANING 10 OF ONE PART
# AND 2 OF ANOTHER PART #, COULD CAUSE AN UNEVEN BLEED RATE DURING
OPERATION. THIS IS MOST LIKELY WHAT HAS CAUSED THE PROBLEM.

ARE YOU SURE THAT THE PROPER VALVES AND GUIDES WERE USED AND THAT THE
DRY TAPPET CLEARANCE WAS SET AS PER THE OVERHAUL MANUAL WITH THE
PLUNGERS CLEAN AND DRY, SETTING .028" TO .080" CLEARANCE?

NOT BEING ABLE TO LOOK AT THE ENGINE, IT APPEARS THAT THE PROBLEM WAS
CAUSED BY THE PLUNGERS.

PLEASE REF. SI-1011H, THE CAUTION TELLS YOU NOT TO MIX THE PLUNGERS OF
DIFFERENT PART NUMBERS, BECAUSE OF ERRATIC OPERATION.

*Attachment-B*

**ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN.**

0252-0971-6228 ©1996, Moore® All Rights Reserved - 0305m

**STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of lading.

NOT to be used for ORDER NOTIFY SHIPMENTS.

DATE *07-30-98*

**YELLOW FREIGHT SYSTEM, INC. YFSY**

(NAME OF CARRIER)          (SCAC)



NOTE: DRIVER AFFIX PRO NUMBER LABEL HERE

| CUSTOMER P.O. NO. | ROUTE | | SHIPPER'S NUMBER |
|---|---|---|---|
| TO CONSIGNEE *AVIATION ENGINES* On COD Shipments the letters "COD" must appear before consignee's name. | | FROM SHIPPER *MERCURY AIR CENTER* | |
| STREET *301 AIRPORT ST.* | | STREET *HANGAR 1727 HANSCOM FIELD* | |
| (DESTINATION) CITY, STATE, ZIP *Centreville  AL  35042* | | (ORIGIN) CITY, STATE, ZIP *BEDFORD, MA  01730* | |

| NO. SHIPPING UNITS | (X) HM | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (LIST HAZARDOUS MATERIALS FIRST) | WEIGHT LBS. (SUBJECT TO CORRECTION) |
|---|---|---|---|
| 1 | | *AIRCRAFT ENGINE ON PALLET* | *400* |
| | | *UNCRATED* | |
| | | | |
| ◀ TOTAL | | TOTAL ▶ | |

DECLARED VALUE: Where the rate dependent on value, shippers are require to state specifically in writing the agree or declared value of the property. If th value is omitted, the shipment will b subject to the lowest actual or releas value.

The agreed or declared value of th property is hereby specifically stated by th shipper to be not exceeding

$ *50*

per *POUND*

Subject to Section 7 of the conditions, if this shipment is be delivered to the consignee without recourse on tt consignor, the consignor shall sign the following statemen The carrier shall not make delivery of this shipmen without payment of freight and all other lawful charge

(Signature of Consignor)

✗

*YELLOW FREIGHT LIABILITY.* Shipments valued at more than $50 per lb., per pkg. are of extraordinary value. Carrier's maximum liability is $50 per lb., per pkg subject to $250,000 maximum total liability, unless the shipper requests excess coverage (at an additional charge) on the bill of lading.

**RECEIVED**, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents, c condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to s destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper an accepted for himself and his assigns.

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation | SHIPPER: | | |
|---|---|---|---|
| | PER: | DRIVER | |
| | | PIECES | DATE |

OD-136 (REVISED 10/96)

**MARK "X" IN "HM" COLUMN FOR HAZARDOUS MATERIALS**

*Attachment C, 1*

AVIATION ENGINES, INC

240 AIRPORT STREET

CENTREVILLE, AL. 35042

# ESTIMATE

| DATE | MODEL # |
|------|---------|
| 12/6/2004 | T |

*Current price
as of today.

Price 1 Dec.
20*

NAME ADDRESS

LEON SHABOT

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|------|-------------|-----|------|-------|
| 60-20 | SPRING | | 154.11 | 154.11 |
| 15-21318 | BODY, HYD. TAPPET 279.38 N | 1 | 208.83667 | 2,505.04 |
| AE-78290 | PLUNGER | 12 | 35.00 | 420.00 |
| AE-78524 | SOCKET | 12 | 6.90 | 82.80 |
| 77-34 | CAMSHAFT - NEW | 12 | 2,114.49 | 2,114.49 |
| STD-503 | SCREW, CAM | 1 | 9.86 | 39.44 |
| AE-STD-1821 | HOSE, OIL DRAIN | 4 | 0.80 | 4.80 |
| SHAFT-6 CYL. | CRANKSHAFT O/H 4/03 | 6 | 850.00 | 850.00 |
| ' | Grind rods & mains/Renitride/Cad plate Bake, oil seal repair, | 1 | | |
| AE-270037 | ROD BOLT | | 18.00 | 216.00 |
| AE-012186 | NUT, C/R | 12 | 2.00 | 24.00 |
| SL-8763AM05 | BEARING | 12 | 34.44 | 275.52 |
| C/W O/H | COUNTERWEIGHT O/H (LYC) | 8 | 39.50 | 237.00 |
| SL-1162MC3 | BEARING | 6 | 14.68 | 176.16 |
| SL-1507A | WASHER | 12 | 13.22 | 317.28 |
| SL-4120 | Ring, Snap | 24 | 0.70 | 16.80 |
| 69-33 | ROLLER | 24 | 10.85 | 108.50 |
| 70-16 | ROLLER | 10 | 10.85 | 21.70 |
| 69-48-1 | GASKET SET | 2 | 602.36 | 602.36 |
| STD-156 | SCREW | 1 | 47.80 | 47.80 |
| 45-26 | TUBE | 1 | 14.10333 | 84.62 |
| 60-48 | TUBE | 6 | 150.39 | 150.39 |
| 45-15-S | BUSHING | 1 | 60.95 | 60.95 |
| 72-92 | PLUG | 1 | 101.46 | 101.46 |
| SL-73810P10 | BUSHING | 1 | 9.74 | 116.88 |
| SL-71903A-A | BUSHING | 12 | 5.34875 | 128.37 |
| 60-746 | IMPELLER | 24 | 111.60 | 111.60 |
| 60-747 | IMPELLER | 1 | 145.80 | 145.80 |
| 68575 | RETAINER | 1 | 4.24 | 8.48 |
| SL-12136 | CUSHION | 2 | 2.54 | 10.16 |
| 50-049 | BEARING | 4 | 150.00 | 300.00 |
| CONN ROD O/H | CONNECTING ROD - O/H | 2 | 39.50 | 237.00 |
| | | 6 | | |

## TOTAL

Page 1

205-926-6040                    Pam Freeman

*Attachment C.2*

AVIATION ENGINES, INC

249 AIRPORT STREET
CENTREVILLE, AL. 35042

# ESTIMATE

| DATE | MODEL # |
|---|---|
| 12/6/2004 | T |

NAME, ADDRESS

DON SHABO ?

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| SL13913A | BUSHING, Connecting rod | 6 | 1.76 | 10.56 |
| 71266 | NEW# 17F21188 | 6 | 168.31687 | 1,069.90 |
| 71265 | NEW# 17F21187 | 6 | 168.31687 | 1,069.90 |
| | | | 0.00 | 0.00 |
| AEL71436 | PUSH ROD | 12 | 18.90 | 226.80 |
| 60476 | SPRING | 1 | 20.31 | 20.31 |
| STD1563 | HOSE | 1 | 3.72 | 3.72 |
| STD841 | HOSE | 1 | 7.01 | 7.01 |
| 649 19769-0.91 | GASKET | 4 | 3.35 | 13.40 |
| 74855 | BOLT | 8 | 59.83 | 478.64 |
| 74446 | NUT | 8 | 7.31625 | 58.53 |
| 65873 | LOCK | 1 | 31.91 | 31.91 |
| STD1017 | RIVET | 1 | 0.97 | 0.97 |
| MISC. SOLVENT | MISC. SOLVENTS/HARDWARE | | 200.00 | 200.00 |
| LABOR | | | 5,500.00 | 5,500.00 |
| | We've taken a look at your cylinders and this is what is will take to repair them. At this time we have not completely disassemble all 6, so at this point we are not aware of cracks. | | | |
| CYL ASSY | | 6 | 940.00 | 5,640.00 |
| SL15838AP.0 | GUIDE, EXH | 0 | 15.28 | |
| SL16713AP.0 | GUIDE, intake | 0 | 7.12 | |
| SL11895P16 | SEAT | 0 | 18.20 | |
| SL51-22P03 | STUD | 0 | 2.96 | |
| SL13119 | VALVE | 0 | 56.88 | |
| PA19XV | VALVE | 0 | 105.99 | |
| SL40009 | VLV KEY | 0 | 0.48 | |
| SL4MS13997-3 | KEY | 0 | 2.29 | |
| SL16475 | SEAT | 0 | 3.29 | |
| SL11796 | SPRING | 0 | 1.68 | |
| SL11797 | SPRING | 0 | 5.10 | |
| AEL1077-1 | PISTON PIN | 6 | 44.00 | 264.00 |

## TOTAL

*Attachment . Cu*

AVIATION ENGINES, INC

249 AIRPORT STREET
CENTREVILLE, AL. 35042

# ESTIMATE

| DATE | MODEL # |
|------|---------|
| 12/6/2004 | T |

NAME / ADDRESS

LEON SEABOLT

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|------|-------------|-----|------|-------|
| SC 28 | PLUG | 0 | 4.41 | 0.00 |
| AL 10 08 | PISTON | 0 | 159.71 | 0.00 |
| CX 20 | RING SET | 0 | 25.80 | 0.00 |
| CYL REPAIR | REWORK BARREL | 0 | 0.00 | 0.00 |
| | CHANNEL CHROME - WE KNOW AT THIS TIME | | | |
| | THAT (1) WILL REQUIRE | | | |
| | BARREL WORK DUE TO MINIMAL | | | |
| | CHOKE. | | | |
| | | | | |
| | THIS IS A VERY ROUGH ESTIMATE ONLY. WE | | | |
| | WOULD RECOMMEND | | | |
| | GOING THIS ROUTE, AS TO UPDATE | | | |
| | YOUR ENGINE TO PREVENT THIS FROM | | | |
| | HAPPENING AGAIN. FOR INSTANCE THE | | | |
| | CURRENT PISTONS, PLUNGERS, VALVES IN | | | |
| | YOUR CYLINDERS ARE NO LONGER AVAILABLE. | | | |
| | SOON YOU WILL REACH THE POINT OF HAVING | | | |
| | TO REPLACE ALL OF THESE DUE TO | | | |
| | UNAVAILABILITY OF PARTS. MIGHT AS WELL DO | | | |
| | THIS NOW TO SAVE COST & DOWNTIME LATER. | | | |
| | | | | |
| | YOUR ACCESSORIES/ AND NOSE SECTION ARE | | | |
| | TO BE REPLACED | | | |
| | AS IS. | | | |
| | IF YOU WOULD LIKE THESE ITEMS | | | |
| | CHECKED THERE WOULD BE ADDITIONAL COST. | | | |
| | APPROX COST OF O/H ON NOSE SECTION IS | | | |
| | 4000.00 , PROVIDED THE PARTS ARE INDEED | | | |
| | REPAIRABLE. | | | |
| | IF PROBLEMS WITH AN ACCESSORY IS | | | |
| | DISCOVERED DURING THE TEST CELL RUN WE | | | |
| | WOULD RECOMMEND O/H. THIS WOULD BE | | | |
| | ADDITIONAL. | | | |

| | | TOTAL | |
|--|--|-------|--|

Page 3

Attachment C.4

AVIATION ENGINES, INC

240 AIRPORT STREET
CENTREVILLE, AL. 35042

# ESTIMATE

| DATE | MODEL # |
|------|---------|
| 12/6/2004 | 7 |

| NAME / ADDRESS |
|----------------|
| LEON SHABOT |

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|------|-------------|-----|------|-------|
|  | NOTE: FREIGHT CHARGES HAVE NOT BEEN INCLUDED IN THIS QUOTE !! |  |  | 0.00 |
|  |  |  | **TOTAL** | $24,146.8 |

205-926-6040     Pam Freeman     Dec 06 04 10:20a

# Repair estimates for N3583B (as of 12/2/04)

| | |
|---|---|
| **Engine rebuilding** | |
| L-engine rebuild *(From a range)* | $38000.00 |
| R-engine rebuild | $38000.00 |
| probable extra costs ( +20%) | $7600.00 |
| | |
| **Aircraft mechanical work** | |
| L-engine R &R | $4500.00 |
| R-engine R | $5500.00 |
| | |
| Rudder (used) | $8000.00 |
| Paint and Balance | $700.00 |
| instalation | $250.00 |
| | |
| Fuel bladder (just one, there is 4!) | $2500.00 |
| Fuel instalation (just one, there is 4!) | $1000.00 |
| | |
| Prop overhaul Manditory AD as of 2000 | |
| L-prop | $5700.00 |
| R-prop | $5700.00 |
| | |
| Anual inspection (base price) | $6500.00 |
| est. squauks after 6 years | $13000.00 |
| | |
| Avionics /  interior moisture removal | $4000.00 |
| | |
| sub total | $140950.00 |
| 10% miss | $14095.00 |
| | $155045.00 |

*Attachment E.1*



International Listings of Aircraft for Sale & Aviation Classifieds

> Beechcraft Twin Bonanza

  





| | |
|---|---|
| Ad Number: | 336 |
| Seller: | **The Plane Exchange** **Barb Price** |
| Location: | , CA United States |
| Phone: | (707) 237-2554 |

| | |
|---|---|
| Price | 134,500 OBO |
| Manufacturer Year: | 1950 |
| Aircraft Make: | Beechcraft |
| Aircraft Model: | D50C Twin Bonanza |
| Total Airframe Time (TTAF) | 5815 |
| Preferred Type of Sale | For Sale |
| Engine Type - Left Engine | Lycoming GO 480, 295 HP |
| Additional Engine & Propeller Remarks | 390/780 SMOH Lycoming GO 480, 295 HP  (340) 750 20 SPOH both props |
| Last Inspection Type | Annual |
| Last Inspection Date | 2/04 |
| Avionics | King KMA 24 ... RX 170 Nav/Com with ... Collins ... |


**Flight** Solutions

Your ... Location for all your Business Aircraft ...

**VISIT US TODAY**


**EVERYTHING EXPLAINED**
PROFESSIONAL PILOT


**SELL YOUR AIRCRAFT TODAY!**
Register Here

View General Aviation Forums

*A Hcehment E.2*

251 Com, Century NSD 360 HSI, Apollo 2001 GPS, Sperry SP-3 Autopilot with altitude hold, FlyTech Computer, ARC 21A ADF, WX 10A Stormscope, King KT 76 Transponder with Apollo II Encoder, Electronics International EGT/CHT/OAT, Hobbs and heater hobbs.

**Interior Description**
Classy Blue Vinyl seats with Gray and Blue fabric inserts, excellent condition.
Matching sidewalls and Beige carpet.
D'Shannon speed sloped one piece windscreen.
Swing over yoke with PTT & AP disengage

**Exterior Desciption**
Beautifully restored in 1993:
White paint with Ice Blue and Dark Blue accents.

2" Registration marks.

**Web Site Where this ad can be viewed online**
http://www.theplaneexchange.com/60_twinbonanza

**Short Description**
King KMA 24 Audiopanel w/ 3 LMB, King KX 165 Nav/Com w/ GS, HSI, Apollo 2001 GPS, A/P & ADF. White paint w/ Ice Blue & Dark Blue accents.Interior in excellent cond. Factory Air Stair Door, Fresh Annual

Times viewed: 214

Ads by Goooooogle

Aircraft Engine Overhaul
Worldwide Shipment - High Quality Victor Black Edition Piston Engine

Supplier of Pilot Supplies & Aircraft Building Materials

Construction books and videos for the aviation kit builder

Avionics integration kits including egpws, taws, tcas, acas, and more



TRADE CREDIT        ABOUT US
CHARTER            LINKS
REFERENCES         CONTACT US

HOME    AIRCRAFT SALES    ACQUISITIONS    APPRAISALS




**Year: 1962**
**Make: Beechcraft**
**Model: D50E Twin Bonanza**

- Registration No: N104VS
- Serial No: DH-320
- Total Time: 5992
- Landings:
- Date of Specifications: 03, 3
- Price: 239,500

Lycoming GO-480-G2F6 295 HP 1400 TBO RE - 498 SMOH LE - 276 SMOH

McCauley Three Blade New 1999 RP - 150 SNEW LP - 150 SNEW

ALL NEW PANEL 1999 King KMA 26 Audio Panel King KX 155 Nav Com King KX 155 Nav Com King KN
KI 209 GS Receiver King KT 76A XPONDER King KCS 55A Slaved HSI King KLN 90B IFR GPS King RDS
1000 Stormscope S-TEC 65 APAlt Hold/Pre-Select-Yaw Damper

Alcohol De-Ice Props Norton Long Nose Radome Co-Pilot Panel One Piece Windshield - 2002 New Wing

Blower System Six Place Stereo Intercom Stereo CD Player Rosen Sun Visors IVSI Co-Pilot Brakes Factor EGT Davtron Digital Chronometer

### Interior

✈ Raed 8/10 Six Place Seating in Medium Blue Leather with Matching Carpet and Sidepanels. All Single Seat Club Arranged. Refurbished 2002. Very Nice Condition.

### Exterior

✈ Rated 8/10 Overall Matterhorn White with Deep Red and Dark Blue Accent Stripes. New 1991. Hangared.

| HOME | | | INVENTORY | FINANCING | CONTACT US |



# James & McCartney Engineering, Inc.

*Performing quality underground inspections since 1975*

3250 Jelincic Drive
Hayward, CA  94542
(800)  6 4 9 - 8 7 8 8
(510)  5 8 1 - 8 7 8 7

September 6, 1995

Attn: David Warwick

Dear David

Here are the currant times and equipment on my T-Bone.
It was modified by Swearingen in December of 1964 ( I.E. Airstare door, Club seating and bigger engines and Props .)

Total Time Airframe 4,265 Hr.
Total Time Engines  1933.9 Time since Overhaul 642 Hr,s
Recommended time before overhaul is 1400 Hr,s on engines
Total Time on Props is 1933.9  Time since Overhaul and AD compliance is 46.2 Hr,s

Equipped as follows.

1. Two MAC 1700's . Two O.B.S's One with glide slope. (modified King KX 175's)

2. One King Silver Crown D.M.E.

3. One King  KMA-20 Audio Panel, With Marker Beacon.

4. One Bendix Mark 12c A.D.F.

5. One Narco Mode C Transponder.

6. One 12 Probe  K&S Avionics E.G.T.

7. One Scott Oxygen System. ( two 34 Cubic Foot Tanks.)

8. Windshield and front side windows are one piece and are 1/4 inch thick.

Respectfully,

James McCartney
President

PURCHASE AGREEMENT

BUYER agrees to purchase Beech Twin Bonanza, N3583B, S/N CH43 for purchase price of $35,000.00 with a $5,000.00 non-refundable deposit. Buyer agrees to be responsible for annual performed on aircraft and all discrepancies found, except seller is obligated to be responsible for the right main fuel tank leak. Deposit of $5,000.00 is only refundable should title search reveal any liens against aircraft.

Purchase should be completed by ~~April 30, 1998~~ *May, 3, 1998* otherwise sale will be null and void. *Due to mutualy agree upon deky*

_____
BUYER

_____
DATE

_____
SELLER

_____
DATE

Attachment 6

FROM : GREGG CADIEUX          PHONE NO. :          Dec. 06 2004 11:28AM R1

③

# TWIN BONANZA Support

14 Willowbrook Road • Scotia, NY 12302 • Cell: 518-424-8235 • Fax: 518-384-1234 • E-mail: TWINBO550@aol.com

12-6-04

To: LEON SHABOTT
248 ELM ST. #2
MONTPELIER, VT. 05068
FAX (802) 223-0929

Leon,

As you know, I have been a Twin Bonanza Enthusiast for 35 years. I have owned approximately 7 "flyable" Twin Bonanza, and have owned at least 15 "parts" Twin Bonanzas. In fact, I currently own (1) 1957 "D Model" and (1) 1956 "D Model," both are in flying condition.

When you purchased your Swearingen modified B50 (N3583B) in the late 1990's, I appropriate its value at that time @ not less than $90,000.00. Being it was a modest Total Time with mid time engines and the airstair door and interior mods by Swearingen, I feel the value stated above is a FAIR and REAL WORLD value at that time. Today, that same airplane is worth even more.

Respectfully,
Gregg W. Cadieux