COPY

## LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET

BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

January 5, 2005

**VIA HAND DELIVERY**

Leon Shabott
248 Elm Street, Apt. 2
Montpelier, VT 05602

RE: Leon Shabott v. Mercury Air Group, Inc.
C.A. No. 04-11575-JLT

Dear Mr. Shabott:

This will confirm your delivery today to me of 188 numbered pages of documents in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

David C. Aisenberg

cc: Wayne J. Lovett (with documents)
Jennifer Joaquin (with documents)