UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11575-JLT |
| | * | |
| | * | |
| | * | |
| MERCURY AIR GROUP, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

February 14, 2005

TAURO, J.

After the Further Conference held on February 14, 2005, this court hereby orders that:

1. Defendant Mercury Air Group, Inc.'s Motion for Summary Judgment [#11] is DENIED;

2. Plaintiff may depose: (1) Victor Cushing, (2) Gregg Cadieux, (3) John Wraga, (4) Michael Wasson, and (5) John Duprey;

3. Defendant may depose: (1) Aviation Engines, Inc. pursuant to Fed. R. Civ. P. 30(b)(6), (2) Avco Lycoming, Inc. pursuant to Rule 30(b)(6), (3) James M. McCartney, and (4) Gregg Cadieux;

4. All discovery shall be completed by August 31, 2005;

5. No further discovery will be permitted without leave of this court; and

6.   A Further Conference is scheduled for September 6, 2005 at 10:15 a.m.

IT IS SO ORDERED.

                                               /s/ Joseph L. Tauro
                                              United States District Judge