UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 14 P 2: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

ATTACHMENT 1

CIVIL ACTION

NO. 04-11575 JLT

Referred to MJ RB Collings

Leon Shabott
4137 Center Pond Road
Newark, Vermont 05871
(802) 723-5487

V.

Mercury Air Group, Inc.
5465 McConnell Avenue
Los Angeles, California 90066
(310) 827-8921

## COMPLAINT

### Parties

1. The plaintiff is a residence of Newark, Caledonia County, Vermont and a citizen of the United States

2. The defendant Mercury Air Group, Inc. is located Los Angeles, Los Angeles County California. Mercury Air Group, Inc. is incorporated in the state of New York

### Jurisdiction

3. The court has jurisdiction over this matter pursuant to 28 U.S.C. 1332

Facts

4. The Plaintiff hangered and ramped his Beechcraft twin bonanza airplane (N3583B) at the Mercury Air FBO at Hanscom Field, Bedford Massachusetts.
The Plaintiff used Mercury Air for storing, fueling and maintenance of his aircraft.

5. In June of 1998 the plaintiff contracted Mercury Air to do routine service his airplane (N3583B). The Mercury Air staff found problems with both of the two motors and performed extensive repairs.

6. Once the repairs were completed and fully paid for Plaintiff test flew his airplane on July 16th 1998. While on the test flight the motors began to show signs of having some problems. The aircraft was able land with rough running motors without incident.

7. The Mercury Air staff after many days discovered that the Hydraulic lifters of the cylinder they replaced had shattered, metal bits were scatted throughout the right motor.

8. The plaintiff negotiated with the manager of the defendant to have the right motor sent to a specialist with the understanding that if the problem was the fault of the defendant that they would repair the faulty motors and make for the lost use of the aircraft. The specialist working with Mercury air staff determined that the wrong hydraulic lifters had been installed. The wrong size parts hammered the pushrods and caused the lifters to shatter in flight resulting in extensive damage. The left motor also had the wrong lifters installed. This fact was related to the plaintiff by both the defendant and the specialist.

9. Mercury Air agreed to hanger the aircraft while it was investigating the cause of the damage to the motor(s).

10. Mercury Air asked the Plaintiff if it could store the aircraft outside on the ramp. The plaintiff agreed as long as the rudder wind lock was kept engaged. The rudder lock is engaged by keeping the nose wheel turned to the left most position.

11. In September of 2001 the plaintiff discovered the rudder had been bent and broken. The rudder lock had not been engaged. This was admitted by the Mercury Air staff with apologies to the plaintiff.

12. As of today the aircraft remains at Hanscom field its right motor removed and its rudder damaged. Mercury Air has sold its Hanscom field operations to another company.

13. The plaintiff demands that his aircraft be returned to flyable condition with both motors overhauled, the damaged airframe repaired and the aircraft working properly, as it was when it was entrusted to the defendant.
The plaintiff demands any storage charges accrued be paid.

14. WHERFORE, the Plaintiff demands judgment against the defendant for damages and such other relief as this court deems just.

15. The plaintiff requests a trial by Jury.

Signature

Leon Shabott    PRO SE

4137 Center Pond Road
Newark, Vermont 05871
(802) 723-5487