UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT
Plaintiff
v.

CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP, INC.
Defendant

## PLAINTIFF LEON SHABOTT'S OPPOSITION TO DEFENDANT MERCURY AIR'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

The plaintiff Leon Shabott ("Shabott") opposes the defendant Mercury Air's Motion for leave to file third party complaint.

Shabott states that Mercury has show no just cause to state that Textron Lycoming is liable for any wrong doing in this case.

In response to the defendants motion for leave to file third party complaint.:
(On page 2)

1. Agreed

2. Mercury has show no proof that Textron Lycoming gave any advise to Mercury, in the affidavit of Michael Wasson or the attachments, nor any discovery provided to the plaintiff by the defendant.

3. Mercury has showed no just cause to state that Textron Lycoming is liable for any wrong doing in this case.

4. Mercury has showed no just cause to state that Textron Lycoming was negligent.

5. Shabott believes the allowance of this motion will complicate and lengthen this case.

6. Shabott states that naming Textron Lycoming may prejudice their needed testimony as an expert witness and to give technical assistance to him in this case.

1

Shabott quotes the Federal Practice and Procedure,
(Wright - Miller - Kane)  Section 1443, page 301.
"Of course the court must be sensitive to the possibility of prejudice to the original plaintiff or the third party defendant that may result from the permitting the assertion of the third-party claim". #9

In this case, the defendant wants to bring the manufacturer of the aircraft's engines into this case as co-defendants.  Shabott states that his case relies on the manuals, written procedures, and the expert testimony of Textron Lycoming.

Mercury has not provided in the affidavit of Michael Wasson or the attachments any proof that Textron Lycoming gave Mercury any advice, or was in any was negligent.

Shabott restates that the manufacturer of his aircrafts engines to be a key provider of evidence in this case and opposes this motion.

WHEREFORE, Shabott respectfully requests that its motion to opposes the defendant Mercury Air's Motion for leave to file third party complaint be denied.

Plaintiff _____

Leon Shabott   pro se

Leon Shabott
248 Elm St. #2
Montpelier, Vermont 05602

(802) 223-0929
(802) 309-8707

2