UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.

MERCURY AIR GROUP INC.,
    Defendant,

CIVIL ACTION No. 04-11575-JLT

## REQUEST TO CORRECT A TYPOGRAFICAL ERROR AND TO CLARIFY INTENT

RE: PLAINTIFF LEON SHABOTT'S OPPOSITION TO DEFENDANT MERCURY AIR'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT
Filed on March 9th, 2005

The plaintiff respectfully asks the court to that he be able to correct a typographical error discovered shortly after filling his motion and after the court house was closed for the night.

In the last paragraph of page #2, it is incorrectly written:

WHEREFORE  Shabott respectfully requests that its motion to opposes the defendant Mercury Air's Motion for leave to file third party complaint be denied.

The intent of the plaintiff was to respectfully ask the court to grant his motion by denieing the plaintiffs.

The sentence should have read:

WHEREFORE  Shabott respectfully requests that the defendant Mercury Air's Motion for leave to file third party complaint be denied.

Shabott apologizes to the court for the error and humbly asks the court to allow this clarification of his motion to be accepted.

Plaintiff

_____
Leon Shabott     pro se

Leon Shabott
248 Elm St. #2
Montpelier, Vermont 05602
(802) 223-0929
(802) 309-8707

1