UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.

                                    CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,


## PLAINTIFF LEON SHABOTT'S MOTION TO DISMISS THE DEFENDANT MERCURY AIR, INC.'S THIRD PARTY COMPLAINT


In accordance with Local Rule #14(a); The Plaintiff Leon Shabott (Shabott) states that third party complaint by the defendant Mercury Air, Inc. (Mercury) should be dismissed. Shabott submits this motion, an affidavit and a memorandum of law in support of his motion.

On March 16th the defendant Mercury Air Inc., through their Attorneys filled a third party complaint and Jury demand with this court. Mercury names Textron Lycoming (AVCO Corp.) as co-defendants in the case Shabott vs. Mercury Air Inc. pending in this court.

Shabott opposes mercury's third party complaint.

In response to Mercury's complaint:

Page 1.
#1 Agreed

#2 Agreed

#3 Agreed

#4 Agreed

#5 Agreed

Page 2
#6 Mercury states the wrong parts were installed on the advice of Textron Lycoming.

Shabott states that even if Textron Lycoming did give this advice it would have been in conflict with Textron Lycoming's repair manual(s). It is the responsibly of an FAA approved aircraft maintenance facility to consult standard reference material(s). Mercury and or their employees should

1

solely be accountable for the negligence of installing wrong parts in an aircraft's engines. Not the manufacturer of the engines or supplier of the parts.

Mercury has not provided in its discovery to the plaintiff any written proof such advice was given nor have they provided even a name of the alleged advice giver. See Attachment A

#7 Shabott states that Textron Lycoming should not be held liable for any part of t⦿he claims he has against Mercury.

#8 Shabott states that Textron Lycoming should not be considered negligent for any advise they allegedly gave to Mercury.

Page 2 &3
Count #1,2&3

Shabott states that Mercury should not be entitled to any compensation by Textron Lycoming in relation to this case.

## SUMMARY

Shabott states there is no material proof of any wrong doing by Textron Lycoming.

Shabott believes the granting of this third party demand will complicate and lengthen this case.

Shabott states the granting of this third party demand could prejudice the needed testimony of Textron Lycoming as expert an expert witness in this case.

WHEREFORE, the plaintiff, Leon Shabott respectfully requests the court to dismiss the Third Party Complaint and Jury demand where Mercury names Textron Lycoming (AVCO Corp.) as co-defendants.

PLAINTIFF
LEON SHABOTT

-------------------------------------
Leon Shabott PRO SE
248 Elm St. #2
Montpelier, Vermont, 05602
(802) 223-0929
(802) 309-8707

2

ATT A.   *Provided as evidence by mercury.*

✗

06-24-98   LEON SHABOTT DROPPED OFF HIS BEECHCRAFT TWIN BONANZA FOR SERVICE. WE COMPLIED WITH A COMPRESSION CHECK ON BOTH ENGINES AND FOUND RIGHT ENGINE CYLINDER #1 AND LEFT ENGINE CYLINDER #2 BAD. REMOVED BAD CYLINDERS AND SENT TO MATTITUCK AIRBASE FOR REPAIR. MATTITUCK REPAIRED ONE CYLINDER AND REPLACED THE OTHER WITH AN EXCHANGE UNIT. WHILE TROUBLESHOOTING LOW COMPRESSION PROBLEM IT WAS FOUND TO HAVE FOUR FLAT LIFTERS P/N 73062. WHEN TRYING TO ORDER THAT PART NUMBER NO LYCOMING DISTRIBUTORS HAD ANY RECORD OF THAT NUMBER ON FILE. CONTACTED LYCOMING CUSTOMER SERVICE AND WAS TOLD TO USE PART NUMBER 78290. NO MENTION WAS MADE OF POTENTIAL PROBLEMS WITH MIXING OLD AND NEW STYLE LIFTERS. NOR WERE WE TOLD THAT WE HAD TO CHANGE ALL LIFTERS TO NEW STYLE. NO SERVICE BULLETINS OR INSTRUCTIONS WERE REFERENCED. FOUR EACH PART NUMBER 78290 WERE PURCHASED FROM AVIALL ON PURCHASE ORDER NUMBER 091435. THESE NEW STYLE LIFTERS WERE INSTALLED WITH SERVICABLE CYLINDERS FROM MATTITUCK AIRBASE.

*Att. A    Provided as evidence by mercury.*

**7-13-98** — Found metal in RBC while T.Shooting EGT proble. HYDRAULIC TAPPET BODY BROKEN.

MATTITUCK (MAHLON) said original "flat" tappets prob. caused by not enough use. 800 hrs in 18 years.

ENGINE CASE'S MUST be SPLIT TO REPLACE TAPPET bodies — MATTITUCK 6500°°. 7½ weeks ATLANTIC AIRCRAFT ENGINE 6250°° 3½ weeks both OVH shops quoted labor only - additional for PARTS, GASKETS, seals, etc.

**7-14-98** — NOTIFIED OWNER OF Problem. He told Bill he was going to "shop around" for another OVH SHOP and would get back to us.

**7-14-98** — Owner is looking for a used engine to swap-out. He will let us know by the end of this week @ 7-17-98.

**7-30-98** — SHIPPED ENGINE TO AVIATION ENGINES FOR REPAIR PER CUSTOMER.

**8-5-98** — ENGINE ARRIVED SAFELY PER PAM AT AVIATIONS ENGINES

**8-13-98** ✱ — FAX FROM ENGINE SHOP — INDICATING MIXING OF NEW STYLE AND OLD STYLE PARTS IN ENGINE. (NO INFO FROM LYCO CUSTOMER SERVICE WHEN THEY SUPERCEDED THE LIFTER PART NUMBER 73062 WAS
→ NOT available, or even listed in distributor's data bases. I called Lyco customer service 6-24-98 she said to use 78290. Which we bought from Aircall.

**8-19-98 (09:00)** — Mike Calbera at Lyco — GO-480-F4A6 ENGINE USES LIFTER P/N 78290 PER S.I. 1011H — IT DOES...