UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.                                            CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

### AFFIDAVIT OF LEON SHABOTT FOR HIS MOTION TO TO DISMISS THE DEFENDANT MERCURY AIR, INC.'S THIRD PARTY COMPLAINT

I Leon Shabott, under oath, depose and state:

1. I am the owner of Beechcraft Twin Bonanza N-3583-B

2. I was directly involved in with the staff of Mercury Air involving the events after the discovery that my aircrafts Engine(s) where severely damaged after mercury performed extensive maintenance on both engines.

3. Mike Wasson (service coordinator) told me that during the mantainace process they (mercury) had ordered replacement hydraulic lifters from an aircraft part distributor, not directly from Textron Lycoming. He told me the lifters that arrived were not the same part numbers and that he called technical support of Textron Lycoming (AVCO Corp.) Mike Wasson told me that they told him he could use the different parts. He said he did not get the name of the person who gave him this advice. (See attachment A.)

To not get a name and written confirmation before installing different than existing parts would be an unusual event in the world of aviation maintenance.

4. In a conversation with Mr. Crist of Textron Lycoming on March 30th, 2005 he told me that Mercury Air cannot purchase parts directly from Lycoming, That Lycoming sells to only about 20 distributors who would than be able to sell to FBO's like Mercury Air.

1

4. (cont.) Mr. Crist told me it not unusual that people claim wrong advice has been give to them by his company without a name of the alleged giver of the advice available. He jokingly said, "I hear all the time"………." Well I talked to someone, but I didn't get their name". Mr. Crist also stated to me that Textron Lycoming is constantly being named as co-defendants without just cause due to the belief (as he said it) that "the more deep pockets the better"

Shabott requests the defendant Mercury Air's third-party complaint be dismissed on the ground that there is no proof of wrong doing on the part of Textron Lycoming. That its interposition will unduly delay the determination of the main action and that it will prejudice Textron Lycoming's needed testimony.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 31st DAY OF ~~January~~ march, THE YEAR 2005

Leon Shabott
248 Elm St. #2
Montpelier, Vermont, 05602
(802) 223-0929
(802) 309-8707

2