UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT<br>    Plaintiff<br><br>vs.<br><br>MERCURY AIR GROUP, INC.<br>    Defendant and Third-Party<br>    Plaintiff<br><br>vs.<br><br>AVCO CORPORATION, LYCOMING<br>DIVISION<br>    Third-Party Defendant | Case Number:<br>04-11575 JLT |

ANSWER OF THIRD-PARTY DEFENDANT,
AVCO CORPORATION, TO THIRD-PARTY COMPLAINT

1. Third-party defendant, AVCO Corporation, hereinafter referred to as "AVCO", is presently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the third-party complaint and therefore presently denies the same.

2. Third-party defendant, AVCO Corporation, hereinafter referred to as "AVCO", is presently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of the third-party complaint and therefore presently denies the same.

3. AVCO admits the allegations contained in paragraph 3 of the third-party complaint.

4. AVCO admits that there is a complaint pending as identified in the caption but to the extent that the allegations contained in paragraph 4 of the third-party complaint do not accurately reflect that which is in the complaint, then AVCO denies the allegations contained in paragraph 4 of the third-party complaint.

5. AVCO admits that there is a complaint pending as identified in the caption but to the extent that the allegations contained in paragraph 5 of the third-party complaint do not accurately reflect that which is in the complaint, then AVCO denies the allegations contained in paragraph 5 of the third-party complaint.

6. Counsel for AVCO is presently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the third-party complaint and therefore presently denies the same.

7. AVCO denies the allegations contained in paragraph 7 of the third-party complaint.

8. AVCO denies the allegations contained in paragraph 8 of the third-party complaint.

## ANSWER TO COUNT I

9. AVCO incorporates herein by reference all of its responses to all prior paragraphs of the third-party complaint.

10. AVCO denies the allegations contained in paragraph 10 of Count I of the third-party complaint.

### ANSWER TO COUNT II

11. AVCO incorporates herein by reference all of its responses to all prior paragraphs of the third-party complaint.

12. AVCO denies the allegations contained in paragraph 12 of Count II of the third-party complaint.

### ANSWER TO COUNT III

13. AVCO incorporates herein by reference all of its responses to all prior paragraphs of the third-party complaint.

14. AVCO denies the allegations contained in paragraph 14 of Count III of the third-party complaint.

### FIRST AFFIRMATIVE DEFENSE

The third-party plaintiff has failed to state claims upon which relief can be granted in that the third-party plaintiff has failed to allege facts sufficient to show that the third-party plaintiff is entitled to any relief against AVCO, in fact or in law.

### SECOND AFFIRMATIVE DEFENSE

To the extent that Mercury was negligent in an amount sufficient to preclude recovery, then third-party plaintiff Mercury may have no recovery against AVCO.

THIRD AFFIRMATIVE DEFENSE

To the extent that Mercury voluntarily assumed known risks in connection with the matters contained in the complaint and third-party complaint, then Mercury may have no recovery against AVCO.

FOURTH AFFIRMATIVE DEFENSE

Third-party plaintiff Mercury is a sophisticated party in connection with maintenance and service of aircraft of the type referred to in the plaintiff's complaint and the third-party complaint and therefore may have no recovery against AVCO.

Third-party defendant AVCO Corporation hereby demands trial by jury.

Third-party defendant AVCO Corporation hereby reserves the right to file such other and further pleadings as the circumstances of the case may require.

Third-party defendant AVCO Corporation hereby appoints Gerald C. DeMaria as trial counsel.

AVCO Corporation, Lycoming Division

By Its Attorneys,

s/s Gerald C. DeMaria
Gerald C. DeMaria (BBO#549381)
Patrick B. Landers (BBO#562450)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780

Date: April 6, 2005

**CERTIFICATION**

I hereby certify that on the 6th day of April, 2005, a true copy of the within document was served upon the attorney of record for each party, as follows:

*By e-mail and by regular first class mail, postage prepaid, to*:

David C. Aisenberg, Esquire
LOONEY, COHEN, REAGAN AND AISENBERG, LLP
109 State Street
Boston, MA 02109

*By regular first class mail, postage prepaid, to*:

Mr. Leon Shabott, pro se
4137 Center Pond Road
Newark, Vermont 05871

s/s Gerald C. DeMaria