Leon Shabott
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929

Wednesday, June 29, 2005

**By Telefax**
**By USPS Priority Mail**

Att: Zita Lovett

To: The Honorable Joseph L. Tauro
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

re:  Joint Statement                                      Civil Action No. 04-11575-JLT

Dear Sir/Madam:

The plaintiff and the Defendants have been unable to confer as ordered to provide a Joint Statement as Per local Rule 16.1(d).

I the Plaintiff, Leon Shabott have, this week, been attempting to contact David Aisenberg, the counsel for Mercury Air, the Defendant and Patrick Landers, the counsel for Avco Corp., the Co-Defendant in order to draft a joint statement.

I have been unable to get a return call from either defense attorney, so far this week.

Thank you for your attention in this matter.

Very truly yours,

Leon Shabott Pro Se
248 Elm St. Apt.#2
Montpelier, Vermont 05602
(802) 223-0929