**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEON SHABOTT
    **Plaintiff**

    **vs.**

MERCURY AIR GROUP, INC.
    **Defendant and Third-Party**
    **Plaintiff**

    **VB.**

AVCO CORPORATION, LYCOMING
DIVISION
    **Third-Party Defendant**

             **Case Number:**
             **04-11575 SILT**

## RULE 26 INITIAL DISCLOSURES OF AVCO CORPORATION

    Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2(a), the third-party defendant AVCC Corporation, Lycoming Division hereinafter "AVCO"), through its attorneys, hereby discloses the following information to the plaintiff Leon Shabott ("Shabott") and third-party plaintiff Mercury Air Group, Inc. ("Mercury").   AVCO reserves the right to supplement this disclosure as appropriate.

    **A.**    **Persons likely to have discoverable information that may be used to support the third-party defendant's claims or defenses:**

    The following individuals are likely to have discoverable information that may be used  to  support the  **claims**  or defenses of AVM unless solely for impeachment. Other individuals may be

disclosed **in** the documents described in Part        infra, or become
known through discovery.

> Leon Shabott
> 4137 Center Pond Road
> Newark, VT 05871
> (802) 723-5487

Mr. Shabott is the plaintiff and he **is familiar** with (a) the
business relationship between the parties; (b) the airplane which
is the subject of the complaint; (c) certain facts supporting the
affirmative defenses and claims of the parties.

**Various** Representatives of Aviation Laboratories as listed
in the documents provided. The last known address of Aviation
Laboratories based on the documents is as follows:

> 918 Maria Street
> Kenner, LA 70052
> (504) 469-6751

> and also with an address of

> Los Angeles International **Airport**
> 6201 West Imperial Highway, **Building** 4
> Los Angeles, CA 90045-6397
> (310) 217-9369

Aviation Laboratories performed various tests **in** the engine
of the airplane which is the subject of the complaint.

Various Representatives of Aviation Engines as listed in the
documents provided.   The last known address of Aviation Engines
based on the documents is as follows;

2

301 Airport Street
Centreville, AL 35012
 (205) **926-5186**

**Aviation Engines was the last known** company to have

possession of the engine of the airplane which is the subject of

the complaint and is familiar with what it discovered upon

inspection of the engine and the cost to repair the engine.

Various Representatives of Mercury as listed in the

documents provided by the parties. The last known address of

Mercury is as follows:

5465 McConnell Avenue
*Los* Angeles, California *90066*

**Mercury allegedly had multiple conversations** with the third-

party defendant regarding the **airplane at** issue in the instant

action, as well as the parts and repairs thereto_

Various Representatives of AVCO as listed in the documents

provided including, but not limited to: James Matthews, Robert

Ohnmeiss, Charles Arnstadt and Michael Caldera.  The address of

AVCO based on the documents **is** as follows:

**552** Oliver Street
Williamsport, PA 17701
 (717) 323 -5181

AVCO representatives allegedly had **multiple communications**

with representatives of Mercury to discuss the **airplane** which is

3

the subject of the complaint and what repairs should be made to it as disclosed in the documents produced.

AVCQ also identifies and incorporates by reference all witnesses disclosed by the plaintiff and third-party plaintiff in any automatic disclosure submitted by them to the extent those witnesses would support the claims or defenses of AVCO, AVCO reserves the right to supplement and/or modify this disclosure as discovery proceeds.

**B.** **Description and location of all documents in the possession, custody or control of AVCO and that AVCO may use to support *its* claims or defenses, unless solely for impeachment:**

AVCO may use the following categories of documents for support of its claims or defenses, unless solely for impeachment:

1.  Correspondence between the *parties in* connection with the airplane, and previously produced by the parties;

2.  Handwritten notes and/sr internal data or other writings maintained by Mercury and the plaintiff in connection with the airplane previously produced by the parties; and,

3.  Service bulletins, letters and instructions, and other documents maintained by AVCO regarding the airplane engine at issue in this case.

AVCO expressly reserves the right to supplement and/or modify the foregoing document categories.

AVCO has possession, custody or control of all of these documents, and they are being provided to the plaintiff and third-party plaintiff with this disclosure.

**C.    Computation of damages claimed by AVCO.**

AVCO has not made any claim for damages.

**O.    Insurance agreements that may provide coverage for the Plaintiff's claims:**

AVCC has more than sufficient assets to cover any conceivable judgment against it.

**E.    Expert Testimony:**

AVCO has not determined which expert witnesses, if any, it intends to call at trial. AVCO will supplement this response *prior to trial* to disclose *the* experts, if any, it intends to have testify on its behalf at trial in accordance with its obligations under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, District of Massachusetts_

> AVCC Corporation, Lycoming Division,
> ny Its Attorneys,

&is Patrick B.   Landers
Gerald C. DeMaria (BPO#549381)
Patrick B. Landers (BBO#562450)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780

Date;  June 30 ,  L211

**<u>CERTIVICATION</u>**

I  hereby certify that on the 30th day of June, 2005, a true copy of the within document was forwarded by FedEx Delivery to:

David C. Aisenberg, Esquire
LOONEY, COHEN, REAGAN AND AISENBERG, LLP
109 State Street
Boston, MA 02109

Mr. Leon Shabott, pro se
4137 Center Pond Road
Newark, Vermont 05871

s  s  <u>Patrick B. Landers</u>