UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT<br>    Plaintiff<br><br>vs.<br><br>MERCURY AIR GROUP, INC.<br>    Defendant and Third-Party<br>    Plaintiff<br><br>vs.<br><br>AVCO CORPORATION, LYCOMING<br>DIVISION<br>    Third-Party Defendant | Case Number:<br>04-11575 JLT |

### Rule 16.1(D) JOINT STATEMENT

The Plaintiff, Leon Shabott, and Third-Party Defendant, AVCO Corporation, Lycoming Division, have conferred regarding a joint discovery plan.

The parties assent to a reasonable continuance of the discovery deadline for the conducting of depositions. As grounds therefor, AVCO Corporation, Lycoming Division, states that a Third-Party Complaint was served upon it by Third-Party Plaintiff, Mercury Air Group, Inc., on or about March 16, 2005, and said Third-Party Complaint was answered on or about April 6, 2005, after the Discovery Order entered by this honorable Court. AVCO Corporation, Lycoming Division, further states that additional time is needed in order to properly defend this action through the conducting of potential additional depositions.

The Third-Party Defendant, AVCO Corporation, Lycoming Division therefore respectfully requests that this Court, as assented to by Plaintiff, Leon Shabott, extend the August 31, 2005 deadline within which to complete discovery.

AVCO Corporation, Lycoming Division,
By Its Attorneys,


s/s Patrick B. Landers
Gerald C. DeMaria (BBO#549381)
Patrick B. Landers (BBO#562450)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, Rhode Island 02903
Telephone: 401-272-3500
Facsimile: 401-273-8780

Date: June 30, 2005