UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCURY AIR GROUP, INC., | * | Civil Action No. 04-11575-JLT |
| | * | |
| Defendant and | * | |
| Third-Party Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| AVCO CORPORATION, LYCOMING DIVISION, | * | |
| | * | |
| Third-Party Defendant. | * | |

ORDER

July 5, 2005

TAURO, J.

After the Status Conference held on July 5, 2005, this court hereby orders that:

1. The Parties shall decide the date and venue for the deposition of the "expert" from Aviation Engines and provide this information to Ms. Lovett by July 12, 2005;

2. The abovementioned deposition shall be conducted by August 31, 2005; and

3. A Further Conference is scheduled for September 6, 2005 at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge