## LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

July 11, 2005

**By HAND DELIVERY**

Kimberly Abaid, Docket Clerk
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA  02210

   RE: Leon Shabott v. Mercury Air Group, Inc.
      C.A. No. 04-11575-JLT Assigned to RBC

Dear Ms. Abaid:

  Last week Judge Tauro required that the parties schedule a deposition of Aviation Engines, Inc. within the next thirty (30) days in the above-referenced matter and notify him (no later than July 12, 2005) that it had been scheduled and when.  This letter, therefore, informs the court that the parties have scheduled the deposition of Aviation Engines, Inc., 301 Airport Street, Centreville, Alabama 35042, to take place at 9:00 a.m. on Friday, August 5, 2005 at the offices of Aviation Engines.

  Thank you for your attention to this matter.

                Very truly yours,

                David C. Aisenberg

cc: Leon Shabott (via certified mail)
   Wayne S. Lovett
   Jennifer Joaquin
   Patrick Landers
   Pam Freeman, Aviation Engines, Inc. (via certified mail)