UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT,                  )
                               )
    Plaintiff,                 )
v.                             )
                               ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC.,       ) Referred to Magistrate Judge RBC
                               )
    Defendant.                 )
                               )

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The defendant Mercury Air Group, Inc. ("Mercury") hereby moves, and the other parties have assented, to continue the court conference scheduled on Tuesday, September 6, 2005. In support of this motion, counsel for Mercury states that his mother, who lives out of town, is terminally ill and that he unexpectedly had to schedule a visit with her between Thursday, September 1 and Tuesday September 6, 2005. Counsel for Mercury is available on or after Wednesday, September 7, 2005 for the conference (but not September 12, 2005), and the plaintiff has requested that the conference be continued as soon after September 6, 2005 as is convenient for the Court.

WHEREFORE, request is made to continue the court conference scheduled on Tuesday, September 6, 2005 in accordance with this motion.

| | |
|---|---|
| LEON SHABOTT, PRO SE | MERCURY AIR GROUP, INC. |
| | By its attorneys, |
| *Leon Shabott /DCA by assent* | *David Aisenberg* |
| Leon Shabott | David C. Aisenberg, BBO#545895 |
| 4138 Center Pond Road | Looney, Cohen, Reagan & Aisenberg LLP |
| Newark, VT 05871 | 109 State Street |
| | Boston, MA 02109 |
| (802) 309-8707 | (617) 371-1050 |

AVCO CORPORATION, Lycoming Division

By its attorneys,

*Patrick Landers /DCA by assent*
Gerald C. DiMaria (BBO#549381)
Patrick B. Landers (BBO#562450)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903
(401) 272-3500