UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MERCURY AIR GROUP, INC.,<br><br>　　Defendant and Third Party Plaintiff,<br><br>　　v.<br><br>AVCO CORPORATION, LYCOMING DIVISION,<br><br>　　Third Party Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-11575-JLT |

ORDER

September 13, 2005

TAURO, J.

After the conference on September 13, 2005, this court hereby orders that:

1. Defendant Mercury Air Group has until October 31, 2005 to file a Motion for Summary Judgment.

2. Plaintiff Shabott has until December 30, 2005 to file his response to Defendant Mercury's Motion for Summary Judgment.

3. A Hearing on the Summary Judgment Motion and a Further Conference will be held on January 18, 2006 at 10:00 a.m.

4. All further Discovery is Stayed pending the January 18, 2006 hearing.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge