UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.                                        CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

V.

AVCO CORPOTATION,
    Co-Defendant

## PLAINTIFF LEON SHABOTT'S MOTION TO JOIN THE DEFENDANT MERCURY AIR, GROUP INC. AND THE CO DEFENDANT AVCO CORPORATION

In accordance with Local Rule #19; The Plaintiff Leon Shabott (Shabott) Moves the court for an order in this action to join the defendant Mercury Air, Inc. (Mercury) and the co-defendant Textron Lycoming AVCO Corporation (AVCO) in the case Shabott vs. Mercury Air Inc. pending in this court.

AVCO Corporation is a necessary party to be joined if feasible, within the meaning of Rule 19(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the plaintiff, Leon Shabott respectfully requests the court to join the defendant Mercury Air, Inc. (Mercury) and the co-defendant Textron Lycoming AVCO Corporation.

PLAINTIFF
LEON SHABOTT

------------------------------------
Leon Shabott PRO SE
4137 Center Pond Road
Newark, Vermont 05871
(802) 723-4448
(802) 309-8707

1