UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS

LEON SHABOTT,
    Plaintiff,

V.                                        CIVIL ACTION No. 04-11575-JLT

MERCURY AIR GROUP INC.,
    Defendant,

V.

AVCO CORPOTATION,
    Co-Defendant

**PLAINTIFF LEON SHABOTT'S NOTICE OF CHANGE OF ADDRESS**

Leon Shabott respectfully requests the court to take note of a change of address.

The Plaintiff's new address is:

4137 Center Pond Road
Newark, Vermont 05871

Thank you for your attention in this matter.

PLAINTIFF
LEON SHABOTT

_____
Leon Shabott PRO SE
4137 Center Pond Road
Newark, Vermont 05871
(802) 723-4448
(802) 309-8707

1