UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT,<br>    Plaintiff, | : |
| vs. | : C.A. NO. 04-11575 JLT |
| MERCURY AIR GROUP, INC.<br>    Defendant & Third-Party Plaintiff | : |
| vs. | : |
| AVCO CORPORATION, LYCOMING<br>DIVISION<br>    Third-party Defendant | : |

## OBJECTION

Now comes AVCO Corporation and hereby objects to "join the defendant Mercury Air Group, Inc. and the co-defendant AVCO Corporation." In support thereof, third-party defendant AVCO Corporation will provide a written memorandum of law.

## REQUEST FOR HEARING

Now comes AVCO Corporation and hereby requests a hearing on this instant matter, as it may assist the Court in its determination of the instant motion and opposition.

Third-party Defendant,
AVCO CORPORATION,
LYCOMING DIVISION,
By its attorneys,

HIGGINS, CAVANAGH & COONEY

/s/ Patrick B. Landers
Patrick B. Landers, Esq. #562450
Stephen P. Cooney, Esq. #655841
123 Dyer Street, 4th Floor

                                      Providence, RI 02903
                                      (401) 272-3500
                                      (401) 273-8780 (Fax)

## **CERTIFICATION**

I hereby certify that a true copy of the within was mailed by regular mail to the counsel of record and certified mail, return receipt requested to pro se plaintiff:

| | |
|---|---|
| Mr. Leon Shabott | David C. Aisenberg, Esq. |
| 4137 Center Pond Road | Looney, Cohen, Reagan & Aisenberg, LLP |
| Newark, VT 05871 | 109 State Street |
| | Boston, MA 02109 |

/s/ Patrick B. Landers