UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS3

```
_____
LEON SHABOTT,              )
                           )
     Plaintiff,            )
v.                         )
                           )CIVIL ACTION No.04-11575-JLT
MERCURY AIR GROUP, INC.,   )Referred to Magistrate Judge RBC
                           )
     Defendant.            )
_____)
```

### DEFENDANT MERCURY AIR GROUP, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and this Court's Order dated September 13, 2005, the defendant Mercury Air Group, Inc. ("Mercury") hereby renews its motion for summary judgment. In the complaint herein, which was filed on July 14, 2004, the plaintiff Leon Shabott ("Shabott") seeks damages for alleged breach of contract by Mercury. The contract claims are governed by a six year statute of limitations. All of the contract claims arise, however, from work done by Mercury, and knowable by the plaintiff, on or before July 13, 1998. Therefore, none of the claims arose within six years of when the complaint was filed, and all of the claims in the complaint are barred by the statute of limitations. Furthermore, to the extent that Shabott alleges that there were subsequent written contracts entered into after July 13, 1998, those alleged agreements are unenforceable as they were not new contracts and lacked

1

consideration, and also due to the operation of the Best Evidence Rule.

In further support of this motion, Mercury relies upon the Memorandum of Law filed herewith; the Affidavit of Michael Wasson and the exhibits attached thereto (which was previously submitted to the Court on or about December 7, 2004 in connection with its first motion for summary judgment); the Affidavit of David C. Aisenberg and the exhibits attached thereto, and the Statement of Undisputed Material Facts Submitted in Support of Its Motion for Summary Judgment.

WHEREFORE, the defendant Mercury Air Group, Inc. respectfully requests this Court to enter an order granting summary judgment in its favor on all claims of the plaintiff.

### ORAL ARGUMENT

In its above referenced Order, the Court has scheduled a hearing hereon for January 16, 2006.

> DEFENDANT
> MERCURY AIR GROUP, INC.
>
> By its attorneys,
>
> */s/ David C. Aisenberg*
> David C. Aisenberg, BBO#545895
> Looney, Cohen, Reagan & Aisenberg LLP
> 109 State Street
> Boston, MA 02109
> (617) 371-1050