UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS3

LEON SHABOTT,         )
                      )
     Plaintiff,       )
                      )
v.                    )
                      ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC., ) Referred to Magistrate Judge RBC
                      )
     Defendant.       )
_____)

### CERTIFICATE OF SERVICE

I, David C. Aisenberg, hereby certify that I served a copy of Defendant Mercury Air Group, Inc.'s Renewed Motion for Summary Judgment and all related pleadings by regular first class mail and by certified mail/return receipt requested addressed to Leon Shabott whose address is 4138 Center Pond Road, Newark, Vermont 05871, and by electronic filing and regular mail to all counsel of record on Monday, October 31, 2005. This Certificate of Service is being similarly sent on November 1, 2005.

_____
David C. Aisenberg