UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT, )
)
    Plaintiff, )
)
v. )
) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC., ) Referred to Magistrate Judge RBC
)
    Defendant. )
)

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that the Court (Tauro, J.) conducted a conference on September 13, 2005, attended by all parties and, based on the presentation of the parties at that conference, ordered that defendant Mercury Air Group, Inc. file its Motion for Summary Judgment on or before October 31, 2005 because the parties were not able to, in good faith, resolve or narrow the issues.

DEFENDANT
MERCURY AIR GROUP, INC.

By its attorneys,

/s/ David C. Aisenberg
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail)(hand) on 10/3/05