UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT,
    Plaintiff,

vs.                                                             C.A. NO. 04-11575 JLT

MERCURY AIR GROUP, INC.
    Defendant & Third-Party Plaintiff

vs.

AVCO CORPORATION, LYCOMING DIVISION
    Third-party Defendant

## ENTRY OF APPEARANCE

    I, Stephen P. Cooney, hereby enter my appearance on behalf of AVCO Corporation, Lycoming Division.

                                              /s/ Stephen P. Cooney
                                              Stephen P. Cooney, Esq. #655841
                                              123 Dyer Street, 4th Floor
                                              Providence, RI 02903
                                              (401) 272-3500
                                              (401) 273-8780 (Fax)

## CERTIFICATION

    I hereby certify that a true copy of the within was mailed by regular mail to the counsel of record and certified mail, return receipt requested to pro se plaintiff on November 3, 2005:

    Mr. Leon Shabott                       David C. Aisenberg, Esq.
    4137 Center Pond Road           Looney, Cohen, Reagan & Aisenberg, LLP
    Newark, VT 05871                     109 State Street
                                              Boston, MA 02109

                                              /s/ Stephen P. Cooney