UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LEON SHABOTT,                )
                             )
Plaintiff,                   )   Civil Action No. 04-11575-JLT
                             )
v.                           )
                             )
                             )
MERCURY AIR GROUP, INC.,     )
                             )
Defendant.                   )

---

PLAINTIFF LEON SHABOTT'S OPPOSITION

TO DEFENDANT MERCURY AIR GROUP, INC.'S

RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to this courts order dated September 13, 2005, the Plaintiff Leon Shabott (Shabott) submits his response to the Defendants, Mercury Air Group, Inc's. (Mercury) renewed motion for summary judgment.

This honorable court has already ruled and denied the Defendants Motion for Summary Judgment based on the statute of limitations argument. If the defendant was dissatisfied with the courts previous ruling, defendant should have filed a motion for reconsideration or appeal under the Federal Rules of Civil procedure.

Shabott argues that the Defendants Renewed Motion for Summary Judgment is procedurally improper. The Defendant argued at the status conference on September 13, 2005 that

1

there was newly discovered evidence gleaned from the depositions of Plaintiff, Leon Shabott and the Engine Expert , Don Freeman of Aviation Engines that gave them a basis for a renewed motion for summary judgment. The Defendants Renewed Motion for Summary Judgment is substantially the same as the Defendants previous motion for Summary Judgment of December 9,2004.

Furthermore, The Defendant alleges that the subsequent contracts entered into after July 13th, 1998 are unenforceable as they were not new contracts. Shabott argues that the agreements made by Mercury and himself after July 13.1998 are enforceable, evidence supporting the contracts made after July 13th, 1998 has been previously filed into evidence by both parties. In further support of this motion, the Plaintiff, Leon Shabott relies upon the Memorandum of Law filed herewith; The Affidavit of Leon Shabott, the Affidavit of Micheal Wasson (which have been previously submitted to this court) and the Plaintiffs Response to the Defendants Statement of Undisputed Material Facts, submitted in support of Plaintiffs Opposition to Defendants Motion for Summary Judgment.

WHEREFORE, the Plaintiff, Leon Shabott respectfully requests this honorable court dismiss the Defendants Renewed Motion for Summary Judgment and allow all the Plaintiffs claims in this true and valid case to go to trial.

## ORAL ARGUMENT

In its above referenced order the Court has scheduled a hearing on January 18, 2006

                         Plaintiff

                         Leon Shabott, Pro se

                         4138 Center Pond Road
                         Newark. Vermont, 05871
                         Home (802) 723 4448
                         Mobile 8023098707