Leon Shabott
4137 Center Pond Road
Newark. Vermont, 05871
Home (802) 723 4448
Mobile 8023098707

---

Wednesday, January 18, 2006

**By First Class U.S. Mail**

Att: Zita Lovett

To: The Honorable Joseph L. Tauro
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

re: Civil Action No. 04-11575-JLT
Notification Request

Dear Madam / Sir:

The last hearing scheduled for January 18th, 2006 was canceled.
I did not receive your notice (post marked 1/13/06), by first class mail until 01/17/06, one day before the hearing.

I will be traveling throughout New England for the next few months and ask if this honorable court could possibly notify me by my mobile phone /voice mail as well as by the U.S. mail, when the new hearing date is scheduled.
I would like at much advance notice as possible and most certainly do not want to risk missing the court date.

My Mobile phone number is:
(802) 309-8707

Thank you for your attention in this matter.

Very truly yours,

Leon Shabott, pro se

cc: David C. Aisenberg
cc. Stephen P. Cooney