UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCURY AIR GROUP, INC., | * | Civil Action No. 04-11575-JLT |
| | * | |
| Defendant. | * | |

ORDER

January 25, 2006

TAURO, J.

This court hereby orders that:

1. Defendant's Motion for Summary Judgment [#45] is ALLOWED.

A MEMORANDUM WILL ISSUE.

    /s/ Joseph L. Tauro
United States District Judge