UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT,
        Plaintiff

V.

MERCURY AIR GROUP, INC.,
        Defendant.

CIVIL ACTION

NO.  04-11575-JLT

## JUDGMENT

TAURO,  D. J.

In accordance with the Court's Memorandum and Order dated **February 8, 2006** granting **Defendant's** motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the **DEFENDANT.**

By the Court,

/s/
Zita Lovett,
Deputy Clerk

**February 14, 2006**
Date

(Judgmnt1.frm - 09/92)                                                                                                    [jgm.]