FILING FEE PAID: 70612
RECEIPT #: 70612
AMOUNT $ 255
BY DPTY CLK: [signature]
DATE: 2-24-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No. 04-11575-JLT |
| v. | ) | |
| | ) | |
| | ) | |
| MERCURY AIR GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Leon Shabott, Pro se, the Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the judgment granting the Defendants motion for summary judgment, dated February 14th, 2006.

Dated the 25th day of February, 2006

[signature]
Leon Shabott, Pro Se

1