UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LEON SHABOTT,                  )
                               )
     Plaintiff,                )
v.                             )
                               ) CIVIL ACTION No.04-11575-JLT
MERCURY AIR GROUP, INC.,       ) Referred to Magistrate Judge RBC
                               )
     Defendant.                )
                               )
```

### DEFENDANT MERCURY AIR GROUP, INC.'S
### MOTION FOR COSTS

The defendant Mercury Air Group, Inc. ("Mercury") hereby moves, pursuant to Fed. R. Civ. P. 54(d), as the prevailing party for an assessment of the following costs:

1. Transcript for the deposition of L. Shabott (6/10/05) - $682.50;
2. Transcript for the deposition of L. Shabott (7/05/05) - $282.75;
3. Transcript for the deposition of L. Shabott (7/28/05) - $344.50;
4. Transcript for the deposition of D. Freeman (8/05/05) - $1,270.55.
5. Various copying charges - $661.50.

**TOTAL COSTS = $3,241.80**

These costs are enumerated in 28 U.S.C. § 1920 and, therefore, are recoverable within the meaning of Fed. R. Civ. P. 54(d). See Piester v. IBM Corp., 1998 U.S. App. LEXIS 9771 (1st Cir. 1998); In re: Two Appeals Arising Out of the San Juan Dupont Plaza Hotel Fire Litigation, 994 F.2d 956 (1st Cir. 1993).

WHEREFORE, Mercury Air Group, Inc. respectfully requests that it be awarded costs in the amount of $3,241.80 as the prevailing party.

DEFENDANT

MERCURY AIR GROUP, INC.

By its attorneys,

_____
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
(617) 371-1050

2