UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CIVIL ACTION No.04-11575-JLT |
| MERCURY AIR GROUP, INC., ) | Referred to Magistrate Judge RBC |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, hereby certify that on this 1st day of March, 2006 I served the foregoing **Defendant Mercury Air Group, Inc.'s Motion For Costs** by causing a copy thereof to be delivered by first class mail, postage prepaid to:

Mr. Leon Shabott
4137 Center Pond Road
Newark, VT  05871

DEFENDANT

MERCURY AIR GROUP, INC.

By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
(617) 371-1050