6LC

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUT

LEON SHABOTT, )
1000 A 10 51 )
Plaintiff, ) DC #04-11575
FILED IN CLERKS OFFICE )
v. US COURT OF APPEALS ) No. 06-1541
1ST CIRCUIT )
MERCURY AIR GROUP, INC., )
)
Defendant. )
v. )
AVCO CORPORATION, LYCOMING )
DIVISION )
)

~~AMENDED~~ NOTICE OF APPEAL

Notice is hereby given that Leon Shabott, Pro se, the Plaintiff - Appellant in the above named case hereby appeal the the United States Court of Appeals for the First Circut from the judgment granting the Defendants Renewed motion for Summary Judgment. Dated February 14th, 2006 and from the judgment granting the Defendants Motion for Costs, Dated March 15th, 2006.

Dated this 15th day of April. 2006

Plaintiff - Appellant

Leon Shabott, Pro se
4138 Center Pond Road
Newark. Vermont, 05871
Home (802) 723 4448  Mobile 8023098707

1

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUT

| | |
|---|---|
| LEON SHABOTT,<br>Plaintiff,<br>v.<br>MERCURY AIR GROUP, INC.,<br>Defendant.<br>v.<br>AVCO CORPORATION, LYCOMING<br>DIVISION | )<br>)<br>)<br>)<br>)   No. 06-1541<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

Notice is hereby given that Leon Shabott, Pro se, the Plaintiff - Appellant in the above named case has on this day served the Defendant - Apellee, Mercury Air group Inc, through their Counsel. David C. Aisenberg and the Third Party Defendants Avco Corporation, Lycoming Division through their Counsel, Stephen P. Cooney the following:

1. Amended Appeal
2. Amended Page 3 of the Docketing statement
3. Copy of letter to the clerk

This was mailed on April 15th, 2006 via first class mail
Dated this 15th day of April. 2006

Plaintiff

Leon Shabott, Pro se
4138 Center Pond Road
Newark. Vermont, 05871
Home (802) 723 4448  Mobile 8023098707

1