## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11575

Leon Shabott

v.

Mercury Air Group, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

65

and contained in Volume(s)  NOA #65 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  4/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette James_

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __5/23/06__ .

_George Nilas_

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __06 - 1803__

- 3/06