UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| v. | ) 04-11575-JLT |
| | ) |
| MERCURY AIR GROUP, INC. | ) |
| | ) 14 November 2006 |
| *Defendant* | ) |
| | ) |
| AVCO CORPORATION, | ) |
| LYCOMING DIVISION | ) |
| | ) |
| *Third Party Defendant* | ) |

PLAINTIFF MOTION FOR A TRIAL WITHOUT JURY

Plaintiff Leon Shabott ("Shabott") moves the Court to withdraw his demand for a jury trial and to instead have a trial of his claims against the Defendant without a jury trial. The Plaintiff considers a trial by jury to be unnecessary for a fair and complete adjudication of his claims against the Defendant.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.723.5487

*Pro Se*

14 November 2006, Shabott v. Mercury Air Group, Inc:     2
Motion Pursuant to Rule 60(b) for Relief from Judgment

### CERTIFICATION OF CONSULTATION PURSUANT TO RULE 7.1

I certify that I consulted with the Defendant's attorney over the issues underlying the above motion..

*Leon Shabott, Plaintiff*

### CERTIFICATION OF SERVICE

I certify that I have served on this date a copy of this motion on the Defendant and Third Party Defendant's attorneys respectively VIA U. S. First Class Mail on 14 November 2006.

*Leon Shabott, Plaintiff*