FILED
IN CLERKS OFFICE

2006 NOV 14  A 9: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT | )<br>)<br>) |
| *Plaintiff* | )  Civil Action No.<br>) |
| v. | )  04-11575-JLT<br>) |
| MERCURY AIR GROUP, INC. | )<br>)  14 November 2006 |
| *Defendant* | )<br>) |
| AVCO CORPORATION,<br>LYCOMING DIVISION | )<br>)<br>) |
| *Third Party Defendant* | ) |

---

**PLAINTIFF MOTION PURSUANT TO RULE 60(B) FOR RELIEF FROM THE COURT'S AWARD OF SUMMARY JUDGMENT TO THE DEFENDANTS**

---

Plaintiff Leon Shabott ("Shabott") moves the Court pursuant to Rule 60(b) of the Fed. R. Civ. Proc. for a relief from the Court's 25 January 2006 order of dismissal ("Dismissal Order") and its subsequent 14 February 2006 Judgment of dismissal ("Judgment") for: (1) "excusable neglect," (2) "newly discovered evidence," and (3) "fraud, misrepresentation or other misconduct" by the Defendant Mercury Air and/or its attorney. In consideration of the instant motion, Shabott has concurrently filed his "Plaintiff's Memorandum in Support of His Rule 60(b) Motion for Relief from the Court's 14 February 2006 Judgment of Dismissal", the 13 November 2006 "Affidavit of Leon Shabott" and "Plaintiff's Renewed Opposition to the Defendant's Second Motion for Summary Judgment" ("Renewed Opposition to Summary Judgment").

Recently records of the Plaintiff's past dealings with the Defendant have been made available to him for the first time during these proceedings. These records undisputedly show

that Shabott made the "test flight" as asserted in paragraph 6 of his Complaint on 16 July 1998, and not 13 July 1998 as alleged by the Defendant. Since the Court found the date of the test flight depositive in determining with the statute of limitations accrued, then the commencement of the instant action on 14 July 2004 is now seen to be within the six year statute of limitations as set by Massachusetts breach of contract statute. In addition, the Plaintiff alleges that the hand written notes filed by the Defendant that indicates that the Test Flight was done on 13 July 1998 is apparently a deliberate fraud upon the Court committed by the Defendant, its agent, and/or its attorney of record.

      For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.723.5487

*Pro Se*

### CERTIFICATION OF CONSULTATION PURSUANT TO RULE 7.1

I certify that I consulted with the Defendant's attorney over the issues underlying the above motion.

Leon Shabott, Plaintiff

### CERTIFICATION OF SERVICE

I certify that I have served on this date a copy of this motion on the Defendant and Third Party Defendant's attorneys respectively VIA U. S. First Class Mail on 14 November 2006.

Leon Shabott, Plaintiff