

ENDORSE HERE
Button Real Estate
Trust account
Brian A. Button
Trustee
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$1000

BOSTON (AGENT)
0330 07-20-98
050 1901 1006 072098 03

NEWTON South
CO-OPERATIVE BANK
NEWTON, MASSACHUSETTS

LEON SHABOTT
98 COMMON ST.
WATERTOWN, MA  02172

53-7232/2113

9296

PAY
TO THE
ORDER OF  Button Real Estate.

Two thousand
* Refundable Deposit/*
Deposit to house on st 113
c/o c/e to $45,000—

$2,000—

DOLLARS

⑆0000 200000⑈

# 1008

# CELLULARONE®

CELLULARONE® - BOSTON
100 LOWDER BROOK DR
WESTWOOD MA 02090

LEON SHABOTT
98 COMMON ST
WATERTOWN MA 02472-3417

BILL DATE: 08/16/98
PERIOD: 07/16/98 thru 08/15/98
ACCOUNT: 14490379

## 617/538-6148 - BUSINESS CHOICE PLUS cont.

| Date | Time | Feat | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/13 | 1008A | NF | MESSAGE PL | | 617/666-8148 | P | 3 | 0.000 | 0.000 | | 0.000 |
| 8/13 | 915P | NF | MESSAGE PL | | 617/538-6148 | OP | 2 | 0.000 | 0.000 | | 0.000 |
| 8/13 | 1157P | NF | MESSAGE PL | | 617/538-6148 | OP | | 0.000 | 0.000 | | 0.000 |
| 8/14 | 951A | NF | MESSAGE PL | | 617/538-6148 | P | 1 | 0.000 | 0.000 | | 0.000 |
| 8/14 | 952A | NF | MESSAGE PL | | 617/538-6148 | P | 1 | 0.000 | 0.000 | | 0.000 |
| 8/14 | 956A | NF | MSG RETRIE | | 617/538-6148 | P | 1 | 0.280 | 0.280 | | 0.280 |
| 8/14 | 1007A | | WELLESLEY | MA | 781/239-8974 | P | 1 | 3.190 | 3.190 | 0.759 | 3.949 |
| 8/14 | 1020A | | PAGING | XX | 781/673-5495 | P | 11 | 0.000 | 0.000 | | 0.000 |
| 8/14 | 1026A | NF | *INCOMING* | | 617/538-6148 | P | 1 | 0.280 | 0.280 | 0.138 | 0.718 |
| 8/14 | 1034A | | MESSAGE PL | | 617/538-6148 | P | 1 | 0.280 | 0.280 | | 0.280 |
| 8/14 | 1043A | | MSG RETRIE | | 617/538-6148 | P | 2 | 0.580 | 0.580 | 0.069 | 0.359 |
| 8/14 | 1045A | | PAGING | XX | 781/673-5495 | P | 1 | 0.000 | 0.000 | | 0.000 |
| 8/14 | 1046A | NF | *INCOMING* | | 617/332-9547 | P | 2 | 0.580 | 0.580 | 0.069 | 0.359 |
| 8/14 | 1050A | | NEWTON | MA | 617/332-9547 | P | 2 | 0.580 | 0.580 | | 0.580 |
| 8/14 | 1118A | | NEWTON | MA | 617/332-9547 | P | 10 | 2.900 | 2.900 | | 2.900 |
| 8/14 | 1120A | | TOLL FREE | XX | 800/393-1000 | P | 2 | 0.580 | 0.580 | | 0.580 |
| 8/14 | 1120A | W | *INCOMING* | | 617/538-6148 | P | 2 | 0.580 | 0.580 | | 0.580 |
| 8/14 | 1135A | | SOMERVILLE | | 617/538-6148 | P | 3 | 0.870 | 0.870 | 0.207 | 1.077 |
| 8/14 | 1141A | | MOBILE | MA | 617/538-2800 | P | 1 | 0.290 | 0.290 | | 0.207 |
| 8/14 | 156P | NF | MESSAGE PL | | 617/538-0025 | P | 1 | 0.000 | 0.000 | | 0.000 |
| 8/14 | 530P | | *INCOMING* | | 617/538-6148 | P | 2 | 0.580 | 0.580 | | 0.580 |
| 8/14 | 554P | | *INCOMING* | | 617/538-6148 | P | 2 | 0.580 | 0.580 | | 0.580 |
| 8/14 | 951P | | *INCOMING* | | 617/538-6148 | OP | 1 | 0.190 | 0.190 | | 0.190 |
| 8/15 | 1210P | | *INCOMING* | | 617/538-6148 | OP | 26 | 4.940 | 4.940 | | 4.940 |

Per:  P=Peak  OP=Off-Peak  EV=Evening/Other  Feat:  L=Long Dist/Int'l,AK,HI
Feat:  N=No Ans Trans  F=Call Frw  C=3Way Cnf  W=Call Wait  Z=Non Zone

## DETAIL OF ROAMER USAGE CHARGES - Roamer Charges may fall outside your current bill period

### 617/538-6148

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/29 | 842P | *INCOMING* | CL | 617/538-6148 | OP | 1 | 0.290 | 0.000 | 0.05 | 0.340 |

**Calls made from PROVIDENCE, RI - CELLULAR ONE 00119**

**Calls made from BURLINGTON, VT - ATLANTIC CELLULAR 00313**

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/08 | 443P | *INCOMING* | CL | 617/538-6148 | P | 2 | 1.980 | 0.000 | 0.10 | 2.080 |
| 7/13 | 852A | INFIRMATION | MA | 617/555-1212 | P | 1 | 0.990 | 0.650 | 0.08 | 1.720 |
| 7/13 | 852A | LEXINGTON | MA | 781/274-0010 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |
| 7/13 | 853A | LEXINGTON | MA | 781/274-9958 | P | 3 | 2.970 | 0.980 | 0.20 | 4.150 |
| 7/13 | 419P | *INCOMING* | CL | 617/538-6148 | P | 2 | 1.980 | 0.000 | 0.10 | 2.080 |
| 7/13 | 432P | *INCOMING* | CL | 617/538-6148 | P | 1 | 0.990 | 0.000 | 0.05 | 1.040 |
| 7/16 | 728A | READING | MA | 781/673-5495 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |
| 7/16 | 733A | WATERTOWN | MA | 617/924-2313 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |

## 617/538-6148 cont.

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/16 | 735A | WATERTOWN | MA | 617/924-2313 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |
| 7/16 | 830A | READING | MA | 781/673-5495 | P | 3 | 2.970 | 0.980 | 0.16 | 3.130 |
| 7/16 | 834A | *INCOMING* | CL | 617/538-6148 | P | 3 | 2.970 | 0.980 | 0.20 | 4.150 |
| 7/22 | 804A | WATERTOWN | MA | 617/538-6148 | P | 1 | 1.980 | 0.000 | 0.10 | 2.080 |
| 7/22 | 816A | *INCOMING* | CL | 617/538-6148 | P | 1 | 0.990 | 0.000 | 0.10 | 1.060 |
| 7/22 | 914A | SOMERVILLE | VT | 802/763-2554 | P | 1 | 0.990 | 0.020 | 0.05 | 1.060 |
| 7/24 | 425P | TOLL FREE | CL | 800/366-2255 | P | 8 | 7.920 | 0.000 | 0.43 | 8.350 |
| 7/24 | 433P | TOLL FREE | CL | 800/393-1000 | P | 2 | 1.980 | 0.000 | 0.10 | 2.080 |
| 7/24 | 435P | TOLL FREE | CL | 800/393-1000 | P | 6 | 5.940 | 0.000 | 0.32 | 6.280 |
| 7/28 | 432P | *INCOMING* | CL | 617/538-6148 | P | 1 | 0.990 | 0.000 | 0.05 | 1.040 |
| 7/30 | 335P | *INCOMING* | CL | 617/538-6148 | P | 7 | 6.930 | 0.000 | 0.37 | 7.300 |
| 7/30 | 400P | HAMPTON | NH | 603/926-7171 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |
| 7/30 | 414P | HAMPTON | NH | 617/538-6148 | P | 3 | 2.970 | 0.980 | 0.20 | 4.150 |
| 7/30 | 437P | THETFORD | VT | 802/785-2161 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |
| 7/31 | 919A | *INCOMING* | CL | 617/538-6148 | P | 3 | 2.970 | 0.980 | 0.16 | 4.150 |
| 7/31 | 924A | BOSTON | MA | 617/697-1698 | P | 3 | 2.970 | 0.980 | 0.20 | 4.150 |
| 7/31 | 1234P | *INCOMING* | CL | 617/538-6148 | P | 3 | 2.970 | 0.980 | 0.16 | 4.150 |
| 8/05 | 1238P | *INCOMING* | CL | 617/538-6148 | P | 1 | 0.990 | 0.000 | 0.05 | 1.040 |
| 8/05 | 731P | BILLERICA | MA | 978/663-5326 | P | 1 | 0.990 | 0.490 | 0.07 | 1.550 |

**Calls made from NASHUA, NH - US CELLULAR 00445**

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/16 | 312P | WATERTOWN | MA | 617/924-2313 | P | 4 | 1.760 | 1.080 | 0.16 | 3.000 |
| 7/16 | 322P | WATERTOWN | MA | 617/924-2313 | P | 2 | 0.880 | 0.540 | 0.08 | 1.500 |
| 7/22 | 511P | MERRIMACK | NH | 617/538-6148 | OP | 2 | 0.880 | 0.000 | 0.05 | 0.930 |
| 7/25 | 1041A | 800 SERV | CL | 800/696-4662 | OP | 1 | 0.290 | 0.000 | 0.02 | 0.310 |
| 7/25 | 1045A | 800 SERV | CL | 800/696-4662 | OP | 1 | 0.290 | 0.000 | 0.02 | 0.310 |
| 7/25 | 1046A | AMESBURY | MA | 978/388-4622 | OP | 4 | 1.160 | 0.520 | 0.09 | 1.770 |
| 7/25 | 1111A | 888-SERVICE | CL | 888/288-1328 | OP | 2 | 0.580 | 0.000 | 0.03 | 0.610 |
| 7/25 | 1113A | ARLINGTON | MA | 781/643-6001 | OP | 2 | 0.580 | 0.000 | 0.03 | 0.610 |
| 7/31 | 132P | MERRIMACK | NH | 617/538-6148 | OP | 3 | 1.320 | 0.000 | 0.07 | 1.390 |
| 7/31 | 231P | 800 SERV | CL | 800/366-2255 | P | 2 | 0.880 | 0.000 | 0.05 | 0.930 |
| 7/31 | 232P | 800 SERV | CL | 800/366-2255 | P | 2 | 0.880 | 0.000 | 0.07 | 1.390 |
| 8/05 | 1032A | 800 SERV | CL | 800/393-1000 | P | 1 | 0.440 | 0.000 | 0.02 | 0.460 |
| 8/05 | 1050A | MERRIMACK | NH | 617/538-6148 | OP | 1 | 0.440 | 0.000 | 0.02 | 0.460 |
| 8/05 | 1107A | 800 SERV | CL | 800/393-1000 | OP | 1 | 0.440 | 0.000 | 0.02 | 0.460 |
| 8/05 | 1112A | 800 SERV | CL | 800/393-1000 | OP | 1 | 0.440 | 0.000 | 0.02 | 0.460 |

**Calls made from Concord, NH - United States Cellular 26349**

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/08 | 849P | SUNCOOK | NH | 617/538-6148 | P | 11 | 3.190 | 0.000 | 0.18 | 3.370 |
| 7/13 | 727A | SUNCOOK | NH | 617/538-6148 | P | 10 | 4.400 | 0.000 | 0.24 | 4.640 |
| 7/13 | 515P | SUNCOOK | NH | 617/538-6148 | P | 3 | 1.320 | 0.000 | 0.07 | 1.390 |
| 7/13 | 520P | SUNCOOK | NH | 617/538-6148 | P | 1 | 0.440 | 0.000 | 0.02 | 0.460 |
| 7/16 | 253P | SUNCOOK | NH | 617/538-6148 | OP | 4 | 1.760 | 0.000 | 0.10 | 1.860 |
| 7/22 | 652A | SUNCOOK | NH | 617/538-6148 | OP | 4 | 1.160 | 0.000 | 0.06 | 1.220 |
| 7/22 | 419P | SUNCOOK | NH | 617/538-6148 | P | 2 | 0.880 | 0.000 | 0.05 | 0.930 |
| 7/22 | 423P | SUNCOOK | NH | 617/538-6148 | P | 2 | 0.880 | 0.000 | 0.05 | 0.930 |
| 7/22 | 426P | WALTHAM | MA | 617/538-6147 | P | 7 | 3.080 | 1.620 | 0.27 | 4.970 |
| 7/22 | 432P | HAMPTON | NH | 603/926-7171 | P | 9 | 3.960 | 1.920 | 0.34 | 6.220 |

# CELLULARONE

CELLULARONE® - BOSTON
100 LOWDER BROOK DR
WESTWOOD MA 02060

LEON SHABOTT
98 COMMON ST
WATERTOWN MA 02472-3417

BILL DATE: 08/16/98
PERIOD: 07/16/98 thru 08/15/98
ACCOUNT: 14490379

## DETAIL OF ROAMER SURCHARGES

Roamer Charges may fall outside your current bill period (Fees assessed for utilizing other carrier service areas)

617/538-6148

| Date | Type | Amount | Tax | Total |
|---|---|---|---|---|
| 8/15 | MTHLY SURCHARGE - ROAMER ADMIN | 4.00 | 0.20 | 4.20 |
| | Total Roamer Surcharges | 4.00 | 0.20 | 4.20 |

## DETAIL OF CURRENT CHARGES

617/967-5821 - LEISURE PL 8 P.M. O. PEAK
Monthly Service $ 29.00
Peak $0.52   Off Peak $0.00

### MONTHLY SERVICE CHARGES

| | Amount |
|---|---|
| Monthly Service - Current 07/16/98 thru 08/15/98 | 29.00 |
| Detail Billing - Current 07/16/98 thru 08/15/98 | 1.00 |
| Total Monthly Service Charges | 30.00 |

### HOME USAGE CHARGES (Calls Placed Inside Cellular One Boston's Home Service Area)

| | Minutes | Rate | |
|---|---|---|---|
| Included in Plan - Off-Peak | 76 (X) | 0.000 | 0.00 |
| Billed Peak | 237 (X) | 0.520 | 123.24 |
| Total Air Charges | 313 | | 123.24 |
| Network Service Charge | | | 14.70 |
| Directory Assistance Charges | | | 4.50 |
| Cellular One Long Distance Charges | | | 0.75 |
| Total Home Usage Charges | | | 143.19 |

### OTHER CHARGES AND CREDITS

| | |
|---|---|
| FEDERAL UNIVERSAL SERVICE | 0.64 |
| Total Other Charges and Credits | 0.64 |

TOTAL CURRENT CHARGES FOR 617/967-5821 (Tax Not Included)   173.83

## DETAIL OF HOME USAGE CHARGES

617/967-5821 - LEISURE PL 8 P.M. O. PEAK

| Date | Time | Feat | Calls to | St | Number Called | Per | Min | Air | Misc | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/16 | 743A | | MOBILE | | 617/538-6148 | P | 2 | 0.000 | 0.000 | 0.000 |
| 7/16 | 825A | | SOUTH BOST | MA | 617/268-8723 | P | 1 | 0.520 | 0.069 | 0.589 |
| 7/16 | 825A | | PAGING | XX | 617/430-7381 | P | 1 | 0.520 | 0.000 | 0.520 |
| 7/16 | 835A | | MOBILE | | 617/538-6148 | P | 4 | 0.000 | 0.000 | 0.000 |
| 7/16 | 838A | | PAGING | XX | 617/430-7381 | P | 1 | 0.520 | 0.000 | 0.520 |
| 7/16 | 842A | | *INCOMING* | | 617/967-5821 | P | 1 | 0.520 | 0.000 | 0.520 |
| 7/16 | 1048A | | WALTHAM | MA | 781/894-5701 | P | 1 | 0.520 | 0.069 | 0.589 |

PAGE 16

---

617/538-6148

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/24 | 254P | | NH | 617/538-6148 | P | 1 | 0.440 | 0.000 | 0.02 | 0.460 |
| 7/24 | 255P | WATERTOWN | NH | 617/924-2313 | P | | 0.440 | 0.270 | 0.04 | 0.750 |
| 7/24 | 257P | WALTHAM | MA | 617/924-2313 | P | 6 | 2.640 | 1.620 | 0.25 | 4.510 |
| 7/28 | 257P | WALTHAM | MA | 781/894-9395 | P | 2 | 0.880 | 0.540 | 0.08 | 1.500 |
| 7/28 | 314P | DOVER | MA | 508/785-9055 | P | 1 | 0.440 | 0.270 | 0.04 | 0.750 |
| 7/28 | 320P | ARLINGTON | MA | 781/648-5217 | P | 3 | 1.320 | 0.810 | 0.12 | 2.250 |
| 8/05 | 1128A | 800 SERV | CL | 800/393-1000 | P | 2 | 0.880 | 0.000 | 0.05 | 0.930 |
| 8/05 | 825P | ARLINGTON | MA | 781/648-5217 | OP | 1 | 0.290 | 0.150 | 0.03 | 0.470 |

Calls made from LEBANON, NH - ATLANTIC CELLULAR 30313

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/08 | 401P | WATERTOWN | MA | 617/924-2313 | P | 1 | 0.990 | 0.490 | 0.02 | 1.500 |
| 7/08 | 404P | *INCOMING* | CL | 617/538-6148 | P | 4 | 3.960 | 1.470 | 0.10 | 4.060 |
| 7/08 | 405P | WATERTOWN | CL | 617/924-2313 | P | 3 | 2.970 | 1.470 | 0.07 | 4.510 |
| 7/08 | 824P | HAMPTON | NH | 603/926-7171 | P | 2 | 1.980 | 0.490 | 0.05 | 2.520 |
| 7/13 | 206P | CHELSEA | VT | 802/885-4679 | P | 1 | 0.990 | 0.980 | 0.05 | 3.010 |
| 7/15 | 115P | WATERTOWN | VT | 617/924-2313 | P | 1 | 0.990 | 0.490 | 0.02 | 1.500 |
| 7/16 | 126P | *INCOMING* | CL | 617/538-6148 | P | 6 | 5.940 | 0.000 | 0.15 | 6.090 |
| 7/16 | 130P | WATERTOWN | CL | 617/538-6148 | P | 2 | 1.980 | 0.000 | 0.05 | 2.030 |
| 7/16 | 132P | *INCOMING* | CL | 617/538-6148 | P | 4 | 3.960 | 0.000 | 0.10 | 4.060 |
| 7/16 | 148P | WATERTOWN | MA | 617/924-2313 | P | 3 | 2.970 | 1.470 | 0.07 | 4.510 |
| 7/16 | 151P | WATERTOWN | CL | 617/538-6148 | P | 20 | 19.800 | 9.800 | 0.49 | 30.090 |
| 7/24 | 324P | MONTPELIER | VT | 802/828-2000 | P | 4 | 3.960 | 1.980 | 0.10 | 6.020 |
| 7/24 | 335P | SPRINGFLD | VT | 802/885-5233 | P | 3 | 2.970 | 1.470 | 0.07 | 4.510 |
| 7/24 | 414P | *INCOMING* | CL | 617/538-6148 | P | 3 | 2.970 | 0.000 | 0.07 | 3.040 |
| 7/24 | 418P | CAMBRIDGE | MA | 617/864-4571 | P | 1 | 0.990 | 0.980 | 0.05 | 3.010 |
| 7/24 | 424P | TOLL FREE | FL | 850/364-2255 | P | 1 | 0.990 | 0.000 | 0.02 | 1.010 |
| 7/24 | 349P | *INCOMING* | CL | 617/538-6148 | P | 4 | 3.960 | 1.980 | 0.10 | 6.020 |
| 8/05 | 1146A | *INCOMING* | CL | 617/538-6148 | P | 2 | 1.980 | 0.000 | 0.05 | 2.030 |
| 8/05 | 1147A | TOLL FREE | CL | 800/393-1000 | P | 2 | 1.980 | 0.000 | 0.05 | 2.030 |
| 8/05 | 1204P | TOLL FREE | CL | 800/393-1000 | P | 1 | 0.990 | 0.000 | 0.02 | 1.010 |

Calls made from WATERBURY, CT - BELL ATLANTIC NYNEX 31089

| Date | Time | Calls to | St | Number Called | Per | Min | Air | Misc | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/02 | 152P | NEW HAVEN | CT | 203/468-0165 | OP | 1 | 0.590 | 0.090 | 0.05 | 0.730 |
| 8/02 | 153P | NEW HAVEN | CT | 203/468-0165 | OP | 20 | 11.800 | 1.800 | 0.76 | 14.390 |
| 8/02 | 213P | COLUMBIA | CT | 860/228-1170 | OP | 15 | 8.850 | 5.850 | 0.84 | 15.540 |

Total Roamer Usage Charges   273   104.620   47.160   9.88   261.660

Per:  P=Peak Period   OP=Off-Peak Period   EV=Evening Period   M=Multiple Period

PAGE 15

ORDER FORM

**R**ock **D**rillers **S**upply Co. Inc.

CONSTRUCTION **EQUIPMENT**

20 EAST GLENWOOD AVENUE
(rear of 1463 Hyde Park Ave.)
HYDE PARK (Boston)
MASSACHUSETTS 02136
TELEPHONE (617) 364-1941
FAX (617) 364-1943

(4)

Bo &: 685-4679

SOLD TO: Leon Shabott

STREET: Route 110,

CITY: Chelsea, Vermont 05038

SHIP TO: To be pick up

STREET:

CITY:

| CUSTOMERS ORDER NO. | WHEN SHIP | TELEPHONE | | | HOW SHIP | | INVOICE WANTED | | DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kuhol | ASAP | | | | Fred | | 2 | | 7-15-92 | a |

| QUANTITY | NUMBER | | | | | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | used | Cat 977 h # 464 605 | | | | | | | 9500 |
| | | Ref for Boston | | | | | | | |
| | | Pam en full | | | | | | | |
| | | Check # 10332 | | | | | | | |
| | | (Ok) | | | | | | | |
| | | #64 ck wtil pck-up (s) | | | | | | | |

UNLESS OTHERWISE STATED ON THIS ORDER, EACH TRANSACTION SHALL BE COMPLETED WITHIN TEN DAYS FROM ABOVE DATE. NO WARRANTIES IMPLIED WHATSOEVER. ALL EQUIPMENT SOLD AS IS WHERE IS AS SHOWN. ORDER IS SUBJECT TO ACCEPTANCE BY HOME OFFICE. ONLY CONDITIONS STATED ON THIS ORDER WILL BE CONSIDERED BINDING. ALL DEPOSITS WILL BE RETAINED AS LIQUIDATED DAMAGES. IT IS UNDERSTOOD THAT PURCHASER SHALL BE LIABLE FOR PAYMENT OF MASS. SALES TAX WHERE APPLICABLE.

Purchaser

# 10332

⑤



ENDORSE HERE

Exchange for Town Ck #14852

Newton South Co-operative Bank

104    JUL 15 1998    104

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
★ RESERVED FOR FINANCIAL INSTITUTION USE ★

NDA WDL REG/OTC
00174 #0176 0104 JE
07-15-98 15:05 0043005685 ACCT
0.00 CS
9,500.00 AMT
5,221.95 BAL

#10#

NEWTON South
CO-OPERATIVE BANK
NEWTON, MASSACHUSETTS

LEON SHABOTT
ALL SLATE & TILE ROOF WORK, INC.
MA LIC. S92867432 EXP. 9-4-98
98 COMMON ST., PH. 617-985-5244
WATERTOWN, MA 02172

PAY TO THE ORDER OF _Rock Dollers Supply Inc._

Nine thosend five hundred — ooﾟ/100

DATE 9/14/98

$ 9500 —

DOLLARS

53-722/2113

10332

Cell 977 4644 605—

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

#010332# #211372231# 0430058#

... as listed below, as well as those ...

Payable ... Face amount of transaction ...

BOARD OF GOVERNORS REG. CC



For Deposit Only
Cooks Towing & Transport
22-101404





LEON SHABOTT
ALL SLATE & TILE ROOF WORK, INC.
98 COMMON ST. PH. 617-965-5244
MA LIC. S9285T432 EXP. 9-4-98
WATERTOWN, MA 02172

10333

PAY TO THE ORDER OF   Cooks   towing & Trans.

Five Hundred fifty

NEWTON South
CO-OPERATIVE BANK
NEWTON, MASSACHUSETTS

DATE 7/16/98

050483470  14  5498  4881    53-7232/2113

$ 550.—

DOLLARS

⑆0 10333⑆ ⑆2 113723230⑆ 04300568⑆    ⑆0000005000⑆



#1004

wills.
Chelsea Vt    6
7-13-98

$14.69 Rd. lp

#1007

⑨

**ADVANTAGE SIGNS**
Route 14
WILLIAMSTOWN, VERMONT 05679
(802) 433-1312

| NAME | DATE |
|------|------|
| *LEON SWABOTT INC.* | 7/13/89 |

ADDRESS

PHONE

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 1 | 24" x 36" R.E. SIGN "L.S. INC" | 90 00 |
| 1 | PAIR MAGS 13"x22" Black with white tage | 75 00 |
| | Sub Total | 165 00 |
| | TAX | |

paid #1004

RECEIVED BY

TOTAL

1159

# 1009





```
#XXXX XXXXXXX0544
CARD #
INV # U1 2049
AUTH # 013598
DATE  07/15/98
TIME  05:41PM
DEALER # 9613206
    AUTO CENTER
    JONTOOCO  NH
PUMP               1
GRADE     UNLEADED
GALLONS       18.422
PRICE/GAL     $1.099
FUEL SALE     $20.25


- THANK YOU -
```

#1010

# Transaction Detail



Keep dues low.
Keep GA strong.



*Keep track of shipping and postage charges.*
*Use your credit card to pay for all your deliveries.*

Services

| Date | Merchant | City | State | Amount | Dispute |
|---|---|---|---|---|---|
| 05/08/98 | MERCURY AIR CENTER | BEDFORD | MA | 35.25 | ❑ |
| 05/08/98 | MERCURY AIR CENTER | BEDFORD | MA | 117.50 | ❑ |
| 05/10/98 | PIEDMONT AVIATION SER | WINSTON SALE | NC | 103.36 | ❑ |
| 05/15/98 | MERCURY AIR CENTER | BEDFORD | MA | 1.46 | ❑ |
| 05/18/98 | MERCURY AIR CENTER | BEDFORD | MA | 146.00 | ❑ |
| 05/18/98 | MERCURY AIR CENTER | BEDFORD | MA | 1.46CR | ❑ |
| 05/22/98 | EAST COAST AERO CLUB | BEDFORD | MA | 116.32 | ❑ |
| 05/22/98 | MERCURY AIR CENTER | BEDFORD | MA | 138.69 | ❑ |
| 05/23/98 | MERCURY AIR CENTER | BEDFORD | MA | 61.07 | ❑ |
| 06/03/98 | VERMONT FLYING SERVICE | BARRE | VT | 72.82 | ❑ |
| 06/03/98 | MERCURY AIR CENTER | BEDFORD | MA | 140.85 | ❑ |
| 06/06/98 | VERMONT FLYING SERVICE | BARRE | VT | 44.00 | ❑ |
| 06/06/98 | MERCURY AIR CENTER | BEDFORD | MA | 98.53 | ❑ |
| 06/07/98 | VERMONT FLYING SERVICE | BARRE | VT | 68.20 | ❑ |
| 06/10/98 | MERCURY AIR CENTER | BEDFORD | MA | 20.70 | ❑ |
| 06/16/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ❑ |
| 07/16/98 | MERCURY AIR CENTER | BEDFORD | MA | 4,136.22 | ❑ |
| 07/20/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ❑ |
| 08/14/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ❑ |
| **TOTAL CHARGE(S): $** | | | | **5,605.50** | |



*The easy way to pay for gas is at the pump —*
*your credit card is accepted at gas stations nationwide.*

Gas Station

| Date | Merchant | City | State | Amount | Dispute |
|---|---|---|---|---|---|
| 05/02/98 | CHEVRON 0088102 | DAGGETT | CA | 145.32 | ❑ |
| 05/02/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 25.21CR | ❑ |
| 05/02/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 166.01 | ❑ |
| 05/03/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 15.40 | ❑ |
| 05/03/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 55.00 | ❑ |
| 05/04/98 | PHILLIPS 6600263280026 | JACKSON | MI | 158.80 | ❑ |





LEMON GRASS
1710 MASSACHUSETTS AVE
LEXINGTON, MA 02173

TIME  7:28 PM    DATE 07/15/98
TERM# 00512893    MERC 000161164540999
TRAN TYPE  SALE
#3728635479020008
EXP DATE 02/99   CARD TYPE AMEX
TICKET # 000068  SERVER ID 1
AUTH CODE 250855  SEQ #   031

BASE AMOUNT              $35.90

TIP AMOUNT               6.00

TOTAL                    41.90

SIGN X _____
                L.T. SHABBIT

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

#101.7

L-20-98 MON 08:28 AM MATHER AVIATION                9163644715

# OVERHAUL MANUAL

# AVCO LYCOMING

## GEARED & GEARED SUPERCHARGED
## AIRCRAFT ENGINES



| Post-It® Fax Note | 7671 | Date 7-20-98 | # of pages ▸ 12 |
|---|---|---|---|
| To Leon Shabbot | | From Vic Cushing | |
| Co./Dept. | | Co. Mather's Aviation | |
| Phone # 617 924-4106 | | Phone # 916 364-4711 | |
| Fax # 617 924-2296 | | Fax # 916 364-4715 | |

### APPROVED BY F.A.A.

LYCOMING DIVISION
WILLIAMSPORT, PA. 17701

Fourth Printing                          Part Number

**YELLOW**

FED ID 844-0594 705

**INVOICE**

KEEP THIS PORTION FOR YOUR RECORDS

ORIGINAL INVOICE

PHONE   1-800-611-0000
YELLOW FREIGHT SYSTEM, INC.
P.O. BOX 5901
TOPEKA, KS  66605-0901

EIGHT BILL NUMBER (CK)

946-295547    1

LL DATE: 07/30/98

ST/ORG: BHM/NRM

675H   G/5)   v1

MERCURY AIR CTR
HANSOM FIELD HANGAR 1727
BEDFORD MA 01730

**NSIGNEE:**
IATION ENGINES
1 AIRPORT ST
NTREVILLE AL 35042-9570

**IPPER:**
RCURY AIR CTR
NSOM FIELD HANGAR 1727
DFORD MA 01730

0. #:    N/A
IPPER #: NA

| ECES | DESCRIPTION | CLASS | WEIGHT | RATE | EXTENSIO |
|------|-------------|-------|--------|------|----------|
| 1 | PLT AIRCRAFT ENGINE | 150 | 400 | 12624 | 504.96 |
| | SINGLE SHIPMENT-PPD | SSP | | | 17.00 |
| | //UNCRATED | | | | |

L PCS                                    TTL WGT
   1                                         400

*MAINT
3583B
OK (N)*

MIT TO:
YELLOW FREIGHT SYSTEM, INC.
P.O. BOX 13850
NEWARK NJ 07188-0850

| | PREPAID | **AMOUNT DUE** |
|---|---------|-----------|
| | PAYMENT DUE | US DOLLARS |
| | BY    08/23/98 | $521.96 |

RETURN ENVELOPES ARE NOW OFFERED UPON REQUEST.
CONTACT CUSTOMER SERVICE AT THE PHONE# ABOVE.

PLEASE detach at perforation and RETURN LOWER PORTION OF INVOICE WITH PAYMENT, or indicate Freight Bill # on your remittance

**YELLOW**

LL DATE:  07/30/98

VOICE DATE:  08/08/98  AT: YTS  14:25
ARGES:      PREPAID
IPPER #:    NA

LL TO:

1ERCURY AIR CTR
1ANSOM FIELD HANGAR 1727
3EDFORD MA 01730

FREIGHT BILL NUMBER (CK):   946-295547    1

**REMIT TO**   USE THIS ADDRESS FOR
REMITTANCE ONLY.

| PAY THIS | ▶ | US DOLLARS |
|----------|---|------------|
| **AMOUNT** | | $521.96 |

CREDIT PERIOD 15 DAYS, PAYMENT DUE    08/23/98

YELLOW FREIGHT SYSTEM, INC.
P.O. BOX 13850
NEWARK NJ 07188-0850

94629554740000521965

**§ 91.407   Operation after maintenance, preventive maintenance, rebuilding, or alteration.**

(a) No person may operate any aircraft that has undergone maintenance, preventive maintenance, rebuilding, or alteration unless—

(1) It has been approved for return to service by a person authorized under §43.7 of this chapter; and

(2) The maintenance record entry required by §43.9 or §43.11, as applicable, of this chapter has been made.

(b) No person may carry any person (other than crewmembers) in an aircraft that has been maintained, rebuilt, or altered in a manner that may have appreciably changed its flight characteristics or substantially affected its operation in flight until an appropriately rated pilot with at least a private pilot certificate flies the aircraft, makes an operational check of the maintenance performed or alteration made, and logs the flight in the aircraft records.

(c) The aircraft does not have to be flown as required by paragraph (b) of this section if, prior to flight, ground tests, inspection, or both show conclusively that the maintenance, preventive maintenance, rebuilding, or alteration has not appreciably changed the flight characteristics or substantially affected the flight operation of the aircraft.

(Approved by the Office of Management and Budget under control number 2120–0005)



AVIATION ENGINES, INC.
301 AIRPORT STREET
CENTREVILLE, AL. 35042
FAX: 205-926-6040
PHONE: 205-926-5186
PHONE: 800-344-7918


DATE: 8/6/98

ATTN: LEON SHABOTT

AEI RECEIVED YOUR ENGINE TODAY. WE WILL NEED ALL
ENGINES LOG BOOKS PERTAINING TO THIS ENGINE. PLEASE
MAIL TO THE ADDRESS ABOVE.

WE WILL NOTIFY YOU OF OUR FINDINGS WHEN INSPECTION
IS COMPLETE.

THE REMAINING PARTS HAVE BEEN SENT UPS PER MIKE
AT MERCURY AIR CENTER. WE WILL NOTIFY THEM IF WE
REQUIRE ADDITIONAL PARTS.

THANKS

PAM FREEMAN   *Pam Freeman*

AVIATION ENGINES, INC.
301 AIRPORT STREET
CENTREVILLE, AL. 35042
PHONE: 205-926-5186
FAX: 205-926-6040

ATTN: LEON SHABOTT

DATE: 8/12/98

REF: GO-480-F4A6 , S/N L-619-29

Aviation Engines, Inc. received engine due to failure
of #2 cylinder lifter bodies.

The following parts were found installed:

| Qty | Part No. | Description | Position |
|---|---|---|---|
| 12 | SL77677 | Lifter bodies | All locations |
| 10 | 73062 | Plunger assy | Cyl # 1,3,5,4 & 6 |
| 2 | 78290 | Plunger assy | Cyl # 2 |
| 6 | 67113 | Rocker arm | Cyl. intake (all) |
| 5 | 67112 | Rocker arm | Cyl. exh. # 1, 3, 5, 4 & 6. |
| 1 | 71265 | Rocker arm | Cyl exh. # 2 position |
| 1 | 71305 | camshaft | |

Provided that proper valve lash was obtained at
cylinder installation per Lycoming overhaul procedures
and replacement part 78290 was not defective, it is
my opinion that the intermix of plunger assy. 73062 (old
style) & 78290 (new style) and rocker arm 67113 (old
style) & 71265 (new style)  did not maintain proper
rocker arm to valve tip clearance. The clearance
should be "0" with engine running at take off RPM.

From all indications, it does appear that plunger assy.
# 78290 did bottom out from excessive pressure and
seize. Consequently, this caused excessive clearance
in valve train that allowed the push rods to make
contact with the inner edge of the lifter bodies. This
contact would cause breakage of a lifter body, as this
appears to be the case in your engine.

Page 1

Both the intake and exhaust rocker arms made contact
with the cylinder head due to excessive clearance.
Push rod damage appears to have been caused when
clearance and centerline alignment were not
maintained between rocker arm, push rod and the lifter
assembly.

                                    ... .. .. ...g...
of this age not to intermix older and new style parts.
Parts should be replaced in sets only. Also proper
valve lash must be obtained at cylinder installation
by the use of oversize or undersize push rods.,

To follow is Lycoming S.I 1011H, GO-480 Overhaul
Manual section 6-44, and Service Instruction 1182A
for your review.

Please call should you require further information.

Thank you,

A.E.1.


Don Freeman, Owner

P.1/1

# TEXTRON Lycoming

**DATE:** 8/13/98

**ATTN:** DON FREEMAN

**FAX:** 205-926-6040 (AVIATION ENGINES)

**FROM:** PRODUCT SUPPORT
ROBERT OHNMEISS, SR. FIELD/TECHNICAL SPEC.
PHONE: (717) 327-7127 FAX: (717) 327-7101
**SUBJECT:** #2 CYLINDER LIFTER BODIES BROKEN.

DON,

AFTER REVIEWING YOUR FAX, I FEEL THAT YOU ARE CORRECT.
THE MIX MATCH OF THE HYDRAULIC LIFTERS PLUNGERS, MEANING 10 OF ONE PART # AND 2 OF ANOTHER PART #, COULD CAUSE AN UNEVEN BLEED RATE DURING OPERATION. THIS IS MOST LIKELY WHAT HAS CAUSED THE PROBLEM.

ARE YOU SURE THAT THE PROPER VALVES AND GUIDES WERE USED AND THAT THE DRY TAPPET CLEARANCE WAS SET AS PER THE OVERHAUL MANUAL WITH THE PLUNGERS CLEAN AND DRY, SETTING .028" TO .080" CLEARANCE?

NOT BEING ABLE TO LOOK AT THE ENGINE, IT APPEARS THAT THE PROBLEM WAS CAUSED BY THE PLUNGERS.

PLEASE REF. SI-1011R, THE CAUTION TELLS YOU NOT TO MIX THE PLUNGERS OF DIFFERENT PART NUMBERS, BECAUSE OF ERRATIC OPERATION.

(20)

this letter written
at mercury's request
during (the) 3/30/99 meeting

Please move fuel from the main tank

bladder from drying.

Leon Shabott Inc.

Please also do a Cold comp-test
on the right eng.

you may put the aircraft (N3583B)
on a tie down spot.

Leon Shabott
PO Box 294
Chelsea VT 05038
H - (802) 685-0974
M - (617) 538-6148
O - (617) 965-5244

3/30/99



**EDGAR**Online

**New Users - Try EDGAR Online for 2 Days - only $9.95!**

**Existing EDGAR Online Users - Login**

**Filings**

People Search | My Searches and Alerts | My Folders

SEARCH [      ] Filir

**Containment Corporation**
Spill Containment Solutions for all EPA / SPCC
compliance concerns!
www.containmentcorp.com

**Secondary Containment**
Berms, Standard and Custom Sizes Fast Turn
Around, Quality Materials
www.coversunlimited.net

**Spill Containment Dir**
Save Money on Berms, Sp
Containment & Spill Contr
www.boomenviro.com

Ads by Google

MERCURY AIR GROUP INC
Form:10-Q Filing Date:5/27/2005

Jump to : [ -- Use Sections To Navigate Through The Document -- ]

**Item 1. Legal Proceedings**

On March 14, 2003 the Company received a Notice of Violation from the United
States Environmental Protection Agency ("EPA") alleging certain deficiencies in
the Company's spill prevention, control and countermeasure plan ("SPCC Plan")
for the Air Centers' Fort Wayne, Indiana facility ("Ft. Wayne Facility"). The
Company believes that it has resolved all deficiencies except for alleged
deficiencies related to: 1) secondary containment for refueling trucks, and

2) secondary containment for discrete fuel loading areas. Pursuant to an
agreement detailed in a letter submitted to the EPA on April 16, 2003, the
Company was permitted to suspend modifications to its SPCC Plan regarding the
installation of secondary containment for its parked refueling trucks and
loading areas, pending resolution of federal regulatory issues associated with
SPCC requirements.
The Stock Purchase Agreement between the Company and Allied dated as of
October 28, 2003 regarding the sale of all of the outstanding stock owned by the
Company in Air Centers (the "Air Centers' SPA"), provides that the Company shall
be responsible for compliance, for a period of eighteen months subsequent to the
FBO Sale Closing Date, for any secondary containment (as the term is defined in
the Air Centers' SPA) required by any applicable governmental authority pursuant
to environmental law for extended or overnight fuel truck parking at any FBO
comprising the FBO business on the FBO Sale Closing Date.
Pursuant to a letter dated October 18, 2004 from EPA to the Ft. Wayne
facility, EPA demanded the installation of secondary containment at the
Ft. Wayne Facility for parked refueling trucks (but not loading areas). While
the Company does not believe the SPCC Plan requirements regarding containment
are applicable to mobile refueling trucks, it agreed to indemnify Air Centers
for the reasonable cost of installation of such containment at the Ft. Wayne
Facility in order to avoid further transaction costs. It did not admit that such
indemnification was required under the Air Centers SPA or environmental law. The
containment was installed in March 2005. The Ft. Wayne Facility's SPCC Plan is
currently being revised and certified to reflect the installation. It will then
be submitted to the EPA.
In the opinion of management, the resolution of this matter, including the
installation of any secondary containment at other Air Centers facilities, is
not expected to have a material effect on the Company's results of operations,
cash flow or financial position.
On November 26, 2003, Signature Flight Support Corporation filed a complaint
against Air Centers and Allied alleging: 1) breach of contract against Mercury
Air Centers; 2) tortious interference with contract against Allied; 3) tortious

interference with prospective economic advantage against Allied; and 4) unfair
business practices against Mercury and Allied. The Company has agreed to
indemnify Allied and its affiliates (including, without limitation, Air Centers
after the closing of the FBO sale), directors, officers, agents, employees and
controlling persons from any liability, obligation, losses or expenses to which
Allied may become subject as a result of the complaint. On January 25, 2005 the
United States District Court for the Central District of California entered an
order granting in part and denying in part Mercury's motion for



29

Summary Judgment or alternatively partial summary judgment and an order granting
Allied Capital Corporation's motion for Summary Judgment. Under this order
Allied Capital was completely removed from the case and was granted all relief
requested. In regards to Mercury Air Group, Inc. the court found that there was
a genuine issue of material fact as to whether or not Signature was entitled to
its due diligence expenses. Subsequently the parties stipulated that Signature's
recoverable damages in the event Signature subsequently proves the existence of
a binding contract and a material breach by Mercury are to be $160,000.
Signature has given notice of appeal in this case. On April 18, 2005 in the
companion case between the parties and others filed in the Superior Court of the
State of California for the County of Los Angeles the parties entered into a
Joint Stipulation Continuing Case Management Conference which continued all
matters in the cause of action until after the next Case Management Conference
which was reset until May 26, 2005 with Case Management Statements to be filed
on May 19, 2005 to allow the parties to discuss a global settlement. The Company
believes these allegations have no merit and will also be vigorously disputed
and defended. In the opinion of management, the ultimate resolution of these
complaints will not have a material effect on the Company's consolidated
financial statements but the cost of litigation has had a material impact on the
results for the third quarter of fiscal year 2005.

On July 14, 2004, Leon Shabott filed suit in the United States District
Court, District of Massachusetts against Mercury Air Group, Inc. for damages
arising out of the repair of Beechcraft twin Bonanza aircraft engines in June of
1998 claiming damages of up to $150 thousand. The Company believes that the
claim is barred by the statute of limitations and that it has other good and
viable defenses as well. In the opinion of management, the ultimate resolution
of this matter is not expected to have a material effect on the Company's
results of operations, cash flows or financial position.

On April 28, 2005 notice of a complaint being filed in the United States
District Court of the Southern District of Illinois by Mr. Lambert against BP
Products, et al and Maytag Aircraft Corporation was received. The original
complaint had been amended to include Maytag Aircraft Corporation as a named
defendant which includes a number of jet fuel retailers. Plaintiff alleges that
the defendants caused him personal injury and other damage as a result of his
exposure to jet fuel products while in the Marines. This matter is currently
under investigation however, Mercury does not believe this matter will have a
significant impact on its financial position or operating results.

On May 2, 2005 notice of action against Mercury Air Cargo, Inc. filed in the
Superior Court of Los Angeles County for an accident which occurred on May 6,
2003 was received. Plaintiff claims that her heel was run over by a fork lift
while she was working as a government inspector. The Company is investigating
the matter. The matter has been turned over to Mercury's insurance company and
insurance counsel for handling. However, the Company does not believe that this
matter will have a significant impact on its financial position or operating

results.



The Company is also a defendant in certain litigation arising in the normal course of business. In the opinion of management, the ultimate resolution of such litigation will not have a material effect on the Company's results of operations, cash flows or financial position. Reference is made to the Company's Annual Report on Form 10-K for the fiscal year ended June 30, 2004 for additional legal matters with respect to which no material developments have occurred in the current quarter.

Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

(a) None

(b) None

30

(c) Issuer Purchases of Equity Securities:

(d) Maximum Number (or

| (a) Total Number of Shares (or Units) Period | (b) Average Price Paid per Share | Purchased | (c) Total Number of Shares (or Units) Purchased as Part of Publicly Announced (or Unit) | Approximate Dollar Value) of Shares (or Units) that May Yet be Purchased Under Plans or Programs |
|---|---|---|---|---|
| Month #1 January 1, 2005 to | | | | |
| January 31, 2005 | | 3,750 | 4.90 | N/A |
| Month #2 February 1, 2005 | | | | |
| to February 28, 2005 | | 0 | N/A | N/A |
| Month #3 March 1, 2005 to | | | | |
| March 31, 2005 | | | | N/A |
| Total | | 3,750 | $ 4.90 | |

The B of A Credit Facility, as amended, prohibits the repurchase of stock and the payment of cash dividends, except for cash dividends in an amount not to exceed $17,500 thousand by June 30, 2005, and repurchases of stock in an amount not to exceed $1,000 thousand, by June 30, 2005.

Item 3. Default Upon Senior Securities

None