```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS3
```

LEON SHABOTT,                  )
                               )
    Plaintiff,                 )
v.                             )
                               ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC.,       ) Referred to Magistrate Judge RBC
                               )
    Defendant.                 )

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, hereby certify that I served a copy of Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 60(b) and all related pleadings by regular first class mail and by certified mail/return receipt requested addressed to Leon Shabott whose address is 4137 Center Pond Road, Newark, Vermont 05871, and by electronic filing and regular mail to all counsel of record on Tuesday, November 28, 2006. This Certificate of Service is being similarly sent on November 28, 2006.

                                /s/David C. Aisenberg
                                David C. Aisenberg