UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY AIR GROUP, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No.04-11575-JLT<br>) Referred to Magistrate Judge RBC<br>)<br>)<br>) |

### DEFENDANT MERCURY AIR GROUP, INC.'S OPPOSITION TO PLAINTIFF'S PETITION FOR THE COURT TO HOLD A SHOW CAUSE HEARING TO DETERMINE WHETHER MICHAEL WASSON SHOULD BE HELD IN CONTEMPT

The defendant Mercury Air Group, Inc. ("Mercury") submits this opposition to the Plaintiff's Petition for the Court to Hold a Show Cause Hearing to Determine Whether Michael Wasson Should be Held in Contempt ("Show Cause Motion"). Quite simply, this case is over; it has been closed by the District Court; and Shabott has failed to provide evidence necessary to accuse Mr. Wasson of deception and fraud or to hold him in contempt (indeed, there is no such evidence). Mr. Wasson is a witness because Mercury presented his notes and identified him during automatic disclosure. Both Wasson and his notes were always available to the plaintiff while this case was pending. Mr. Wasson stands by his notes and he has done nothing to subject himself to the false unsubstantiated allegations of Shabott. Interestingly, the credit card bills which the plaintiff, Leon Shabott ("Shabott"), is now using to challenge the

authenticity of Mr. Wasson's notes also were accessible prior to the time this case was closed. Mr. Shabott, however, did not take the steps necessary to produce them. Under these circumstances, Mr. Shabott should not be permitted to re-open this case for the show cause hearing he has requested.

In further support of this opposition, Mercury relies upon Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 60(b).

WHEREFORE, Mercury Air Group, Inc. respectfully requests that the Motion to Show Cause be denied.

        DEFENDANT
        MERCURY AIR GROUP, INC.

        By its attorneys,

        /s/David C. Aisenberg
        David C. Aisenberg, BBO#545895
        Looney, Cohen, Reagan & Aisenberg LLP
        33 Broad Street
        Boston, MA 02109
        (617) 371-1050