UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT, <br><br> Plaintiff, <br><br> v. <br><br> MERCURY AIR GROUP, INC., <br><br> Defendant. | CIVIL ACTION No. 04-11575-JLT <br> Referred to Magistrate Judge RBC |

## CERTIFICATE OF SERVICE

I, David C. Aisenberg, hereby certify that on this 19th day of December 2006, I served the foregoing **Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Petition for the Court to Hold a Show Cause Hearing to Determine Whether Michael Wasson Should be Held in Contempt** by causing a copy thereof to be delivered by first class mail, postage prepaid to:

Mr. Leon Shabott
4137 Center Pond Road
Newark, VT  05871

/s/David C. Aisenberg
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
Boston, MA  02109
(617) 371-1050