UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCURY AIR GROUP, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION No. 04-11575-JLT<br>Referred to Magistrate Judge RBC |

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, hereby certify that on this 24th day of January 2007, I served the foregoing **Affidavit of David C. Aisenberg in Response to Plaintiff's Petition to Hold Show Cause Hearing** by causing a copy thereof to be delivered by first class mail, postage prepaid to:

Mr. Leon Shabott
4137 Center Pond Road
Newark, VT 05871

/s/David C. Aisenberg
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
Boston, MA 02109
(617) 371-1050