UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1803

USDC Docket Number: 04-cv-11575

Leon Shabott

v.

Mercury Air Group, Inc.,

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

80, 81

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 19, 2007.

By: _____
Deputy

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/07

_____
Deputy Clerk, US Court of Appeals

- 3/06