```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

LEON SHABOTT,                )
                             )
    Plaintiff,               )
v.                           )
                             ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC.,     ) Referred to Magistrate Judge RBC
                             )
    Defendant.               )
                             )

### DEFENDANT MERCURY AIR GROUP, INC.'S OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO RULE 60(b) FOR RELIEF FROM THE COURT'S AWARD OF COURT COSTS

Defendant Mercury Air Group, Inc. ("Mercury") submits this opposition to the Plaintiff's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Court Costs to the Defendant ("Opposition"). In support of this Opposition, Mercury relies upon the facts and arguments contained in the following pleadings it has already filed in opposition to similar motions:

1. Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Summary Judgment filed on or about November 28, 2006;

2. Affidavit of David Aisenberg in Support of Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 60(b) filed on or about November 28, 2006;

3. Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Petition for the Court to Hold a Show

1

      Cause Hearing to Determine Whether Michael Wasson Should be Held in Contempt filed on or about December 19, 2006; and

4. Affidavit of David C. Aisenberg in Response to Plaintiff's Petition to Hold Show Cause Hearing filed on or about January 24, 2007.

## CONCLUSION

For the forgoing reasons, Shabott's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Court Costs to the Defendant should be denied.

      DEFENDANT
      MERCURY AIR GROUP, INC.

      By its attorneys,

      /s/David C. Aisenberg
      David C. Aisenberg, BBO#545895
      Looney, Cohen, Reagan & Aisenberg LLP
      33 Broad Street
      Boston, MA  02109
      (617) 371-1050