UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) CIVIL ACTION No.04-11575-JLT<br>) Referred to Magistrate Judge RBC<br>MERCURY AIR GROUP, INC., )<br>)<br>    Defendant. )<br>) | |

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg, hereby certify that on this 26th day of January, 2007 I served the foregoing ***Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Court Costs*** by causing a copy thereof to be delivered by first class mail, postage prepaid to:

Mr. Leon Shabott
4137 Center Pond Road
Newark, VT 05871

DEFENDANT
MERCURY AIR GROUP, INC.

By its attorneys,

/s/ David C. Aisenberg
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
Boston, MA 02109
(617) 371-1050