UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT | )<br>) |
| *Plaintiff* | )<br>)   Civil Action No.<br>) |
| v. | )   04-11575-JLT<br>) |
| MERCURY AIR GROUP, INC. | )<br>)   5 February 2007 |
| *Defendant* | )<br>) |
| AVCO CORPORATION,<br>LYCOMING DIVISION | )<br>)<br>) |
| *Third Party Defendant* | ) |

### AFFIDAVIT OF ROBERT SNYDER

I Robert Snyder do hereby swear and depose, as follows –

1. I am a United States citizen and I am over the age of eighteen.

2. I have personal knowledge of the events and statements in this Affidavit and would be willing to testify about these events in a Court of Law if summoned to do so.

3. I am familiar with Leon Shabott's case against Mercury Air. I have been hearing the details of it since he began the litigation. Leon Shabott often shares the details of the case and often shows me the filings associated with the case. I have known Leon Shabott for over 10 years

4. On or about 4 December 2006 Leon Shabott was in my office building, he came to me and said "I just had a conversation with Mercury's attorney and he told me he had never seen the original notes". We then discussed the favorable impact that this information would have.

had never seen the original notes". We then discussed the favorable impact that this information would have.

Signed under the pains and penalties of perjury this Fifth Day of February In the year Two Thousand and Seven

*Robert Snyder* (signature)

Robert Snyder
25 Blake St
Newtonville, MA 02460