UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 04-11575-JLT |
| | ) | |
| MERCURY AIR GROUP, INC. | ) | 7 February 2007 |
| *Defendant* | ) | |
| | ) | |
| AVCO CORPORATION, | ) | |
| LYCOMING DIVISION | ) | |
| *Third Party Defendant* | ) | |

### PLAINTIFF'S NOTICE THAT HE WILL BE FILING A SECOND OPPOSSITION TO DEFENDANTS RENEWED MOTION FOR SUMMARY JUDEMENT

Plaintiff Leon Shabott ("Shabott") notifies the Court that Shabott will be submitting to the Court a Second Opposition to the Defendants Mercury Air Group, Inc.'s Renewed Motion for Summary Judgment.

Shabott will be submitting the Second Opposition of Summary Judgment in support of his Motion for Relief of Judgment under Rule 60(b) of the Fed. R. Civ. Proc. for relief from the Court's 14 February 2006 Judgment in favor of Defendant and his other Rule 60(b) Motion for Relief from the 15 March 2006 Order Awarding Costs. Shabott will be filing his Second Opposition of Summary Judgment on or before 16 February 2007.

Shabott respectfully requests this honorable Court to review his Opposition before making a decision on his Motions for R.60-Relief from Judgment presently before this court.

The Plaintiff Leon Shabott asks the Court to grant his request.

BY:

_____
Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.309.8707
*Pro Se*

CERTIFICATION OF SERVICE
I certify that I have served on this date a copy of this motion
on the Defendant and Third Party Defendant's attorneys respectively
VIA U.S. First Class Mail

_____
Leon Shabott, Plaintiff