



Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 4 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541     FAA Rules pertaining to Appellant's Response Brief

**Federal Aviation Regulations**

**Sec. 43.2**

Records of overhaul and rebuilding.

(a) No person may describe in any required maintenance entry or form an aircraft, airframe, aircraft engine, propeller, appliance, or component part as being overhauled unless--
(1) Using methods, techniques, and practices acceptable to the Administrator, it has been disassembled, cleaned, inspected, repaired as necessary, and reassembled; and
(2) It has been tested in accordance with approved standards and technical data, or in accordance with current standards and technical data acceptable to the Administrator, which have been developed and documented by the holder of the type certificate, supplemental type certificate, or a material, part, process, or appliance approval under Sec. 21.305 of this chapter.
(b) No person may describe in any required maintenance entry or form an aircraft, airframe, aircraft engine, propeller, appliance, or component part as being rebuilt unless it has been disassembled, cleaned, inspected, repaired as necessary, reassembled, and tested to the same tolerances and limits as a new item, using either new parts or used parts that either conform to new part tolerances and limits or to approved oversized or undersized dimensions.

**Sec. 43.3**

Persons authorized to perform maintenance, preventive maintenance, rebuilding, and alterations.

(a) Except as provided in this section and Sec. 43.17, no person may maintain, rebuild, alter, or perform preventive maintenance on an aircraft, airframe, aircraft engine, propeller, appliance, or component part to which this part applies. Those items, the performance of which is a major alteration, a major repair, or preventive maintenance, are listed in appendix A.
(b) The holder of a mechanic certificate may perform maintenance, preventive maintenance, and alterations as provided in Part 65 of this chapter.
[(c) The holder of a repairman certificate may perform maintenance,

Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 5 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541    FAA Rules pertaining to Appellant's Response Brief

preventive maintenance, and alterations as provided in part 65 of this chapter.]

(d) A person working under the supervision of a holder of a mechanic or repairman certificate may perform the maintenance, preventive maintenance, and alterations that his supervisor is authorized to perform, if the supervisor personally observes the work being done to the extent necessary to ensure that it is being done properly and if the supervisor is readily available, in person, for consultation. However, this paragraph does not authorize the performance of any inspection required by Part 91 or Part 125 of this chapter or any inspection performed after a major repair or alteration.

(e) The holder of a repair station certificate may perform maintenance, preventive maintenance, and alterations as provided in Part 145 of this chapter.

(f) The holder of an air carrier operating certificate or an operating certificate issued under Part 121 or 135, may perform maintenance, preventive maintenance, and alterations as provided in Part 121 or 135.

[(g) Except for holders of a sport pilot certificate, the holder of a pilot certificate issued under part 61 may perform preventive maintenance on any aircraft owned or operated by that pilot which is not used under part 121, 129, or 135 of this chapter. The holder of a sport pilot certificate may perform preventive maintenance on an aircraft owned or operated by that pilot and issued a special airworthiness certificate in the light-sport category.
]

(h) Notwithstanding the provisions of paragraph (g) of this section, the Administrator may approve a certificate holder under Part 135 of this chapter, operating rotorcraft in a remote area, to allow a pilot to perform specific preventive maintenance items provided--

(1) The items of preventive maintenance are a result of a known or suspected mechanical difficulty or malfunction that occurred en route to or in a remote area;

(2) The pilot has satisfactorily completed an approved training program and is authorized in writing by the certificate holder for each item of preventive maintenance that the pilot is authorized to perform;

(3) There is no certificated mechanic available to perform preventive maintenance;

(4) The certificate holder has procedures to evaluate the accomplishment of a preventive maintenance item that requires a decision concerning the airworthiness of the rotorcraft; and

(5) The items of preventive maintenance authorized by this section are those listed in paragraph (c) of appendix A of this part.

Case 1:04-cv-11575-JLT    Document 92-2    Filed 02/21/2007    Page 6 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541    FAA Rules pertaining to Appellant's Response Brief

(i) Notwithstanding the provisions of paragraph (g) of this section, in accordance with an approval issued to the holder of a certificate issued under part 135 of this chapter, a pilot of an aircraft type-certificated for 9 or fewer passenger seats, excluding any pilot seat, may perform the removal and reinstallation of approved aircraft cabin seats, approved cabin-mounted stretchers, and when no tools are required, approved cabin-mounted medical oxygen bottles, provided--
(1) The pilot has satisfactorily completed an approved training program and is authorized in writing by the certificate holder to perform each task; and
(2) The certificate holder has written procedures available to the pilot to evaluate the accomplishment of the task.
(j) A manufacturer may--
(1) Rebuild or alter any aircraft, aircraft engine, propeller, or appliance manufactured by him under a type or production certificate;
(2) Rebuild or alter any appliance or part of aircraft, aircraft engines, propellers, or appliances manufactured by him under a Technical Standard Order Authorization, an FAA-Parts Manufacturer Approval, or Product and Process Specification issued by the Administrator; and
(3) Perform any inspection required by Part 91 or Part 125 of this chapter on aircraft it manufactures, while currently operating under a production certificate or under a currently approved production inspection system for such aircraft.

**Sec. 43.5**

Approval for return to service after maintenance, preventive maintenance, rebuilding, or alteration.

No person may approve for return to service any aircraft, airframe, aircraft engine, propeller, or appliance, that has undergone maintenance, preventive maintenance, rebuilding, or alteration unless--
(a) The maintenance record entry required by Sec. 43.9 or Sec. 43.11, as appropriate, has been made;
(b) The repair or alteration form authorized by or furnished by the Administrator has been executed in a manner prescribed by the Administrator; and
(c) If a repair or an alteration results in any change in the aircraft operating limitations or flight data contained in the approved aircraft flight manual, those operating limitations or flight data are appropriately revised and set forth as prescribed in Sec. 91.9 of this chapter.

Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 7 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541      FAA Rules pertaining to Appellant's Response Brief

## Sec. 43.13

Performance rules (general).

(a) Each person performing maintenance, alteration, or preventive maintenance on an aircraft, engine, propeller, or appliance shall use the methods, techniques, and practices prescribed in the current manufacturer's maintenance manual or Instructions for Continued Airworthiness prepared by its manufacturer, or other methods, techniques, and practices acceptable to the Administrator, except as noted in Sec. 43.16. He shall use the tools, equipment, and test apparatus necessary to assure completion of the work in accordance with accepted industry practices. If special equipment or test apparatus is recommended by the manufacturer involved, he must use that equipment or apparatus or its equivalent acceptable to the Administrator.
(b) Each person maintaining or altering, or performing preventive maintenance, shall do that work in such a manner and use materials of such a quality, that the condition of the aircraft, airframe, aircraft engine, propeller, or appliance worked on will be at least equal to its original or properly altered condition (with regard to aerodynamic function, structural strength, resistance to vibration and deterioration, and other qualities affecting airworthiness).
(c) Special provisions for holders of air carrier operating certificates and operating certificates issued under the provisions of [Part 121 or 135 and Part 129] operators holding operations specifications. Unless otherwise notified by the administrator, the methods, techniques, and practices contained in the maintenance manual or the maintenance part of the manual of the holder of an air carrier operating certificate or an operating certificate under Part [121 or 135] and Part 129 operators holding operations specifications (that is required by its operating specifications to provide a continuous airworthiness maintenance and inspection program) constitute acceptable means of compliance with this section.

## Sec. 91.213

Inoperative instruments and equipment.

Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 8 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541   FAA Rules pertaining to Appellant's Response Brief

(a) Except as provided in paragraph (d) of this section, no person may take off an aircraft with inoperative instruments or equipment installed unless the following conditions are met:

(1) An approved Minimum Equipment List exists for that aircraft.

(2) The aircraft has within it a letter of authorization, issued by the FAA Flight Standards district office having jurisdiction over the area in which the operator is located, authorizing operation of the aircraft under the Minimum Equipment List. The letter of authorization may be obtained by written request of the airworthiness certificate holder. The Minimum Equipment List and the letter of authorization constitute a supplemental type certificate for the aircraft.

(3) The approved Minimum Equipment List must--

(i) Be prepared in accordance with the limitations specified in paragraph (b) of this section; and

(ii) Provide for the operation of the aircraft with the instruments and equipment in an inoperable condition.

(4) The aircraft records available to the pilot must include an entry describing the inoperable instruments and equipment.

(5) The aircraft is operated under all applicable conditions and limitations contained in the Minimum Equipment List and the letter authorizing the use of the list.

(b) The following instruments and equipment may not be included in a Minimum Equipment List:

(1) Instruments and equipment that are either specifically or otherwise required by the airworthiness requirements under which the aircraft is type certificated and which are essential for safe operations under all operating conditions.

(2) Instruments and equipment required by an airworthiness directive to be in operable condition unless the airworthiness directive provides otherwise.

(3) Instruments and equipment required for specific operations by this part.

(c) A person authorized to use an approved Minimum Equipment List issued for a specific aircraft under subpart K of this part, part 121, 125, or 135 of this chapter must use that Minimum Equipment List to comply with the requirements in this section.

(d) Except for operations conducted in accordance with paragraph (a) or (c) of this section, a person may takeoff an aircraft in operations conducted under this part with inoperative instruments and equipment without an approved Minimum Equipment List provided--

(1) The flight operation is conducted in a--

Case 1:04-cv-11575-JLT    Document 92-2    Filed 02/21/2007    Page 9 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541    FAA Rules pertaining to Appellant's Response Brief

[(i) Rotorcraft, nonturbine-powered airplane, glider, or lighter-than-air aircraft, powered parachute, or weight-shift-control aircraft, for which a master minimum equipment list has not been developed; or]
(ii) Small rotorcraft, nonturbine-powered small airplane, glider, or lighter-than-air aircraft for which a Master Minimum Equipment List has been developed; and
(2) The inoperative instruments and equipment are not--
(i) Part of the VFR-day type certification instruments and equipment prescribed in the applicable airworthiness regulations under which the aircraft was type certificated;
(ii) Indicated as required on the aircraft's equipment list, or on the Kinds of Operations Equipment List for the kind of flight operation being conducted;
(iii) Required by Sec. 91.205 or any other rule of this part for the specific kind of flight operation being conducted; or
(iv) Required to be operational by an airworthiness directive; and
(3) The inoperative instruments and equipment are--
(i) Removed from the aircraft, the cockpit control placarded, and the maintenance recorded in accordance with Sec. 43.9 of this chapter; or
(ii) Deactivated and placarded "Inoperative." If deactivation of the inoperative instrument or equipment involves maintenance, it must be accomplished and recorded in accordance with part 43 of this chapter; and
(4) A determination is made by a pilot, who is certificated and appropriately rated under part 61 of this chapter, or by a person, who is certificated and appropriately rated to perform maintenance on the aircraft, that the inoperative instrument or equipment does not constitute a hazard to the aircraft. An aircraft with inoperative instruments or equipment as provided in paragraph (d) of this section is considered to be in a properly altered condition acceptable to the Administrator.
(e) Notwithstanding any other provision of this section, an aircraft with inoperable instruments or equipment may be operated under a special flight permit issued in accordance with Secs. 21.197 and 21.199 of this chapter.

**Sec. 91.3**

Responsibility and authority of the pilot in command.

(a) The pilot in command of an aircraft is directly responsible for, and is the final authority as to, the operation of that aircraft.
(b) In an in-flight emergency requiring immediate action, the pilot in

Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 10 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541        FAA Rules pertaining to Appellant's Response Brief

command may deviate from any rule of this part to the extent required to meet that emergency.
(c) Each pilot in command who deviates from a rule under paragraph (b) of this section shall, upon the request of the Administrator, send a written report of that deviation to the Administrator.

### Sec.91.403

General.

(a) The owner or operator of an aircraft is primarily responsible for maintaining that aircraft in an airworthy condition, including compliance with part 39 of this chapter.
(b) No person may perform maintenance, preventive maintenance, or alterations on an aircraft other than as prescribed in this subpart and other applicable regulations, including part 43 of this chapter.
(c) No person may operate an aircraft for which a manufacturer's maintenance manual or instructions for continued airworthiness has been issued that contains an airworthiness limitations section unless the mandatory replacement times, inspection intervals, and related procedures specified in that section or alternative inspection intervals and related procedures set forth in an operations specification approved by the Administrator under part 121 or 135 of this chapter or in accordance with an inspection program approved under Sec. 91.409(e) have been complied with.
[(d) A person must not alter an aircraft based on a supplemental type certificate unless the owner or operator of the aircraft is the holder of the supplemental type certificate, or has written permission from the holder.]

### Sec.91.407
Operation after maintenance, preventive maintenance, rebuilding, or alteration.

(a) No person may operate any aircraft that has undergone maintenance, preventive maintenance, rebuilding, or alteration unless--
(1) It has been approved for return to service by a person authorized under Sec. 43.7 of this chapter; and
(2) The maintenance record entry required by Sec. 43.9 or Sec. 43.11, as

Case 1:04-cv-11575-JLT   Document 92-2   Filed 02/21/2007   Page 11 of 16

Shabott v. Mercury Air Group Inc. v. Avco Corporation, Lycoming Division
No 06-1803 & 06-1541     FAA Rules pertaining to Appellant's Response Brief

applicable, of this chapter has been made.

(b) No person may carry any person (other than crewmembers) in an aircraft that has been maintained, rebuilt, or altered in a manner that may have appreciably changed its flight characteristics or substantially affected its operation in flight until an appropriately rated pilot with at least a private pilot certificate flies the aircraft, makes an operational check of the maintenance performed or alteration made, and logs the flight in the aircraft records.

(c) The aircraft does not have to be flown as required by paragraph (b) of this section if, prior to flight, ground tests, inspection, or both show conclusively that the maintenance, preventive maintenance, rebuilding, or alteration has not appreciably changed the flight characteristics or substantially affected the flight operation of the aircraft.

**Sec. 91.407**

Operation after maintenance, preventive maintenance, rebuilding, or alteration.

(a) No person may operate any aircraft that has undergone maintenance, preventive maintenance, rebuilding, or alteration unless--

(1) It has been approved for return to service by a person authorized under Sec. 43.7 of this chapter; and

(2) The maintenance record entry required by Sec. 43.9 or Sec. 43.11, as applicable, of this chapter has been made.

(b) No person may carry any person (other than crewmembers) in an aircraft that has been maintained, rebuilt, or altered in a manner that may have appreciably changed its flight characteristics or substantially affected its operation in flight until an appropriately rated pilot with at least a private pilot certificate flies the aircraft, makes an operational check of the maintenance performed or alteration made, and logs the flight in the aircraft records.

(c) The aircraft does not have to be flown as required by paragraph (b) of this section if, prior to flight, ground tests, inspection, or both show conclusively that the maintenance, preventive maintenance, rebuilding, or alteration has not appreciably changed the flight characteristics or substantially affected the flight operation of the aircraft.



**ESTIMATE**

| DATE | MODEL # |
|---|---|
| 8/19/98 | 7' |

2001 FEB 21 P 4: 42
FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.

| NAME / ADDRESS |
|---|
| LEON SHABOTT |

| ITEM | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | NOTE: FREIGHT CHARGES HAVE NOT BEEN INCLUDED IN THIS QUOTE !! | | | 0.00 |

*NOTE: Very rough estimate ONLY!*
*Requires further inspection!*

AVIATION ENGINES INC.
301 Airport Street
CENTREVILLE, AL 35042

**TOTAL**   $17,156.79

**MERCURY AIR CENTER**
BED - Bedford, Massachusetts
(781) 274-0010

ADS (972) 930-0216 • ATL (404) 765-1300 • BFL (805) 391-4900
BNA (615) 360-8109 • BUR (818) 841-2966 • CRP (512) 289-1881
FAT (209) 454-7501 • LAX (310) 215-5745 • ONT (909) 390-2370

FILED
IN CLERK'S OFFICE
2007 FEB 21 P 4:42
US DISTRICT COURT
DISTRICT OF MASS.

4:00
Left prop?
Plugers? Are here

Run engine - OK As long As
sandbagged And tied down
per Tw-w-80 Expert

Hoses to shop - $1157911
new plunger?

installed customer supplied
lifters/shop (or any #1 cust)



①

this letter written at Mercury's request during [illegible] 3/30/99 meeting

Please move fuel from [illegible] box tank bladder from drying.

FILED IN CLERKS OFFICE
2007 FEB 21 P 12:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

Leon Shabott Inc.

Please also do a cold comp. test on the right eng.

You may put the aircraft (N3583B) on a tie down spot.

Leon Shabott
P O Box 294
Chelsea, VT 05038
H - (802) 685-9974
M - (617) 538-6148
O - (617) 965-5244

3/30/99



FILED
IN CLERKS OFFICE

2007 FEB 21  P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

## Transaction Detail



Keep dues low.
Keep GA strong.



*Keep track of shipping and postage charges.*
*Use your credit card to pay for all your deliveries.*

Services

| Date | Description | City, State | | Amount | Deduct |
|---|---|---|---|---|---|
| 05/08/98 | MERCURY AIR CENTER | BEDFORD | MA | 35.25 | ☐ |
| 05/08/98 | MERCURY AIR CENTER | BEDFORD | MA | 117.50 | ☐ |
| 05/10/98 | PIEDMONT AVIATION SER | WINSTON SALE | NC | 103.36 | ☐ |
| 05/15/98 | MERCURY AIR CENTER | BEDFORD | MA | 1.46 | ☐ |
| 05/18/98 | MERCURY AIR CENTER | BEDFORD | MA | 146.00 | ☐ |
| 05/18/98 | MERCURY AIR CENTER | BEDFORD | MA | 1.46CR | ☐ |
| 05/22/98 | EAST COAST AERO CLUB | BEDFORD | MA | 116.32 | ☐ |
| 05/22/98 | MERCURY AIR CENTER | BEDFORD | MA | 138.69 | ☐ |
| 05/23/98 | MERCURY AIR CENTER | BEDFORD | MA | 61.07 | ☐ |
| 06/03/98 | VERMONT FLYING SERVICE | BARRE | VT | 72.82 | ☐ |
| 06/03/98 | MERCURY AIR CENTER | BEDFORD | MA | 140.85 | ☐ |
| 06/06/98 | VERMONT FLYING SERVICE | BARRE | VT | 44.00 | ☐ |
| 06/06/98 | MERCURY AIR CENTER | BEDFORD | MA | 98.53 | ☐ |
| 06/07/98 | VERMONT FLYING SERVICE | BARRE | VT | 68.20 | ☐ |
| 06/10/98 | MERCURY AIR CENTER | BEDFORD | MA | 20.70 | ☐ |
| 06/16/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ☐ |
| 07/16/98 | MERCURY AIR CENTER | BEDFORD | MA | 4,136.21 | ☐ |
| 07/20/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ☐ |
| 08/14/98 | MERCURY AIR CENTER | BEDFORD | MA | 102.00 | ☐ |

TOTAL CHARGE(S): $                                        5,605.50



*The easy way to pay for gas is at the pump —*
*your credit card is accepted at gas stations nationwide.*

Gas Station

| Date | Description | City, State | | Amount | Deduct |
|---|---|---|---|---|---|
| 05/02/98 | CHEVRON 0088102 | DAGGETT | CA | 145.32 | ☐ |
| 05/02/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 25.21CR | ☐ |
| 05/02/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 166.01 | ☐ |
| 05/03/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 15.40 | ☐ |
| 05/03/98 | PHILLIPS 6602535580019 | FARMINGTON | NM | 55.00 | ☐ |
| 05/04/98 | PHILLIPS 6600263280026 | JACKSON | MI | 158.80 | ☐ |