```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
_____
LEON SHABOTT,                      )
                                   )
      Plaintiff,                   )
v.                                 )
                                   )CIVIL ACTION No.04-11575-JLT
MERCURY AIR GROUP, INC.,           )Referred to Magistrate Judge RBC
                                   )
      Defendant.                   )
_____)
```

### DEFENDANT MERCURY AIR GROUP, INC.'S MOTION TO STRIKE PLAINTIFF'S REVISED OPPOSITION TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Defendant Mercury Air Group, Inc. ("Mercury") moves to strike Plaintiff's Revised Opposition to Defendant's Motion for Summary Judgment ("Revised Opposition") which was filed on or about February 21, 2007. Mercury states that the Revised Opposition is filed too late and there is no basis in the rules of civil procedure which would allow the plaintiff to proceed with the Revised Opposition.

In further support of this motion to strike, Mercury states that this court has already allowed the motion for summary judgment filed by Mercury, and that ruling is currently on appeal before the First Circuit. The Court's prior ruling and the pending appeal are enough reasons to strike the Revised Opposition. It should also be stricken, however, because the plaintiff has already filed a motion under Rule 60(b) to re-open the case. The Rule 60(b) motion is the appropriate vehicle to address whether the plaintiff may proceed further with his claims. That motion is now

1

pending before this Court, and Mercury has filed an opposition to it. There simply is no support in the rules of civil procedure to allow plaintiff to proceed with both the Rule 60(b) motion and the Revised Opposition at this time.

WHEREFORE, the defendant Mercury Air Group, Inc. respectfully requests that this Court strike the Plaintiff's Revised Opposition to Defendant's Motion for Summary Judgment.

>DEFENDANT
>MERCURY AIR GROUP, INC.
>
>By its attorneys,
>
>/s/David C. Aisenberg
>David C. Aisenberg, BBO#545895
>Looney, Cohen, Reagan & Aisenberg LLP
>33 Broad Street
>Boston, MA  02109
>(617) 371-1050