UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS3

LEON SHABOTT, )
)
    Plaintiff, )
v. )
) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC., ) Referred to Magistrate Judge RBC
)
    Defendant. )
)

**DEFENDANT MERCURY AIR GROUP, INC.'S**
**OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO RULE 56(F) FOR**
**THE PRODUCTION OF DISCOVERY FROM THE DEFENDANTS**

Defendant Mercury Air Group, Inc. ("Mercury") hereby opposes the Plaintiff's Motion Pursuant to Rule 56(f) for the Production of Discovery from the Defendants ("Rule 56(f) Motion"). Mercury states that the Rule 56(f) Motion is filed too late and there is no basis in the rules of civil procedure which would allow the plaintiff to proceed with the Rule 56(f) Motion at this time.

In further support of this opposition, Mercury states that this court has already allowed the motion for summary judgment filed by Mercury, and that ruling is currently on appeal before the First Circuit. The Court's prior ruling and the pending appeal are enough reasons to oppose the Rule 56(f) Motion. It should also be denied, however, because the plaintiff has already filed a motion under Rule 60(b) to re-open the case. The Rule 60(b) motion is the appropriate vehicle to address whether the plaintiff may proceed further with his claims. That motion is now pending before this

1

Court, and Mercury has filed an opposition to it. There simply is no support in the rules of civil procedure to allow plaintiff to proceed with both the Rule 60(b) Motion and the Rule 56(f) Motion at this time.

WHEREFORE, the defendant Mercury Air Group, Inc. respectfully requests that this Court deny the Plaintiff's Motion Pursuant to Rule 56(f) for the Production of Discovery from the Defendants.

>DEFENDANT
>MERCURY AIR GROUP, INC.
>
>By its attorneys,
>
>/s/ David C. Aisenberg
>David C. Aisenberg, BBO#545895
>Looney, Cohen, Reagan & Aisenberg LLP
>33 Broad Street
>Boston, MA  02109
>(617) 371-1050