UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON SHABOTT, )
 )
    Plaintiff, )
v. )
 ) CIVIL ACTION No. 04-11575-JLT
MERCURY AIR GROUP, INC., ) Referred to Magistrate Judge RBC
 )
    Defendant. )
 )

### DEFENDANT MERCURY AIR GROUP, INC.'S MOTION TO STRIKE THE AFFIDAVIT OF LEON SHABOTT FILED ON OR ABOUT FEBRUARY 21, 2007

Defendant Mercury Air Group, Inc. ("Mercury") moves to strike the Affidavit of Leon Shabott which was filed on or about February 21, 2007 ("Affidavit"). In support of this motion, Mercury states as follows:

    1.   The Affidavit was filed in support of the Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment ("Revised Opposition"). Mercury has moved to strike the Revised Opposition. For the same reasons that support the motion to strike the Revised Opposition, the Affidavit should also be stricken.

    2.   In addition, the plaintiff attempts to submit evidence with the Affidavit which plainly contradicts the plaintiff's prior sworn testimony as referenced in Mercury's Revised Motion for Summary Judgment. It was the prior sworn testimony on which the Court based its allowance of Mercury's Revised Motion for Summary Judgment. It is well established that a "belated revision" of prior sworn

1

testimony "is insufficient to defeat summary judgment." Williams V. Raytheon Company, 45 F. Supp. 2d 124, 128-129 (D. Mass. 1999). Of equal precedence is the rule of law that a "party cannot create a disputed issue of fact by the expedient of contradicting by affidavit [his own] statements previously made under oath at a deposition." Id., citing O'Brien v. Analog Devices, Inc., 34 Mass. App. Ct. 905, 906, 606 N.E.2d 937 (1993). See also Colantuoni v. Alfred Calcagni & Sons, Inc., 44 F.3d 1, 4-5 (1st Cir. 1994). Cf. Spillos v. Cohen, 38 Mass. App. Ct. 338, 340-341 n.2, 647 N.E.2d 1218 (1995) (noting the Massachusetts tendency to follow the federal practice of disregarding eleventh hour affidavits contradicting earlier statements made under oath).

WHEREFORE, the defendant Mercury Air Group, Inc. respectfully requests that this Court strike the Affidavit of Leon Shabott filed on or about February 21, 2007.

    DEFENDANT
    MERCURY AIR GROUP, INC.

    By its attorneys,

    /s/David C. Aisenberg
    David C. Aisenberg, BBO#545895
    Looney, Cohen, Reagan & Aisenberg LLP
    33 Broad Street
    Boston, MA  02109
    (617) 371-1050