UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON SHABOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION No.04-11575-JLT |
| MERCURY AIR GROUP, INC., | ) Referred to Magistrate Judge RBC ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I, David C. Aisenberg, hereby certify that on this 27th day of February 2007, I served the foregoing:

1. Defendant Mercury Air Group, Inc.'s Motion to Strike Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment;

2. Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 56(F) for the Production of Discovery from the Defendants; and

3. Defendant Mercury Air Group, Inc.'s Motion to Strike the Affidavit of Leon Shabott Filed on or About February 21, 2007

upon the party listed below by first-class mail, postage prepaid, or through the Court's electronic notice filing system.

Mr. Leon Shabott
4137 Center Pond Road
Newark, VT  05871

/s/David C. Aisenberg
David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
Boston, MA  02109
(617) 371-1050