UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEON SHABOTT )
)
    *Plaintiff* )
) Civil Action No.
)
v. ) 04-11575-JLT
)
MERCURY AIR GROUP, INC. )
) 8 March 2007
    *Defendant* )
)
AVCO CORPORATION, )
LYCOMING DIVISION )
)
    *Third Party Defendant* )

---

**PLAINTIFF'S ACCEDED TO MOTION FOR ENLARGMENT OF TIME TO 19 MARCH 2007 DATE FOR FILING OPPOSITION TO DEFENDANTS MOTIONS TO STRIKE**

---

    Plaintiff Leon Shabott (Shabott) moves the Court to extend to 19 March 2007 the date for filing his opposition to the Defendant's motions to strike recent filings made by Shabott. The Defendant Mercury Air Group Inc's (Mercury) attorney has acceded to the relief requested in the instant motion. Rule 6(b)(1) of Fed. Rule of Civ. Proc.

    On 21 February 2007 Shabott filed with this court:

1. "Plaintiff's Motion Pursuant to Rule 56(f) for the production of discovery from the defendants."

2. "Affidavit of Leon Shabott dated 16 February 2007."

3. "Plaintiffs Second Opposition to Defendant's Renewed Motion for Summary Judgment."

    On 27 February 2007 Mercury filed:

6 March 2007, Shabott v. Mercury Air Group, Inc: 2
Motion to Enlarge Date for Filing Opposition

1. Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant To Rule 56(f) For the Production of Discovery from the Defendants."

2. "Defendant Mercury Air Group, Inc.'s Motion To Strike The Affidavit Of Leon Shabott Filed on/or About February 21, 2007."

3. "Defendant Mercury Air Group, Inc.'s Motion to Strike Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment."

Shabott has at present a full time workload spread over 4 states and has the responsibility of being a part time single is a parent of two teenage boys. Shabott received Mercury's filings by First Class U.S. Mail on 5 March 2007. Shabott will be able to file his opposition's on or before 19 March 2007.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.309.3707

*Pro Se*

### CERTIFICATION OF CONSULTATION PURSUANT TO RULE 7.1

I certify that I consulted with the Defendant's attorney over the issues underlying the above motion..
Leon Shabott, Plaintiff

### CERTIFICATION OF SERVICE

I certify that I have served on this date a copy of this motion on the Defendant and Third Party Defendant's attorneys respectively VIA U. S. First Class Mail on 6 March 2007.
Leon Shabott, Plaintiff