UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 04-11575-JLT |
| MERCURY AIR GROUP, INC. | ) | |
| | ) | 14 March 2007 |
| *Defendant* | ) | |
| | ) | |
| AVCO CORPORATION, | ) | |
| LYCOMING DIVISION | ) | |
| | ) | |
| *Third Party Defendant* | ) | |

PLAINTIFF'S SECOND ASSENTED MOTION FOR EXTENTION OF TIME TO 29 MARCH 2007 DATE FOR FILING OPPOSITION TO DEFENDANTS MOTIONS TO STRIKE

On March 8 2007 Plaintiff Leon Shabott (Shabott) moved the Court to extend to 19 March 2007 the date for filing his opposition to the Defendant's motions to strike recent filings by Shabott. Plaintiff Shabott has since had a business emergency that requires his presence and all of his time and focus for the near future. Shabott needs additional time, till on or before 29 March 2007 to research and compose his Oppositions. The Defendant Mercury Air Group Inc's (Mercury) attorney has assented to this relief requested in the instant motion.

On 27 February 2007 Mercury filed:

1. Defendant Mercury Air Group, Inc.'s Opposition to Plaintiffs Motion Pursuant To Rule 56(f) For the Production of Discovery from the Defendants."

2. "Defendant Mercury Air Group, Inc.'s Motion To Strike The Affidavit Of Leon Shabott Filed on/or About February 21, 2007."

3. "Defendant Mercury Air Group, Inc.'s Motion to Strike Plaintiffs Revised Opposition to Defendant's Second Motion for Summary Judgment."

Shabott will be opposing all the motions to strike listed *supra*. Shabott's contractual and parental responsibilities are consuming all his available time. Shabott is confident this second extension of time till 29 March 2007 will be adequate.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.309.8707

*Pro Se*

CERTIFICATION OF CONSULTATION PURSUANT TO RULE 7.1

I certify that I consulted with the Defendant's attorney over the issues underlying the above motion..

Leon Shabott, Plaintiff

CERTIFICATION OF SERVICE

I certify that I have served on this date a copy of this motion on the Defendant and Third Party Defendant's attorneys respectively VIA U.S. First Class Mail on 12 March 2007.

Leon Shabott, Plaintiff