UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 04-11575-JLT |
| | ) | |
| MERCURY AIR GROUP, INC. | ) | |
| | ) | 29 March 2007 |
| *Defendant* | ) | |
| | ) | |
| AVCO CORPORATION, | ) | |
| LYCOMING DIVISION | ) | |
| | ) | |
| *Third Party Defendant* | ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE HIS RENEWED OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Leon Shabott ("Shabott") OPPOSES the 27 February 2007 "Defendant Mercury Air Group, Inc.'s Motion to Strike Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment" ("Defendant's Motion to Strike"). The Defendant Mercury Air offers no substantial argument to support its request that the Court strike Shabott's 21 February 2007 "Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment ("Revised Summary Judgment Opposition"). Docket item # 91. The Revised Summary Judgment Opposition is filed with the Court in support of Plaintiff's 21 November 2006 Rule 60(b) motion[1] to provide him relief from the Court's 25 January 2006 order granting the Defendant Mercury Air's second motion for summary judgment.[2] There is no basis in law for the Court to strike

---

[1] 14 November 2006 "Plaintiff's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Summary Judgment" ("Plaintiff's Rule 60(b) Motion"). Docket item # 69.
[2] 31 October 2005 "Defendant Mercury Air Group, Inc.'s Renewed Motion for Summary Judgment" ("Defendant's Second Summary Judgment motion"). Docket item # 45.

Case 1:04-cv-11575-JLT  Document 99  Filed 03/29/2007  Page 2 of 3

**Shabott v. Mercury Air Group, 05-11575-JLT: 29 March 2007 Plaintiff's Opposition to Defendant's**  2
**Motion to Strike Plaintiff's Renewed Opposition to Defendant's Second Motion for Summary Judgment**

Shabott's Revised Summary Judgment Opposition. The Defendant's Motion to Strike provides none.

The Defendant's Motion to Strike simply claims that Shabott's Revised Summary Judgment Motion is untimely by coming after the Court's dismissal of his claims. It ignores the simple reality that the Revised Summary Judgment Opposition is filed in support of Plaintiff's Rule 60(b) Motion for its consideration on how Shabott would prevail against the Defendant's Second Summary Judgment Motion if the Court granted his pending Rule 60(b) motion and allowed the newly discovered facts that Shabott has entered into the record in support of it and for other reasons raised in Shabott's Rule 60(b) Motion. There is no attempt by Shabott to have the Court consider his Revised Summary Judgment Opposition on its own. Shabott assumes that the Court would entertain oral argument on both his Rule 60(b) Motion and his Revised Summary Judgment Opposition at the same time and/or otherwise make its ruling on Plaintiff's Rule 60(b) Motion in consideration of his Revised Summary Judgment Opposition.

The Defendant presents no case law or other authority that considers the filing of a proposed renewed opposition to be *ultra vires* when it is filed in support of a Rule 60(b) motion for relief from a ruling by a court that granted an opposing party its prior motion for summary judgment. The relief sought by the Defendant's Motion to Strike simply has no basis in law.

For the above reasons, the Plaintiff asks the Court to DENY the Defendant's Motion to Strike.

BY: _____

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871

*Pro Se*

Case 1:04-cv-11575-JLT   Document 99   Filed 03/29/2007   Page 3 of 3

Shabott v. Mercury Air Group, 05-11575-JLT: 29 March 2007 Plaintiff's Opposition to Defendant's    3
Motion to Strike Plaintiff's Renewed Opposition to Defendant's Second Motion for Summary Judgment

## CERTIFICATION OF SERVICE

I certify that I have served on this date a copy of this motion on the Defendant's attorney and Third Party Defendant's attorney VIA U.S. First Class Mail on 29 March 2007.

_____
Leon Shabott, Plaintiff