UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. |
| | ) | |
| v. | ) | 04-11575-JLT |
| | ) | |
| MERCURY AIR GROUP, INC. | ) | |
| | ) | 29 March 2007 |
| Defendant | ) | |
| | ) | |
| AVCO CORPORATION, | ) | |
| LYCOMING DIVISION | ) | |
| | ) | |
| Third Party Defendant | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S RULE 56(F) MOTION FOR DISCOVERY

Plaintiff Leon Shabott ("Shabott") makes the following RESPONSE to the 27 February 2007 "Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's Motion Pursuant to Rule 56(f) for the Production of Discovery from the Defendant[s]" ("Opposition to Discovery"). The Plaintiff's 21 February 2007 "Plaintiff's Motion Pursuant to Rule 56(f) for the Production of Discovery from the Defendants" ("Plaintiff's Rule 56(f) Discovery Request") is filed in support of the Plaintiff's outstanding Rule 60(b) motion.[1] It is also filed in support of his 27 February 2007 "Plaintiff's Revised Opposition to the Defendant's Second Motion for Summary Judgment." Docket item # 94. Plaintiff's Rule 56(f) Discovery Request is not asking for immediate discovery. Shabott is asking the Court for the requested discovery in its consideration of Plaintiff's Rule 60(b) Motion and Renewed Opposition to the Defendant's Second Motion for

---

[1] 14 November 2006 "Plaintiff's Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Summary Judgment" ("Plaintiff's Rule 60(b) Motion"). Docket item # 69.

Shabott v. Mercury Air Group, 05-11575-JLT: 29 March 2007 Plaintiff's Response to Defendant's Opposition to Plaintiff's Rule 56(f) Motion for Discovery                                2

Summary Judgment and thus only seeks discovery to commence the requested discovery if the Court grants his pending Rule 60(b) motion. Plaintiff's Rule 56(f) Discovery Request is therefore timely and should be granted if the Court grants Plaintiff's Rule 60(b) Motion.

The only opposition raised by the Defendant's against Plaintiff's Rule 56(b) Discovery Request is that it is untimely. As stated *supra*, Shabott is not expecting the Court to grant his Rule 56(f) Discovery Request until its grants his pending Rule 60(b) Motion. The Defendant's attorney knows this and appears to be deliberately attempting to mislead the Court into believing that Shabott is asking for discovery without it first granting his Rule 60(b) motion. The Court should resist the Defendant's said attempt at deliberate deception.

For the above reasons, the Plaintiff asks the Court to DENY the Defendant's Opposition to Discovery.

BY:

_____
Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871

*Pro Se*

---

CERTIFICATION OF SERVICE

---

I certify that I have served on this date a copy of this motion on the Defendant's attorney and Third Party Defendant's attorney VIA U. S. First Class Mail on 29 March 2007.

_____
Leon Shabott, Plaintiff