# MANDATE

# United States Court of Appeals
## For the First Circuit

Nos. 06-1541
     06-1803

LEON SHABOTT,

Plaintiff, Appellant,

v.

MERCURY AIR GROUP, INC.,

Defendant/Third Party Plaintiff, Appellee.

Before

Lipez, <u>Circuit Judge</u>
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

**JUDGMENT**
**Entered: June 28, 2007**

We have reviewed the record in this case, including the briefs of the parties. Essentially for the reasons given by the district court in its memorandum, dated February 8, 2006, we affirm the grant of summary judgment to defendant. We further find no abuse of discretion in the court's awarding of costs to defendant. <u>See In re Two Appeals Arising Out of San Juan Dupont Plaza Hotel Fire</u>, 994 F.2d 956, 962 (1st Cir. 1993) ("awarding costs to a prevailing party is the norm") (citing cases).

<u>Affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 7/19/07

By the Court:
Richard Cushing Donovan, Clerk.

By: _____
    MARGARET CARTER
    Chief Deputy Clerk.

[cc: Leon Shabott, Kathleen C. Stone, Esq., Patrick B. Landers, Esq., Stephen P. Cooney, Esq., Gerald C. DeMaria, Esq.]