UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEON SHABOTT | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 04-11575-JLT |
| | ) | |
| MERCURY AIR GROUP, INC. | ) | |
| | ) | 29 August 2007 |
| *Defendant* | ) | |
| | ) | |
| AVCO CORPORATION, | ) | |
| LYCOMING DIVISION | ) | |
| | ) | |
| *Third Party Defendant* | ) | |

FILED
IN CLERKS OFFICE
2007 AUG 29 P 3: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Leon Shabott ("Shabott") files this NOTICE of his appeal of the Court's denial of his Rule 60 motion for relief from judgment as well as all other interlocutory matters arising in the instant action.

BY: *[signature]*

Leon Shabott, Plaintiff
4137 Center Pond Road
Newark, VT 05871
802.723.5487

*Pro Se*