# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cv-11575

Leon Shabott

v.

Mercury Air Group, Inc.

---

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-105

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 20, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/30/07

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06