APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11575-JLT
# Internal Use Only

Shabott v. Mercury Air Group, Inc.
Assigned to: Judge Joseph L. Tauro
Case in other court: First Circuit, 06-01541
                       First Circuit, 06-01803
Cause: 28:1332 Diversity-Other Contract

Date Filed: 07/14/2004
Date Terminated: 02/14/2006
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Leon Shabott**       represented by **Leon Shabott**
4137 Center Pond Road
Newark, VT 05871
802-223-0929
PRO SE

V.

**Defendant**

**Mercury Air Group, Inc.**       represented by **David C. Aisenberg**
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
6th Floor
Boston, MA 02109
617-371-1050
Fax: 617-371-1050
Email: daisenberg@LCRA.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen C. Stone**
Looney, Cohen, Reagan & Aisenberg LLP
33 Broad Street
6th Floor
Boston, MA 02109
617-348-2880
Fax: 617-348-2880
Email: stone@kathleenstonelaw.com
*ATTORNEY TO BE NOTICED*

### ThirdParty Plaintiff

**Mercury Air Group, Inc.**

V.

### ThirdParty Defendant

**AVCO Corporation**
*Lycoming Division*

represented by **Patrick B. Landers**
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401/273-8780
*ATTORNEY TO BE NOTICED*

**Stephen P. Cooney**
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
Fax: 401-273-8780
Email: scooney@hcc-law.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57288, filed by Leon Shabott.(Abaid, Kim) (Entered: 07/19/2004) |
| 07/14/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Abaid, Kim) (Entered: 07/19/2004) |
| 07/14/2004 |  | Summons Issued as to Mercury Air Group, Inc.. (Abaid, Kim) (Entered: 07/19/2004) |
| 08/03/2004 | 2 | ANSWER to Complaint by Mercury Air Group, Inc..(Abaid, Kim) (Entered: 08/04/2004) |
| 08/24/2004 | 3 | AMENDED ANSWER to 1 Complaint by Mercury Air Group, Inc.. (Abaid, Kim) (Entered: 08/25/2004) |
| 09/29/2004 | 4 | SUMMONS Returned Executed Mercury Air Group, Inc. served on 7/19/2004, answer due 8/9/2004. (Abaid, Kim) (Entered: 09/29/2004) |
| 11/03/2004 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 12/7/2004 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 11/03/2004 | 6 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered.(Abaid, Kim) (Entered: 11/03/2004) |
| 11/30/2004 | 7 | CERTIFICATE OF CONSULTATION by Leon Shabott. (Abaid, Kim) (Entered: 12/01/2004) |
| 12/01/2004 | 8 | CERTIFICATE OF CONSULTATION by David C. Aisenberg on behalf of Mercury Air Group, Inc.. (Abaid, Kim) (Entered: 12/02/2004) |
| 12/09/2004 | 9 | Judge Joseph L. Tauro : ORDER entered Plaintiff has thirty (30) days to comply with the Rule 26 Discovery order. All further discovery is stayed until the hearing sheeduled for 2/14/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 12/09/2004) |
| 12/09/2004 | 10 | AFFIDAVIT of Michael Wasson by Mercury Air Group, Inc.. (Abaid, Kim) (Entered: 12/13/2004) |
| 12/09/2004 | 11 | MOTION for Summary Judgment by Mercury Air Group, Inc..(Abaid, Kim) (Entered: 12/13/2004) |
| 12/09/2004 | 12 | MEMORANDUM in Support re 11 MOTION for Summary Judgment filed by Mercury Air Group, Inc.. (Abaid, Kim) (Entered: 12/13/2004) |
| 12/09/2004 | 13 | STATEMENT of undisputed material facts in support of 11 MOTION for Summary Judgment. (Abaid, Kim) (Entered: 12/13/2004) |
| 12/29/2004 | 14 | Letter from Leon Shabott re: 2 week extension. (Abaid, Kim) (Entered: 12/29/2004) |
| 12/29/2004 | 15 | NOTICE of Change of Address by Leon Shabott (Abaid, Kim) (Entered: 12/29/2004) |
| 12/29/2004 | | Judge Joseph L. Tauro : ELECTRONIC ENDORSEMENT granting extensionof time for plaintiff to respond tomotion for summary judgment.(Lovett, Zita) (Entered: 12/29/2004) |
| 01/05/2005 | 19 | Document disclosure - Copy of Letter Sent from David Aisenberg to Leon Shabott - by Leon Shabott. (Abaid, Kim) (Entered: 01/10/2005) |
| 01/07/2005 | 16 | AFFIDAVIT by Leon Shabott. (Abaid, Kim) (Entered: 01/10/2005) |
| 01/07/2005 | 17 | Response by Leon Shabott to 13 Statement of undisputed material facts. (Abaid, Kim) (Entered: 01/10/2005) |
| 01/07/2005 | 18 | MEMORANDUM in Opposition re 11 MOTION for Summary Judgment filed by Leon Shabott. (Abaid, Kim) (Entered: 01/10/2005) |
| 01/31/2005 | 20 | MOTION to Strike 16 Affidavit of Leon Shabott and all attachments to 11 Opposition to Motion for Summary Judgment by Mercury Air Group, Inc.(Abaid, Kim) (Entered: 02/02/2005) |
| 02/11/2005 | 21 | Opposition re 20 MOTION to Strike 16 Affidavit filed by Leon Shabott. (Abaid, Kim) (Entered: 02/14/2005) |

| | | |
|---|---|---|
| 02/14/2005 | 22 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All discovery shall be completed by August 31, 2005. No further discovery shall be permitted without leave of this court. A Further Conference is scheduled for September 6, 2005 at 10:15 AM in courtroom 20 before Judge Joseph L. Tauro.11 Motion for Summary Judgment is DENIED. (Abaid, Kim) (Entered: 02/14/2005) |
| 03/01/2005 | 23 | MOTION for Leave to File third party complaint by Mercury Air Group, Inc.. (Attachments: # 1 Exh A# 2 Exh 1)(Simeone, Maria) (Entered: 03/03/2005) |
| 03/01/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 23 Motion for Leave to File Third Party Complaint (Abaid, Kim) (Entered: 03/21/2005) |
| 03/01/2005 | 26 | THIRD PARTY COMPLAINT and Jury Demand against AVCO Corporation, filed by Mercury Air Group, Inc. (Attachments: # 1 Exhibit 1)(Abaid, Kim) (Entered: 03/21/2005) |
| 03/09/2005 | 24 | Opposition re 23 MOTION for Leave to File Third Party Complaint filed by Leon Shabott. (Abaid, Kim) (Entered: 03/14/2005) |
| 03/10/2005 | 25 | MOTION to Correct Typografical Error and To clarify Intent re: 24 Opposition to Motion by Leon Shabott.(Abaid, Kim) (Entered: 03/14/2005) |
| 03/31/2005 | 27 | MOTION to Dismiss Third Party Complaint by Leon Shabott.(Abaid, Kim) (Entered: 04/04/2005) |
| 03/31/2005 | 28 | MEMORANDUM in Support re 27 MOTION to Dismiss Third Party Complaint filed by Leon Shabott. (Abaid, Kim) (Entered: 04/04/2005) |
| 03/31/2005 | 29 | AFFIDAVIT of Leon Shabott in Support re 27 MOTION to Dismiss Third Party Complaint. (Abaid, Kim) (Entered: 04/04/2005) |
| 04/06/2005 | 30 | ANSWER to Third Party Complaint by AVCO Corporation.(Landers, Patrick) (Entered: 04/06/2005) |
| 04/12/2005 | 31 | Opposition re 27 MOTION to Dismiss *Mercury's Third Party Complaint* filed by Mercury Air Group, Inc.. (Aisenberg, David) (Entered: 04/12/2005) |
| 04/14/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 27 Motion to Dismiss (Abaid, Kim) (Entered: 04/19/2005) |
| 05/27/2005 | 32 | NOTICE of Scheduling Conference Scheduling Conference set for 7/5/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 05/31/2005) |
| 05/27/2005 | 33 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 05/31/2005) |
| 06/23/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered denying as moot 20 Motion to Strike, granting 25 Motion to Correct typographical error. (Abaid, Kim) (Entered: 06/23/2005) |

| | | |
|---|---|---|
| 06/30/2005 | 34 | Letter re: Local Rule 16.1 Certification from Leon Shabott. (Abaid, Kim) (Entered: 06/30/2005) |
| 06/30/2005 | 35 | Document disclosure by AVCO Corporation.(Landers, Patrick) (Entered: 06/30/2005) |
| 06/30/2005 | 36 | First CERTIFICATION pursuant to Local Rule 16.1 by AVCO Corporation.(Landers, Patrick) (Entered: 06/30/2005) |
| 07/05/2005 | 37 | Judge Joseph L. Tauro : ORDER entered. The Parties shall decide the date and venue for the deposition of the "expert" from Aviation Engines and provide this information to Ms. Lovett by July 12, 2005. The abovementioned deposition shall be conducted by August 31, 2005. A Further Conference is scheduled for September 6, 2005 at 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 07/12/2005) |
| 07/11/2005 | 38 | Letter re: Scheduled Deposition from David C. Aisenberg. (Abaid, Kim) (Entered: 07/13/2005) |
| 08/11/2005 | 39 | Assented to MOTION to Continue status conference to 9/07/05 or later *but not 9/12/05* by Mercury Air Group, Inc..(Aisenberg, David) (Entered: 08/11/2005) |
| 08/29/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 39 Motion to Continue, the status conference is re-scheduled toSeptember 13, 2005 at 10:00 a.m. (Lovett, Zita) (Entered: 08/29/2005) |
| 09/13/2005 | 40 | Judge Joseph L. Tauro : ORDER entered. Defendant has until October 31, 2005 to file a Motion for Summary Judgment. Plaintiff has until December 30, 2005 to file a response to the Defendant's Motion for Summary Judgment. A hearing on the Summary Judgment Motion and a Further Conference will be held on January 18, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. All further discovery is stayed pending the January 18, 2006 hearing. (Abaid, Kim) (Entered: 09/13/2005) |
| 09/14/2005 | 41 | MOTION to Join Defendants by Leon Shabott.(Abaid, Kim) (Entered: 09/14/2005) |
| 09/14/2005 | 42 | NOTICE of Change of Address by Leon Shabott (Abaid, Kim) (Entered: 09/14/2005) |
| 09/28/2005 | 43 | First Opposition re 41 MOTION to Join Defendants filed by AVCO Corporation. (Cooney, Stephen) (Entered: 09/28/2005) |
| 09/28/2005 | 44 | First MEMORANDUM in Opposition re 41 MOTION to Join Defendants filed by AVCO Corporation. (Cooney, Stephen) (Entered: 09/28/2005) |
| 10/14/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered denying 41 Motion to Join the Defendant (Abaid, Kim) (Entered: 10/17/2005) |
| 10/31/2005 | 45 | MOTION for Summary Judgment by Mercury Air Group, Inc..(Stone, Kathleen) (Entered: 10/31/2005) |

| 10/31/2005 | 46 | MEMORANDUM in Support re 45 MOTION for Summary Judgment filed by Mercury Air Group, Inc.. (Stone, Kathleen) (Entered: 10/31/2005) |
| --- | --- | --- |
| 10/31/2005 | 47 | STATEMENT of facts *in support of renewed motion for summary judgment*. (Stone, Kathleen) (Entered: 10/31/2005) |
| 10/31/2005 | 48 | AFFIDAVIT of David C. Aisenberg by Mercury Air Group, Inc.. (Stone, Kathleen) (Entered: 10/31/2005) |
| 11/01/2005 |  | Judge Joseph L. Tauro : ElectronicORDER entered 45 Motion for Summary Judgment is DENIED WITHOUT PREJUDICE to re-filing with Certification pursuant to Local Rule 7.1(a)(2) and Certificate of Service. (Abaid, Kim) (Entered: 11/01/2005) |
| 11/01/2005 | 49 | CERTIFICATE OF SERVICE by Mercury Air Group, Inc.. (Stone, Kathleen) (Entered: 11/01/2005) |
| 11/01/2005 | 50 | MOTION for Summary Judgment *Rule 7.1 Certifiication* by Mercury Air Group, Inc..(Stone, Kathleen) (Entered: 11/01/2005) |
| 11/02/2005 |  | Reopen Document 45 MOTION for Summary Judgment. Local Rule 7.1 Certification and Certificate of Service filed 11/1/05. (Abaid, Kim) (Entered: 11/02/2005) |
| 11/03/2005 | 51 | NOTICE of Appearance by Stephen P. Cooney on behalf of AVCO Corporation (Cooney, Stephen) (Entered: 11/03/2005) |
| 12/30/2005 | 52 | Response by Leon Shabott to 46 Memorandum in Support of Renewed Motion for Summary Judgment. (Abaid, Kim) (Entered: 01/03/2006) |
| 12/30/2005 | 53 | Opposition re 45 Renewed MOTION for Summary Judgment filed by Leon Shabott. (Abaid, Kim) (Entered: 01/03/2006) |
| 12/30/2005 | 54 | Response by Leon Shabott to 47 Statement of facts. (Abaid, Kim) (Entered: 01/03/2006) |
| 01/12/2006 |  | ELECTRONICNOTICE: THE CONFERENCE SCHEDULED FOR JANUARY 18, 2006 IS CANCELLED. (Lovett, Zita) (Entered: 01/12/2006) |
| 01/19/2006 |  | ELECTRONICNOTICE OF RESCHEDULING Evidentiary Hearing set for 2/9/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/19/2006) |
| 01/25/2006 | 55 | Letter/request (non-motion) from Leon Shabott. (Abaid, Kim) (Entered: 01/25/2006) |
| 01/25/2006 | 56 | Judge Joseph L. Tauro : ORDER entered 45 Motion for Summary Judgment is ALLOWED. A Memorandum will issue. (Abaid, Kim) (Entered: 01/25/2006) |
| 01/26/2006 |  | Notice Cancelling Hearing. Hearing cancelled: 2/9/2006 (Lovett, Zita) (Entered: 01/26/2006) |

| | | |
|---|---|---|
| 02/08/2006 | 57 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND ORDER (Attachments: # 1 Order)(Abaid, Kim) (Entered: 02/09/2006) |
| 02/14/2006 | 58 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Lovett, Zita) Additional attachment(s) added on 2/15/2006 (Abaid, Kim). Modified on 2/15/2006 (Abaid, Kim). (Entered: 02/14/2006) |
| 02/24/2006 | 59 | NOTICE OF APPEAL as to 58 Judgment by Leon Shabott. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/16/2006. (Abaid, Kim) (Entered: 02/24/2006) |
| 02/28/2006 | 60 | MOTION for Costs by Mercury Air Group, Inc..(Aisenberg, David) (Entered: 02/28/2006) |
| 03/01/2006 | 61 | CERTIFICATE OF SERVICE by Mercury Air Group, Inc. re 60 MOTION for Costs. (Aisenberg, David) (Entered: 03/01/2006) |
| 03/10/2006 | 62 | Opposition re 60 MOTION for Costs filed by Leon Shabott. (Abaid, Kim) (Entered: 03/13/2006) |
| 03/15/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 60 Motion for Costs (Abaid, Kim) (Entered: 03/15/2006) |
| 03/29/2006 | 63 | Certified and Transmitted Record on Appeal to US Court of Appeals re 59 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 03/29/2006) |
| 04/05/2006 | 64 | USCA Case Number 06-1541 for 59 Notice of Appeal, filed by Leon Shabott,. (Ramos, Jeanette) (Entered: 04/05/2006) |
| 04/18/2006 | 65 | NOTICE OF APPEAL as to Order on Motion for Costs, 58 Judgment by Leon Shabott. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/8/2006. (Abaid, Kim) (Entered: 04/19/2006) |
| 05/17/2006 | 66 | Certified and Transmitted Record on Appeal to US Court of Appeals re 65 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/17/2006) |
| 06/07/2006 | 67 | USCA Case Number 06-1803 for 65 Notice of Appeal, filed by Leon Shabott,. (Ramos, Jeanette) (Entered: 06/07/2006) |
| 08/25/2006 | | Filing fee: $ 455.00, receipt number 74663 for 65 Notice of Appeal, (Abaid, Kim) (Entered: 08/28/2006) |
| 11/14/2006 | 68 | MOTION for a Trial Without Jury by Leon Shabott.(Abaid, Kim) (Entered: 11/15/2006) |

| | | |
|---|---|---|
| 11/14/2006 | 69 | MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Summary Judgment by Leon Shabott.(Abaid, Kim) (Entered: 11/15/2006) |
| 11/14/2006 | 70 | MEMORANDUM in Support re 69 MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Summary Judgment filed by Leon Shabott. (Attachments: # 1 Appendix)(Abaid, Kim) (Entered: 11/15/2006) |
| 11/14/2006 | 71 | AFFIDAVIT by Leon Shabott. (Attachments: # 1 Exhibit)(Abaid, Kim) (Entered: 11/15/2006) |
| 11/28/2006 | 72 | AFFIDAVIT of David Aisenberg in Support of Defendant Mercury Air Group, Inc.'s Opposition to Plaintiff's in Opposition re 69 MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Summary Judgment filed by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 11/28/2006) |
| 11/28/2006 | 73 | MEMORANDUM in Opposition re 69 MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Summary Judgment filed by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 11/28/2006) |
| 12/11/2006 | 74 | Petition for a Show Cause Hearing by Leon Shabott.(Abaid, Kim) (Entered: 12/12/2006) |
| 12/11/2006 | 75 | MEMORANDUM in Support re 74 Petition for Show Cause Hearing filed by Leon Shabott. (Abaid, Kim) Modified on 12/13/2006 (Abaid, Kim). (Entered: 12/12/2006) |
| 12/11/2006 | 76 | Response by Leon Shabott to 73 Memorandum in Opposition to Rule 60B Motion. (Abaid, Kim) Modified on 12/13/2006 (Abaid, Kim). (Entered: 12/12/2006) |
| 12/11/2006 | 77 | AFFIDAVIT of Léon Shabott. (Abaid, Kim) (Entered: 12/12/2006) |
| 12/12/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Patrick Landers. The ECF Help Desk contacted the law firm, who advised that the attorney is no longer associated with the firm. The attorney's email address has been removed from the ECF database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 12/12/2006) |
| 12/18/2006 | 78 | Supplemental Record on Appeal transmitted to US Court of Appeals re 59 Notice of Appeal, 65 Notice of Appeal, Documents included: 74-77 (Ramos, Jeanette) (Entered: 12/18/2006) |
| 12/19/2006 | 79 | Opposition re 74 MOTION for Hearing filed by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 12/19/2006) |
| 01/11/2007 | 80 | Opposition by Leon Shabott to 79 Opposition to Motion for Hearing. (Abaid, Kim) (Entered: 01/11/2007) |
| 01/11/2007 | 81 | AFFIDAVIT of Leon Shabott. (Abaid, Kim) (Entered: 01/11/2007) |

| | | |
|---|---|---|
| 01/22/2007 | 82 | MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Court Costs to the Defendant by Leon Shabott.(Abaid, Kim) (Entered: 01/22/2007) |
| 01/24/2007 | 83 | AFFIDAVIT of David C. Aisenberg *In Response to Plaintiff's Petition to Hold Show Cause Hearing* by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 01/24/2007) |
| 01/24/2007 | 84 | Supplemental Record on Appeal transmitted to US Court of Appeals re 59 Notice of Appeal, 65 Notice of Appeal, Documents included: 80, 81 (Ramos, Jeanette) (Entered: 01/24/2007) |
| 01/26/2007 | 85 | Opposition re 82 MOTION Pursuant to Rule 60(B) for Relief from the Court's Award of Court Costs to the Defendant filed by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 01/26/2007) |
| 02/05/2007 | 86 | Response by Leon Shabott to 85 Opposition to Motion. (Abaid, Kim) (Entered: 02/06/2007) |
| 02/05/2007 | 87 | Response by Leon Shabott to 83 Response to Petition for the Court to Hold a Show Cause Hearing For Contempt. (Abaid, Kim) (Entered: 02/06/2007) |
| 02/05/2007 | 88 | AFFIDAVIT by Leon Shabott. (Abaid, Kim) (Entered: 02/06/2007) |
| 02/05/2007 | 89 | AFFIDAVIT of Robert Snyder by Leon Shabott. (Abaid, Kim) (Entered: 02/06/2007) |
| 02/07/2007 | 90 | NOTICE That He Will be Filing a Second Opposition to Defendant's Renewed Motion for Summary Judgment by Leon Shabott (Abaid, Kim) (Entered: 02/07/2007) |
| 02/21/2007 | 91 | Opposition re 45 MOTION for Summary Judgment filed by Leon Shabott. (Abaid, Kim) Modified on 2/22/2007 (Abaid, Kim). (Entered: 02/22/2007) |
| 02/21/2007 | 92 | AFFIDAVIT by Leon Shabott (Attachment # 1 Exhibit). (Abaid, Kim) Additional attachment(s) added on 2/22/2007 (Abaid, Kim). Modified on 2/22/2007 (Abaid, Kim). (Entered: 02/22/2007) |
| 02/21/2007 | 93 | MOTION for Production of Discovery by Leon Shabott.(Abaid, Kim) (Entered: 02/22/2007) |
| 02/27/2007 | 94 | MOTION to Strike *Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment* by Mercury Air Group, Inc..(Aisenberg, David) (Entered: 02/27/2007) |
| 02/27/2007 | 95 | Opposition re 93 MOTION for Discovery *Pursuant to Rule 56(F)* filed by Mercury Air Group, Inc.. (Aisenberg, David) (Entered: 02/27/2007) |
| 02/27/2007 | 96 | MOTION to Strike 92 Affidavit *of Leon Shabott* by Mercury Air Group, Inc.. (Attachments: # 1 Certificate of Service)(Aisenberg, David) (Entered: 02/27/2007) |

| | | |
|---|---|---|
| 03/08/2007 | 97 | MOTION for Extension of Time to March 19, 2007 to File an Opposition to the Motion to Strike by Leon Shabott.(Abaid, Kim) (Entered: 03/09/2007) |
| 03/14/2007 | 98 | MOTION for Extension of Time to March 29, 2007 to File an Opposition by Leon Shabott.(Abaid, Kim) (Entered: 03/15/2007) |
| 03/29/2007 | 99 | Opposition re 94 MOTION to Strike *Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment* filed by Leon Shabott. (Abaid, Kim) (Entered: 03/29/2007) |
| 03/29/2007 | 100 | Opposition re 96 MOTION to Strike 92 Affidavit *of Leon Shabott* filed by Leon Shabott. (Abaid, Kim) (Entered: 03/29/2007) |
| 03/29/2007 | 101 | Response by Leon Shabott to 95 Opposition to Motion for Rule 56(f) Discovery. (Abaid, Kim) (Entered: 03/29/2007) |
| 07/27/2007 | 102 | MANDATE of USCA as to 59 Notice of Appeal, filed by Leon Shabott, 65 Notice of Appeal, filed by Leon Shabott... Affirmed. USCA Judgment dated 6/28/07, FILED. (Gawlik, Cathy) (Entered: 07/27/2007) |
| 07/27/2007 | | Appeal Record Returned: 59 Notice of Appeal, 65 Notice of Appeal, (Gawlik, Cathy) (Entered: 07/27/2007) |
| 07/31/2007 | 103 | Judge Joseph L. Tauro : ORDER entered 68 Motion for a Trial Without a Jury is DENIED AS MOOT. 69 Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Summary Judgment is DENIED. 74 Petition for the Court to Hold a Show Cause Hearing to Determine Whether Michael Wasson Should Be Held in Contempt is DENIED. 82 Motion Pursuant to Rule 60(b) for Relief from the Court's Award of Court Costs to the Defendant is DENIED. 93 Motion Pursuant to Rule 56(f) for the Production of Discovery from the Defendants is DENIED. 97 Motion for Extension of Time to March 19, 2007 to File Opposition to Motion to Strike and 98 Motion for Extension of Time to March 29, 2007 to File an Opposition are ALLOWED. 94 Motion to Strike Plaintiff's Revised Opposition to Defendant's Second Motion for Summary Judgment is DENIED AS MOOT. 96 Motion to Strike Affidavit of Leon Shabott is DENIED AS Moot. (Abaid, Kimberly) (Entered: 07/31/2007) |
| 08/29/2007 | 104 | NOTICE OF APPEAL as to 103 Order on Motion for Miscellaneous Relief, Order on Motion for Hearing,, Order on Motion for Discovery, Order on Motion to Strike, Order on Motion for Extension of Time, by Leon Shabott NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/18/2007. (Abaid, Kimberly) (Entered: 09/04/2007) |
| 09/17/2007 | 105 | MOTION for Leave to Appeal in forma pauperis by Leon Shabott.(Abaid, Kimberly) (Entered: 09/18/2007) |